Gail J. Standish (SBN: 166334)
gstandish@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Dan K. Webb (admitted *pro hac vice*)
dwebb@winston.com
Stephen V. D'Amore (admitted *pro hac vice*)
sdamore@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant
THE CORN REFINERS ASSOCIATION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, a Colorado cooperative, *et al.*,<br><br>Plaintiffs,<br>v.<br>ARCHER-DANIELS-MIDLAND COMPANY, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No. CV11-3473 CBM (MANx)<br><br>**[PROPOSED] ORDER RE CERTAIN DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Hon: Consuelo B. Marshall<br>Date: March 19, 2012<br>Time: 11:00 a.m.<br>Place: Courtroom 2<br><br>[Motion to Dismiss Plaintiffs' First Amended Complaint, Memorandum of Points and Authorities Filed Concurrently Herewith] |

The motion of Defendants Archer-Daniels-Midland Company, Cargill, Inc., Corn Products International, Inc., Roquette America, Inc., and Tate & Lyle Ingredients Americas, Inc. (the "Member Companies") to dismiss all claims against them in this action with prejudice pursuant to Rules 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure ("Motion") came on for regular hearing on March 19, 2012, in Courtroom 2 of the above-referenced court. The Honorable Consuelo B. Marshall presided. Having considered all papers, pleadings and evidence submitted and any oral arguments presented, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED. Plaintiffs' claim against the Member Companies for violations of Section 43(a) of the Lanham Act is DISMISSED WITH PREJUDICE pursuant to Rule 9(b) and Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: _____

_____
Hon. Consuelo B. Marshall
United States District Judge