# Group Exhibit A

Case 2:11-cv-03473-CBM-MAN   Document 85-1   Filed 09/04/12   Page 1 of 16   Page ID #:1549

**Group Exhibit A**



Email this Article to a Friend

**Back to Front Page**

### Dr. John McElligott weighs in on the high fructose corn syrup debate in Land Line Magazine



Social Share:    

**In This Issue...**

Science Should Be the Foundation of Nutrition Policy—New scientific summaries available on Sugar Association website

The Myths Behind Diabetes

Dr. John McElligott weighs in on the high fructose corn syrup debate in Land Line Magazine

**Look Who's Switching to Sugar...**

Your doctor will tell you how bad cigarettes are for you, not to use drugs, and how bad it is to drink too much alcohol or abuse your health with a terrible diet of processed food and snacks. What many doctors don't take the time to tell you is that there is a substance you probably put in your mouth every single day that tastes really good but should be avoided at all costs.

The substance I am telling you about in this column is high-fructose corn syrup, or HFCS. It's a replacement for sugar that first began making an appearance in our food in the 1970s. The Centers for Disease Control and Prevention says in 1970 only 15 percent of Americans were obese. Now, even our children battle weight gain.

What is the problem? Sure, there are other factors, but many of us in the medical community think the substance our processed food manufacturers began to use as a cheaper sweetener years ago is right there at the top of the list.

In my opinion, high-fructose corn syrup is one of the worst things you can put in your body. Some have called it the "crack cocaine" of all sweeteners. I agree.

HFCS is the most common additive to processed foods. If you read labels on the food you buy, you'll be amazed. It's in cereal, lunch meat, soda pop, fruit juice, bread, yogurt, ketchup, mayo. The list goes on and on. According to a recent Princeton University study, Americans consume, on average, about 60 pounds of HFCS every year.

There's plenty of controversy about HFCS, but in my opinion extensive use of HFCS as a food sweetener is more harmful than using regular sugar. In fact, I believe it to be one of the worst food additives you can ingest. I believe it has a range of dangers, from affecting your appetite to leading to weight gain.



**Your coffee's natural mate: Coffee-Mate** introduces a new Natural Bliss line made with only real milk, cream, sugar and natural flavors.

**OceanSpray Cranberries** Make for a sweet treat!

The chemical structure is very similar to sucrose or table sugar. The difference lies in how it is processed and how it affects your body.

This reaction has been highly debatable, but a recent Princeton study on rats opened up a few eyes. While many say HFCS is simply the same thing as sugar, it is not. In the Princeton study, rats fed regular sugar did not get fat. But rats fed the same caloric intake of HFCS got really fat.

Princeton researchers proved there is clearly a difference here and are now continuing research to find out why. The thought is that fructose metabolizes to produce fat while sugar metabolizes to produce energy.

One of my personal sources on the topics is a fellow Duke University Medical School researcher named Anna Mae Diehl, MD. She is the chief of gastroenterology at Duke and a well-known researcher. If you listen to my "Coffee with the Doc" segments on Dave Nemo's show on Sirius XM channel 106, you may have heard her as she was my special guest.

Dr. Diehl and I agree on HFCS and the dangers to your health. What happens when HFCS gets into your system? For one thing, your body does not recognize HFCS as a sugar. So your pancreas does not react with a burst of insulin as it would with sugar or sucrose and put some of it to work.

While studies are showing HFCS to contribute to obesity, diabetes, heart disease and other conditions, I personally have an interest in the effect it has on your liver. The HFCS goes to the liver and starts the process that can lead to non-alcoholic fatty disease. That in turn can lead to cirrhosis of the liver and, in some cases, can lead to cancer of the liver. Liver failure results in you being on the list for a liver transplant.

It is estimated that 30 percent of all adults in the U.S. have some degree of this non-alcoholic fatty liver condition. Why is that? A number of studies have revealed that consuming servings of high-fructose corn syrup is a huge culprit. I suspect that the percentage of truckers is even higher. I have many trucker patients with NAFLD, and I know that truckers are hard-pressed while they are on the road to find any quick food that doesn't have a dose of HFCS.

In conclusion, as your truckin' doc, I am advising you to read those labels and stay away from food laced with high-fructose corn syrup. Try to stick with food that is not processed.

And this advice is not just for you truckers, but for your whole family and especially your kids. **LL**

*John McElligott is an MD and Fellow of the American College of Physicians.*

This article was reprinted with permission from Land Line Magazine.

**[PRINTER FRIENDLY VERSION]**



**Go here** for a great recipe "Cranberry Nut Bread" made with natural Sugar!

**More on Consumer Confusion**

Fact Sheet: Consumers have a right to know about sweeteners

Audio: Consumer Sweetener Confusion News Release

See what new sweetener labels might look like

**Contact for Reporters**

Megan Mitchell,
301-643-6472
mitchell@sugar.org

**Visit Our Website**



**www.sugar.org**

**ARCHIVE**

**The Sugar Packet**
December 29, 2011

**The Sugar Packet**
December 2, 2011

[MORE]

The Corn Refiners 'get their way' with UCLA, or do they? Page 1 of 3



Email this Article to a Friend

**Back to Front Page**

### The Corn Refiners 'get their way' with UCLA, or do they?
*by Linda Bonvie*



*FoodIdentityTheft.com — May 24, 2012* – What do persistent public-relations people do when a product their organization has spent multi-millions to promote gets some really bad press?

Do damage control, of course. But the PR response to a recent scientific study regarding fructose was a classic case of trying to 'close the barn door after the horse runs away'. In other words, there was little the Corn Refiners Association could do to mitigate the message that had already gone out.

Last week's headlines, preserved for posterity on the Internet, ran the gamut from big-name news organizations to publishing sites to individual bloggers. From an ABC News station's "UCLA study finds high fructose corn syrup hurts memory, learning ability" to popular finance site Minyanville.com, "High Fructose Corn Syrup Can Make You Both Fat and Stupid," the damage to a ingredient already under siege was irreversible.

The study at the center of the story, conducted by Dr. Fernando Gomez-Pinilla, a well-respected professor of neurosurgery at the David Geffen School of Medicine at UCLA, found that a diet high in fructose can slow down mental processes "hampering memory and learning," or as Rodale.com put it, "make you stupid."

The first press release issued by the UCLA media office said "The UCLA team zeroed in on high-fructose corn syrup, an inexpensive liquid six times sweeter than cane sugar, that is commonly added to processed foods, including soft drinks, condiments, applesauce and baby food."

After being taken down for a time, the release was revised with "sugar" added before "high fructose corn syrup" and some of Dr. Gomez-Pinilla's quotes altered as well. For example, one that originally stated "We're concerned about high-fructose corn syrup…" was

Social Share: 

**In This Issue...**

The Corn Refiners 'get their way' with UCLA, or do they?

Mayday: Food Policy Groups Issue Distress Call to Communicators

Small Business Profile: The Annapolis Sweet Shoppe

**Look Who's Switching to Sugar...**

**Your coffee's natural mate: Coffee-Mate** introduces a new Natural Bliss line made with only real milk, cream, sugar and natural flavors.



**OceanSpray Cranberries** Make for a sweet treat!

Case 2:11-cv-03473-CBM-MAN   Document 85-1   Filed 09/04/12   Page 5 of 16   Page ID #:1553

The Corn Refiners get their way with UCLA, or do they? Page 2 of 3

changed to "We're more concerned about the fructose in high-fructose corn syrup…"

After some new consumption figures for HFCS were also added, along with sugar totals, a notice was tacked onto the new version informing the reader that changes had been made to the original.

**If at first you don't succeed…..**
Wondering why the press release had been revised after it was sent out into the media sphere, I called Elaine Schmidt at the UCLA press office.

Schmidt was quite upfront about what went on. "We got a call from a lobbyist from the Corn Growers Association (sic) who took issue with some of the things we said," she told me.

David Knowles, the "lobbyist" to whom she referred, is actually the director of communications for the Corn Refiners Association (CRA), the folks behind the "sugar is sugar" ads and the pending petition before the FDA to change the name of high fructose corn syrup to **"corn sugar."**

Knowles didn't just make one phone call, either. "He was calling multiple people on campus, and he made such a pest of himself that we made the changes," Schmidt said.

The CRA's Knowles also sent numerous emails with links, tables and charts, including, Schmidt told me, a number of links to the website Sweet Surprise, "so we just sort of ignored those. He was very specific about sending selective links."

One of the emails Knowles sent, Schmidt noted, included charts "published by the USDA" that Dr. Gomez-Pinilla started looking at. "Facts are his expertise, and he started going through them and then found another chart that completely contradicted what the lobbyist said," Schmidt told me. "I think people can use charts and statistics as they wish, but you have to look at them within context," she added.

On their 'home turf' at corn.org, the Corn Refiners Association made a point of the fact that the UCLA press release had been "corrected," and gave their own quotes on the situation for any reporters who might happen to find their site.

One quote at the corn page by John S. White, Ph. D., who is said to be a "sweetener expert" and president of his own research company, but more often than not is speaking on behalf of the CRA, says that to compute with the study, "a consumer would have to eat 66 apples or drink 51 cans of soda per day…"

I asked Dr. Gomez-Pinilla what he thought about that statement and he told me in an email that while he had not personally seen White's comment, "the numbers seem exaggerated," adding "…a practical analogy of our results with humans would be someone whose main source of drinking fluid during the day is from sodas."

Meanwhile, back at UCLA, Knowles, apparently, was still trying for more revisions. "He did contact the campus media office, where they put our press releases online, and was trying to badger them to



**Go here** for a great recipe "Cranberry Nut Bread" made with natural Sugar!

**More on Consumer Confusion**

Fact Sheet: Consumers have a right to know about sweeteners

Audio: Consumer Sweetener Confusion News Release

See what new sweetener labels might look like

**Contact for Reporters**

Megan Mitchell,
301-643-6472
mitchell@sugar.org

**Visit Our Website**



**www.sugar.org**

**ARCHIVE**

**The Sugar Packet**
April 17, 2012

**The Sugar Packet**
March 30, 2012

[MORE]

The Corn Refiners "get their way" with UCLA, or do they? Page 3 of 3

Case 2:11-cv-03473-CBM-MAN   Document 85-1   Filed 09/04/12   Page 6 of 16   Page ID #:1554

change some more, and they just said 'this is it,'" Schmidt told me, "So I think he stopped calling."

"He (Knowles) kept trying to bring it back to sugar," Schmidt added, "and we said the study is focused on fructose. He was trying to split hairs about the language."

"I think that's just his job, and he was very effective at pummeling our campus editor, who did what he had to do to get him off his back," Schmidt said.

So, yes, the CRA's badgering did succeed in getting some perfunctory changes made in the offending press release. But for millions of consumers, there was no taking back what they have long suspected – that the presence of high fructose corn syrup in just about every product under the sun is, well, just plain "stupid."

*This article originally appeared on* Food Identity Theft *on Thursday, May 24, 2012.*

**[PRINTER FRIENDLY VERSION]**

Bookmark & Share:



Published by Sugar Association
Copyright © 2012 Sugar Association. All rights reserved.

Created with **Inbox Group**

**TELL A FRIEND**
RSS



PRINT THIS

# Enough Is Enough: There's Only One Sugar... And It's Not High-Fructose Corn Syrup

When fed misinformation and hyped headlines, consumers get a raw deal

WASHINGTON, May 24, 2012 /PRNewswire/ -- In recent weeks, there has been a rash of inaccurate reports about all-natural sugar. These reports have continually misrepresented the facts surrounding several scientific studies, overlooked biological differences between all-natural sugar and man-made sweeteners and ignored government data. Rather than educating consumers, they have only contributed to greater confusion about sugar and its role as part of a balanced diet and healthy lifestyle.

This confusion has been amplified, at least in part, by the multi-million dollar advertising campaign coordinated and funded by members of the Corn Refiners Association — the manufacturers of high-fructose corn syrup (HFCS). These members include agri-conglomerates Archer Daniels Midland, Cargill and Corn Products International, to name a few. Their false and misleading ads claim that "sugar is sugar" and "your body can't tell the difference" between HFCS and natural sugar, despite the fact that HFCS is a man-made sweetener that is chemically distinct and derived from a different source (corn) than common table sugar. This advertising campaign is the basis of an ongoing federal lawsuit filed by sugar farmers, in which a federal judge has already ruled that the plaintiffs have demonstrated "a reasonable probability of success on their argument that the statements are false."

"Enough is enough," says sugar's attorney Mark Lanier. "Neither HFCS nor fructose is the same as sucrose, what consumers know as sugar, and has been a part of diets for more than 2,000 years. Consumers need the facts about how sweeteners differ chemically and how the body can tell the difference between them. The Sugar Association seeks to educate consumers and encourages the media and researchers to embrace a scientific dialogue based on facts and not scare tactics."

Those facts are clear on several important issues, including:

The Food and Drug Administration (FDA) defines sugar as sucrose — the naturally occurring sugar found most abundantly in sugarcane and sugarbeets, and comprised of equal parts: 50 percent fructose and 50 percent glucose.
Sucrose is molecularly different than HFCS due to a meaningful, naturally occurring bond between its fructose and glucose molecules.  This bond must be broken as part of the metabolism of sucrose.  HFCS does not have this bond.  HFCS also comes in many formulations (such as HFCS-42, HFCS-55 and HFCS-90).  Researchers have also found, for

example, that HFCS in beverages can contain as much as 65 percent unbonded fructose. There is only one sucrose.

Data compiled by the U.S. Department of Agriculture (USDA), when loss adjusted for spoilage and other waste, show that per capita consumption of all-natural sugar _declined_ from an average of 21.44 teaspoons per day in 1970 to 13.90 in 2010 — more than 35 percent. Inaccurate terminology like "sugary sodas or sugar-sweetened soft drinks" is consistently used in the media, when in fact, according to USDA data, about ninety percent of all caloric, sweetened beverages sold in the United States contain only HFCS, _not_ sugar. Moreover, in the past three years, only four percent of the U.S. sugar supply was used by the beverage industry.

The most recent example of this alarming trend came from headlines claiming "Sugar can make you dumb, U.S. scientists warn" and "Too Much Sugar Makes Us Dumber." These particular headlines were prompted by a study at the University of California, Los Angeles (UCLA) designed to assess the effects of omega-3 fats and fructose on memory in rats. The study did not test the effect of all-natural sugar.

Because fructose was used as a research tool in the UCLA study, it seemed to suggest that pure fructose could cause memory loss. Headlines proclaiming anything other than this — such as ones that read "Sugar can make you dumb," completely misrepresent the study and misinform consumers.

SOURCE The Sugar Association

Back to top

**Find this article at:**
http://www.prnewswire.com/news-releases/enough-is-enough-theres-only-one-sugar-and-its-not-high-fructose-corn-syrup-153610575.html

☐ Check the box to include the list of links referenced in the article.

## Sugar Association Responds To 60 Minutes: Unfounded Accusations Mislead Consumers



**Sunday, 01 April 2012, 20:44**

We are extremely disappointed that 60 Minutes missed a teachable moment to provide a balanced segment and help inform its viewers and American consumers about the role all-natural sugar plays in healthy diets. Rather, they chose a skewed approach that is a disservice to consumers because it focused on one-sided research results and hypotheses. The segment amplified inaccuracies, unproven hypotheses and baseless accusations—unfortunately, this approach contributes to the problem and doesn't advance the solution.

When the Sugar Association was approached by 60 Minutes last year to participate in a segment focusing on sweeteners, we saw it as an opportunity to work with and educate them on the facts about sugar, an all-natural ingredient that has been part of healthy and balanced diets for more than 2,000 years. We provided the producers with numerous scientific studies, government statistics and access to a sugar cane farm in Louisiana in the hopes the proposed segment would be fair, objective and balanced. Unfortunately, that was not the case.

In choosing this direction, 60 Minutes overshadowed the fact that total caloric intake remains the fundamental cause of a myriad of illnesses facing Americans. Every major review of the full body of scientific evidence has concluded that sugar intake is not linked to any lifestyle disease. That per-capita consumption of all-natural sugar has declined nearly 40 percent since 1970 underscores the fact that singling out sugar is shortsighted and baseless. The assertion that high fructose corn syrup (HFCS) and all-natural sugar are the same and treated by our bodies the same is inaccurate.

To vilify any single food or ingredient as the main culprit behind numerous serious illnesses provides little benefit to American consumers. When provided with accurate information consumers are capable of making educated choices and balanced nutritional decisions without the restrictive burdens of more government regulations and bans to limit any one product. Access to simple, accurate information is a good start to help consumers make healthy and informed decisions. We're sorry that 60 Minutes elected not to contribute to the solution.

Privacy Policy | Terms of Use
© **The Sugar Association, Inc.**
1300 L Street, NW, Suite 1001
Washington, D.C. 20005
Phone: (202) 785-1122



# Should Sweetened Drinks Be Taxed?

## Op-ed from the Sugar Association

by: Andrew Briscoe | August 23, 2012

When you hear the word "sugar," what comes to mind?

* Is it agave nectar?

* Molasses?

* High fructose corn syrup?

* Or is it sugar?

As a representative of the Sugar Association, a coalition of America's sugarcane and sugar beet growers, it is my job to educate consumers about the scientific principles upon which our food and nutrition policies are built — especially those involving sugar. I'm always happy to answer questions on a particular study or article that's been published.

**See also: Tax attack — Is it time for a sugar tax?**

However, lately I find that I'm contacted more frequently about issues that don't involve sugar much at all.

The latest media frenzy came when New York City Mayor Mike Bloomberg proposed a ban on soft drinks larger than 16 ounces to be sold as "single serve" beverages in places like convenient stores and fast food restaurants.

Calls from reporters, bloggers and radio producers, asking what the sugar industry thought, ensued. And the answer was always the same: Most caloric, sweetened beverages (like soda and fruit juice) are not sweetened with sugar in the United States. About 90 percent of these beverages are sweetened with high fructose corn syrup. And no, HFCS is not sugar.

Think about that for a second. About 90 percent of all caloric, sweetened beverages sold in the United States contain only HFCS, not sugar, according to the U.S. Department of Agriculture (USDA). In the past three years, only 4 percent of the U.S. sugar supply was used by the beverage industry.

If you think I'm splitting hairs over terminology, let me explain why.

**Next: Is high fructose corn syrup sugar? »**

The Corn Refiners Association (CRA) and its members have launched a multimillion-dollar campaign — a 24-7 advertising and social media-driven onslaught that has done nothing but confuse consumers — to change the name of high fructose corn syrup to "corn sugar."

The Food and Drug Administration (FDA) defines sugar as sucrose — the naturally occurring sugar found most abundantly in sugarcane and sugar beets.

And on May 30 of this year, the FDA officially rejected the CRA's petition for the name change, saying the action would only serve to confuse U.S. consumers and could even pose a health risk to those suffering from fructose intolerance, further validating that the differences between the two substances are real and they are substantial.

Sugar is molecularly different from HFCS due to a meaningful, naturally occurring bond between its fructose and glucose molecules. Our bodies must break this bond to metabolize sugar. HFCS is man-made and doesn't have this bond.

Sucrose is always 50-50 fructose and glucose — that's the way it's found in nature (in cane and beets) and that's the way our bodies recognize it. HFCS on the other hand, comes in many formulations — everything from HFCS-42, HFCS-55 and HFCS-90 — depending on the amount of fructose present. Researchers have even found that HFCS in beverages can contain as much as 65 percent unbonded fructose.

HFCS is not sugar. Sugar is sucrose.

We have reached out to members of the media in an attempt to explain why the headlines admonishing the consumption of "sugar-sweetened" beverages play right into the hands of the corn refiners' misleading advertising campaign.

Unfortunately, most of these discussions don't seem to resonate, and sure enough, the next time there's a news story involving soda, I expect I'll receive calls asking what we think.

Perhaps I'll refer them to this article.

*Andrew Briscoe is CEO of the Sugar Association, a Washington-based trade group.*

## More Health Features

- Healthy Cooking Trivia Quiz. **Do**
- Want to eat better — without breaking the bank? **Read**
- AARP Georgia says no to grocery tax. **Read**

**Sign up for the AARP Health Newsletter.**

**Join AARP Today** — Receive access to exclusive information, benefits and discounts.

---

### We recommend

- Our Favorite Olympians: Where Are They Now?
- Check Out AARP Voter Guides for Federal and State Races
- AARP Brings You the Facts On Where Candidates Stand
- American History, Civil Rights, Historical Anniversaries, Historical Facts - AARP

### From around the web

- Why Being Overweight Causes Pain: 5 Facts
  healthcentral.com
- Venus Williams adjusting to illness
  espnw
- Slow Cooker Chicken Pot Pie
  quick dish
- Billionaire Has Choice Words for Obama
  moneynews



Email this Article to a Friend

**Back to Front Page**

### America's Obesity Problem



America has a weight problem, and it's showing.

Everything from the number of military recruits eligible to serve, to rising healthcare costs is effected, but before we can hope to fix it, we need to understand exactly how we got here and identify what needs to change moving forward.

One idea that recently surfaced and has since dominated the traditional and social media discussions on food and nutrition, is that less sugar will result in less obesity.

That this notion has gained any traction is astounding because we are already consuming much less sugar now than we were before the obesity epidemic, but there are several factors that may have led to this misperception and unfounded advice.

For example, although many food manufacturers have substituted high fructose corn syrup (HFCS) for natural sugar during the past 40 years, a recent marketing campaign funded by the makers of HFCS claims that the two ingredients are the same—a claim which a federal court has already ruled there is "a reasonable probability . . . that the statements are false" in an ongoing lawsuit about the difference between the two sweeteners.

Still another potential reason for the misperception that Americans are consuming too much sugar is the erroneous assumption that Americans consume 100 percent of the sugar supply. When the U.S. Department of Agriculture (USDA) subtracts loss and waste from the total supply of refined sugar, it reveals that more than 40 percent of the total sugar supply is never actually consumed.

Why do these things matter?

Because before we can solve a problem, we need to gather the facts in a genuine effort to understand its cause, rather than rush to judgment. Stepping back to look at sugar consumption trends - the

Social Share: 

**In This Issue...**

Natural or Not?
America's Obesity Problem
Real Simple's Road Test: Best Bottle Teas
With Real Sugar

**Look Who's Switching to Sugar...**

**Your coffee's natural mate: Coffee-Mate** introduces a new Natural Bliss line made with only real milk, cream, sugar and natural flavors.



**OceanSpray Cranberries**
Make for a sweet treat!


data for which is provided by the USDA - during the very period when obesity prevalence has risen should be sufficient evidence to prove that blaming America's weight problem on sugar consumption is wrong.

**[PRINTER FRIENDLY VERSION]**

Bookmark & Share:



**Go here** for a great recipe "Cranberry Nut Bread" made with natural Sugar!

**More on Consumer Confusion**

Fact Sheet: Consumers have a right to know about sweeteners

Audio: Consumer Sweetener Confusion News Release

See what new sweetener labels might look like

**Contact for Reporters**

Megan Mitchell,
301-643-6472
mitchell@sugar.org

**Visit Our Website**



**www.sugar.org**

**ARCHIVE**

**The Sugar Packet**
June 28, 2012

**The Sugar Packet**
June 7, 2012

[MORE]

**TELL A FRIEND**

Published by Sugar Association
Copyright © 2012 Sugar Association. All rights reserved.

Created with **Inbox Group**



Email this Article to a Friend

**Back to Front Page**

### Don't Take Our Word For It

Social Share: 

Since the debate over sodas and other beverages has become a frequent contributor to the daily news cycle, the Sugar Association has tried to put an end to the inaccurate description of these beverages as "sugary" and "sugar-sweetened" in news stories, blogs and elsewhere.

**In This Issue...**

Don't Take Our Word For It

All Natural Sugar: An Important Part of a Healthy Diet

Natural Winners



In a nutshell, we ask that reporters and bloggers consider these facts:

1. The majority (about 92 percent) of the caloric, sweetened beverages in the United States are sweetened with high fructose corn syrup (HFCS), not sugar.

2. Sugar and HFCS are not the same.

Unfortunately, our observation of these facts has been largely discounted or ignored because we are representatives of the sugar industry—the very industry wrongly maligned by the inaccurate characterizations of the targeted beverages.

**Look Who's Switching to Sugar...**

**Your coffee's natural mate: Coffee-Mate** introduces a new Natural Bliss line made with only real milk, cream, sugar and natural flavors.



But in recent weeks, one very significant development has turned the tide—if ever so slightly—and grabbed the media's attention.

On May 30th, the U.S. Food and Drug Administration (FDA) denied the Corn Refiners Association's petition to authorize "corn sugar" as another name for HFCS because "use of the term 'sugar' to describe HFCS, a product that is a syrup, would not accurately identify or describe the basic nature of the food or its characterizing properties."

The FDA also explained that changing the name from HFCS to "corn sugar" could "pose a public health concern" for "individuals with hereditary fructose intolerance or fructose malabsorption" because they "have associated 'corn sugar' to be an acceptable ingredient to their health when 'high-fructose corn syrup' is not."

**OceanSpray Cranberries** Make for a sweet treat!

At last, news outlets and bloggers covering the debate have started to take notice. Here's what they're saying:

*Food Identity Theft's* Linda Bonvie wrote:

> Kudos go out this week to Brian McFadden, writer/illustrator of The Strip, a weekly cartoon featured in the Sunday Review section of The New York Times. While reporters, editorial writers and opinion columnists of all stripe have repeatedly – and erroneously – used the term "sugary drinks" in referring to the supersize sodas that Mayor Michael Bloomberg wants to ban from being sold in various venues, it took cartoonist McFadden to correctly characterize them. His June 17 cartoon "Amended Stop and Frisk Procedures" depicts new groups that could be frisked by police in order to make the practice, which has been the subject of considerable protest in the Black and Latino communities, more politically acceptable. Among them: "Heavyset citizens – likely to be carrying more than 20 ounces of high fructose corn syrup subcutaneously."

On June 7th, Dr. Michael Goran expressed his concerns about this subject on *Science 2.0*:

> "The corn industry propounds that sugar and high fructose corn syrup are the same but when our lab at USC took up the question, we found a far murkier and distressing picture… Our study showed that certain popular sodas and other beverages contain a fructose content approaching 65% of sugars. This works out to be 30% more fructose than if the sodas were made with natural sugar… New evidence shows that large amounts of fructose are harmful because of the way fructose is metabolized. Fructose is taken up almost exclusively by the liver where it can be re-packaged as fat and produces harmful by-products in the process."

Doctors Mehmet Oz, host of "The Dr. Oz Show," and Mike Roizen of Cleveland Clinic also acknowledged the difference in an article for the *Idaho Statesman*:

> When tobacco giant Philip Morris changed its corporate name to Altria Group, it seemed they were trying to dodge the stigma of selling cigarettes that was attached to the original brand… Now the high-fructose corn syrup folks are trying to pull the same kind of switcheroo. They want HFCS to be renamed "corn sugar." Fortunately, the Corn Refiners Association got shot down by the Food and Drug Administration. The name stays the same for now.

The *Huffington Post* took steps toward acknowledging the difference in an article posted last week:

> Nota bene: Sugar in commercial beverages comes in many forms. Though we used white cane sugar for illustrative purposes, sugar in these drinks can come in the form of high fructose corn syrup, cane sugar, beet sugar or even concentrated fruit juice.

And again in a piece penned by contributor Jonathon Galland:



**Go here** for a great recipe "Cranberry Nut Bread" made with natural Sugar!

**More on Consumer Confusion**

Fact Sheet: Consumers have a right to know about sweeteners

Audio: Consumer Sweetener Confusion News Release

See what new sweetener labels might look like

**Contact for Reporters**

Megan Mitchell,
301-643-6472
mitchell@sugar.org

**Visit Our Website**



**www.sugar.org**

**ARCHIVE**

**The Sugar Packet**
June 7, 2012

**The Sugar Packet**
April 17, 2012

[MORE]

> *In its ability to pack on the body fat, high-fructose corn syrup appears to be worse than sugar. Research from Princeton University looked at how high-fructose corn syrup increases body fat, which I will discuss below.*
>
> *It might seem that this much-maligned sweetener would have seen its day. Instead, high-fructose corn syrup continues to be a powerhouse, sweetening the big soft drinks and sports drinks. It adds a touch of sweetness to ketchup and provides stickiness to barbeque sauce. Americans suck back 60 pounds per person, on average, of high-fructose corn syrup each year.*

And earlier this month, the *Chicago Tribune* made (albeit brief) mention of the distinction for the first time:

> *In recent months, "sugar-sweetened beverages" (often sweetened with high-fructose corn syrup) have come under attack for their contribution to obesity. Whether this label should be applied to juice is subject to debate, with some organizations counting only juices with sugar added.*

While some of these may come across as obligatory disclaimers rather than sincere attempts to educate readers, at least the facts are no longer being ignored entirely. And now, if people don't want to take our word for it, they won't have to.

**[PRINTER FRIENDLY VERSION]**

Bookmark & Share: 

**TELL A FRIEND**
RSS

Published by Sugar Association
Copyright © 2012 Sugar Association. All rights reserved.

Created with **Inbox Group**