# EXHIBIT 1

| | |
|---|---|
| **From:** | Weintraub, David |
| **To:** | "David Knowles"; Locascio, Karl; Mark Lindley; Gina Steffensmeier; Chris Olsen; Nicole Reichert; jon_hixson@cargill.com |
| **Cc:** | Audrae Erickson; Jim Callan |
| **Subject:** | RE: "Marketing Ploy" Creative for Committee Approval by 12:30pm Central - Confidential |
| **Date:** | Wednesday, February 03, 2010 11:16:00 AM |

These look okay to me. Conceptually, I think they're better. I think we're unnecessarily asking for trouble by using the "natural" language…I don't think we really gain much in the mind of the audience or customers (though I know it makes our sales guys warm and fuzzy), and I think it provides a point to ridicule the ads and the industry as being disingenuous ("How can something that comes from a big chemical factory really be natural?" said Maddow/Olberman/whomever). Just because the claim is true doesn't mean we have to say it…and I don't think it gets us much.

Thoughts?

D


**From:** David Knowles [mailto:dknowles@corn.org]
**Sent:** Wednesday, February 03, 2010 10:15 AM
**To:** Locascio, Karl; Weintraub, David; Mark Lindley; Gina Steffensmeier; Chris Olsen; Nicole Reichert; jon_hixson@cargill.com
**Cc:** Audrae Erickson; Jim Callan
**Subject:** "Marketing Ploy" Creative for Committee Approval by 12:30pm Central - Confidential
**Importance:** High

Dear Committee,

Attached for approval is DDB's revised creative, based on our call yesterday afternoon. They have updated both the "Copy Room" TV spot and the quick response print ad to incorporate a baked-good.

DDB has asked for approval by 12:30pm Central, so that they can record the audio to be used in the testing. Please review as soon as possible.

Thank you,

David Knowles
Director of Communications
Corn Refiners Association
Washington, DC
(202) 331-1634

CONFIDENTIAL                                                                                                                           ADM0022601