# EXHIBIT 3

| | |
|---|---|
| **From:** | Audrae Erickson <aerickson@corn.org> |
| **Sent:** | Thursday, April 16, 2009 10:43 AM |
| **To:** | John White |
| **Subject:** | FW: Confidential HFCS alternate naming survey update |
| **Importance:** | Low |
| **Flag Status:** | Flagged |

David's perspective about a reformulation as part of a name change is a very good one.  I certainly recognize there are many issues involved, but should we put our thinking caps on?

**From:** Audrae Erickson
**Sent:** Thursday, April 16, 2009 11:42 AM
**To:** 'Weintraub, David'
**Subject:** RE: Confidential HFCS alternate naming survey update

We can use corn sugar but would need to amend the regulation for dextrose.  A company could not use corn sugar as an alternative name in parentheses (per my earlier note) which is a different matter.

I would like to explore reformulation but when that topic was broached  (by me) about a year ago with scientists, it turned out to be a very complicated exercise as you might imagine.

Audrae

**From:** Weintraub, David [mailto:David.Weintraub@adm.com]
**Sent:** Thursday, April 16, 2009 11:31 AM
**To:** Audrae Erickson
**Cc:** Locascio, Karl
**Subject:** RE: Confidential HFCS alternate naming survey update

I think you know how I feel about the name change in general. (Absent a reformulation of our product, I think a name change comes off as dishonest and sneaky.  If we feel compelled to change it, I prefer corn sweetener.)

I don't love either of the two new options.  Sweet corn syrup sounds as though it's not made with field corn (and if we're predicating the name change on confusion, we probably shouldn't propose something that could easily be painted as misleading)…and sweetened corn syrup sounds as though we've added something to sweeten it…the last thing we need to be saying.

Regardless, if we're going to research one of these terms, didn't we just learn that we probably can't use corn sugar?  Could we swap out the new term with corn sugar and save some money?

D

**From:** Audrae Erickson [mailto:aerickson@corn.org]
**Sent:** Thursday, April 16, 2009 9:11 AM
**To:** Audrae Erickson; Harvey Chimoff; robert.peterson@tateandlyle.com; susan.potter@tateandlyle.com; Empie, Mark; Locascio, Karl; Adam_Waehner@cargill.com; Bill Brady; dirk_reif@cargill.com; Mark Lindley; Gina Steffensmeier; amy.fratus@roquette.com; Weintraub, David

1

**Cc:** Jim Callan; Shannon McNamara; David Knowles; Jennifer Holdgreve; Ely, Clausen; Sara Martens
**Subject:** Confidential HFCS alternate naming survey update

Please be advised that we have encountered substantial cost increases for the consumer survey project needed for the HFCS alternate naming project. At a recent meeting with FDA, their officials commented that the name "sweet corn syrup" could actually be perceived by consumers to mean a syrup produced from sweet corn. Given that information, the CRA Communications Committee recommended that we add another name to the list of names to be tested: "sweetened corn syrup." This would result in testing 5 names instead of 4. The cost to add an additional name, coupled with the increased costs of using a survey firm routinely used by FDA for their survey projects *Knowledge Networks*, has caused the total cost of our quantitative survey to increase from $57,000 to $98,000.

Please note that some members of our working group have noted that consumers already perceive HFCS and corn syrup to be synonymous and may wonder why it has been further "sweetened" if we use one of the terms "sweet corn syrup" or "sweetened corn syrup."

For all of the reasons above, we would like your consideration of whether or not the CRA should test the terms "sweet corn syrup" or "sweetened corn syrup." If we do not, the only terms we would be testing would be: "corn sweetener", "corn sugar" and "corn sugars".

Please provide your views/recommendation on this matter this week (by Friday, April 17) if possible by indicating if you think the CRA should test all 5 terms or simply test the latter 3 (which would omit "sweetened corn syrup" and "sweet corn syrup").

Thank you!

Audrae

CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by email reply.

CONFIDENTIAL                                                                                                                                               WHITE0000200