# EXHIBIT 5

| | |
|---|---|
| **From:** | Wineinger, Matthew D. </O=SUGAR/OU=STALEY DECATUR/CN=RECIPIENTS/CN=WINEINGERM> |
| **Sent:** | Sunday, June 27, 2010 6:13 PM |
| **To:** | Mohan, J. Patrick <Patrick.Mohan@tateandlyle.com> |
| **Cc:** | Olsen, Chris <Chris.Olsen@tateandlyle.com> |
| **Subject:** | RE: CRA Confidential: New TV Ads for Review |

Pat,
Knowing and understanding how the sugar industry sued Splenda Sucralose over their tagline several years ago, do you have any concerns about how we use Sugar here?
Matt

---

**From:** Audrae Erickson [mailto:aerickson@corn.org]
**Sent:** Friday, June 25, 2010 10:04 AM
**To:** Wineinger, Matthew D.; Mohan, J. Patrick
**Cc:** Olsen, Chris
**Subject:** CRA Confidential: New TV Ads for Review

In late July, the CRA is scheduled to produce two new TV ads in a corn field as discussed at our April meeting. Attached please find revised scripts for the proposed corn field ads: "corn maze" and "question mark" for your review. These new scripts take into account results from consumer message testing that explored the emotional elements of their concern, or higher order values. Among other things, that research showed that moms want to be sure that they are feeding their kids healthy foods so that they perform better academically and are more likely to succeed in life. They have heard that HFCS is not healthy, so they concluded that it is better to just avoid it (better safe than sorry axiom). The research also demonstrated that information from experts is more powerful than just having the CRA state the facts. A copy of the topline report from the research is attached for your reference.

The next step in our process is to test these four ads with consumers and select the two commercials that move the needle in a positive direction on our issue. That testing is scheduled to begin late Monday. The CRA Communications Committee reviewed these ads late yesterday and approved the commencement of consumer testing of the ads.

Please let us know if you have any comments on these ads by noon Central this Monday, June 28. We will hold a Board & CRA Communications conference call after the testing to select and approve the final ads for production.

Thank you for your input!

Audrae

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY