# EXHIBIT 6

| | |
|---|---|
| **From:** | aerickson@corn.org |
| **Sent:** | Friday, September 25, 2009 4:18 PM |
| **To:** | Willits, Alan - Alan_Willits@cargill.com; Cotter, Jeff - Jeff_Cotter@cargill.com |
| **Subject:** | Berman & Co. TV and print ads to appear Next Week |
| **Attach:** | CCF Print Ad.pdf |

The Center for Consumer Freedom (Berman & Co.) will run our HFCS TV and print advertisements starting next Tuesday, September 29. The full color version of the print ad is attached. It will appear in the following publications:

**New York Times, Los Angeles Times, USA Today**: Tuesday, September 29 (black & white)
**Crain's Chicago Business**: Monday, October 5 (full color)

Below is a link to the TV ad (the ad may take approximately 30 seconds to load):

http://www.bermanco.com/clients/ssfinalnewaudio.swf

This ad will air for three weeks starting Tuesday, September 29 on the following programs (weekdays only, Eastern time):

**CNN:** 6am - 9am  American Morning
       9am - 10am NewsRoom

**Fox News:**  6am - 9am FOX & Friends
          6pm - 7pm Special Report

**CNBC:** 6am – 8am Squawk Box

**MSNBC:** 6am - 9am Morning Joe
        7pm – 8pm Hardball

As you know, our sponsorship of this campaign remains confidential. We are funding Berman & Co. directly, not the Center for Consumer Freedom which is running the ads. If asked, please feel free to state the following: "The Corn Refiners Association is not funding the Center for Consumer Freedom. It is not surprising, however, that the food and beverage industry would want to defend this highly versatile ingredient that is highly prized and widely used in the food and beverage supply."

We hope you enjoy the ads!

Audrae

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                  CRGL0005884