# Exhibit 7 Conditionally Filed Under Seal