# EXHIBIT 8

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Friday, March 26, 2010 9:59 AM |
| **To:** | J. Justin Wilson <wilson@bermanco.com>; David Knowles <dknowles@corn.org> |
| **Cc:** | Rick Berman <berman@bermanco.com> |
| **Subject:** | RE: Indianapolis TV station briefly covers "critics" view on Princeton study |

Agreed, we cannot look too orchestrated. Nestle piece works best for us on the Princeton study.

-----Original Message-----
From: J. Justin Wilson [mailto:wilson@bermanco.com]
Sent: Friday, March 26, 2010 10:30 AM
To: Audrae Erickson; David Knowles
Cc: Rick Berman
Subject: Re: Indianapolis TV station briefly covers "critics" view on Princeton study

Audrae and David,

I'll see if the Indianapolis clip is available online (our license prohibits us from using Critical Mention for large audiences). If so, we'll put it on our website with an article of how people are starting to correct the record, etc. We've already sent the Nestle piece out to reporters (which I think has been relatively successful). I'm afraid that if we hit them with a second release on the same subject within a few days, it might look too over-the-top. What do you think?

In terms of a PR firm pushing this, I'll look into how it's been moved. The day it came out, it got very little coverage, but it has been a slow boil.

Finally, I briefly spoke with David about taking larger steps to tamp this study down. For obvious reasons it undercuts both of our abilities to argue that there is no conclusive evidence suggesting a metabolic difference. Because the study was funded through NIH grants, there are probably some options to trigger government oversight, or a review. I'd have to look into it more, but as I recall the Data Quality Act may have a provision for this.

Justin

CONFIDENTIAL,HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CRA0420434