# EXHIBIT 10

| | |
|---|---|
| **From:** | Knowledge and Learning <noreply@ift.org> |
| **Sent:** | Friday, July 17, 2009 12:21 PM |
| **To:** | Dr. John Stephen White |
| **Subject:** | "Continuing Education Update": Your Learning Resource |
| **Importance:** | Low |



LEARN MORE!
Visit ift.org/knowledge

In this issue:

- IFT Webcast to Focus on Whole Food
- IFT Vignette Spotlights Consumer Values and Food Choices
- Submit Your Proposal for Wellness 10!
- Spotlight on Post Annual Meeting Learning Opportunities
- Save the Date for Upcoming IFT Conferences

Webcasts

Online Courses

Conferences

## IFT Webcast to Focus on Whole Food

**Risk-Benefit: The Whole Food Approach**
July 28, 2009, 12:00 – 1:30 p.m. Central

Join us for an in-depth look at the importance of approaching the presence of chemicals in foods from a whole food perspective. This webcast, which

1

recently released Expert Report: "Making Decisions About Risks of Chemicals in Foods with Limited Scientific Information," will help you better understand the value of a perspective broader than that of a single chemical substance.

This webcast will also delve into the risks and benefits associated with chemicals produced through standard food heating processes.

Case studies focused on the assessment and evaluation of these risks and benefits will provide you with real world examples of how leading organizations are ensuring that the foods they produce to meet consumers' desire for natural, nutritious food are also safe.

For more information, visit www.ift.org/knowledge. When registering, please enter this code: 0709EM1634

## IFT Vignette Spotlights Consumer Values and Food Choices:

**How Consumer Values Affect Food Choices**
Are you aware of how consumer values affect food choices? 20% of American adults make market decisions based on these concerns, a healthy segment for

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             WHITE0000945

and beverage manufacturers. Join Lynn Dornblaser and Patti Marshman-Goldblatt of the Natural Marketing Institute
for a one-hour online presentation focusing on consumers who make food decisions based on health and social/environmental concerns. Learn how resources can be focused on healthful product candidates with the greatest potential for success, thereby minimizing cost and risk.

What is a vignette? IFT vignettes are short, self-paced online courses, complete with PowerPoint slides with audio and downloadable reference materials, that provide resources and applications which you can use immediately. This vignette could be yours at the member rate of $79. Click here for more information on this vignette and all IFT online courses. When registering, please enter this code: 0709EM1633

## Submit Your Proposal for Wellness 10!

IFT invites you to submit a proposal to be presented at Wellness 10, March 24-25, 2010, in Chicago. The deadline for submissions is Thursday, August 13, 2009, at 4:00 p.m. Central Time.

Designed for R&D professionals, brand

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                     WHITE0000946

managers, new business developers, regulatory managers and consultants, this event will help you keep current with the issues and new technologies that are shaping the landscape of the wellness marketplace. Take this opportunity to share your organization's approaches and applications at this timely, informative event!

Your proposal will contribute to the exchange of information that this event is known for! We also welcome your forwarding this message on to associates and colleagues that may be interested in submitting a proposal. For more information, and to submit your proposal, visit www.ift.org/wellness. You may also want to consider participating as a sponsor or tabletop exhibitor. For information about exhibiting at or sponsoring this event, contact Darlene Hankes at 312.604.0269 or dhankes@ift.org.

## Spotlight on Post Annual Meeting Learning Opportunities

Access educational content presented at the 2009 IFT Annual Meeting & Food Expo. Gain information and resources from more than 130 scientific

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    WHITE0000947

scientific program tracks, with topics ranging from low-calorie sweeteners, to antioxidants and health, to open innovation. Search through session recordings for specialized sessions that are core to your job. For more information, visit Resourceful Recordings, IFT's scientific session archive partner.

Technical research papers from poster presentations at the Annual Meeting are accessible online as continued learning opportunities. Search for specific research topics, view individual sections of each virtual poster, and see multi-media aspects of posters, including video and graphics (if uploaded). You may also send feedback directly to the authors. If you attended the meeting, you may visit the virtual poster site free by using your event badge number. If you didn't attend, purchase access here. If you attended the meeting, but don't remember your badge number, contact IFT Central at 312.782.8424 for your badge number to gain access to the Virtual Poster site.

## Save the Date for Future IFT Conferences

**Wellness 10**
March 24-25, 2010
InterContinental Chicago O'Hare
Chicago, IL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                WHITE0000948

**Meeting & Food Expo**
July 17-21, 2010
McCormick Place
South
Chicago, IL

For more information on IFT conferences, click here.

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
WHITE0000949