# EXHIBIT 11

| | |
|---|---|
| **From:** | Shannon Marshall <smarshall@corn.org> |
| **Sent:** | Friday, August 26, 2011 8:47 AM |
| **To:** | Carol Moreau |
| **Subject:** | RE: travel - CRA Meeting August 29 |

Unfortunately, Audrae will not be available to dine with Dr Rippe, as she is scheduled to arrive on Monday AM. The D.C. area anticipates that will be the best time for travel.

---

**From:** Carol Moreau [mailto:cmoreau@rippelifestyle.com]
**Sent:** Friday, August 26, 2011 9:43 AM
**To:** Shannon Marshall
**Subject:** RE: travel - CRA Meeting August 29

You'll let me know about dinner.....?

---

**From:** Shannon Marshall [mailto:smarshall@corn.org]
**Sent:** Friday, August 26, 2011 9:43 AM
**To:** Carol Moreau
**Subject:** RE: travel - CRA Meeting August 29

Very much appreciated thanks!

---

**From:** Carol Moreau [mailto:cmoreau@rippelifestyle.com]
**Sent:** Friday, August 26, 2011 9:42 AM
**To:** Shannon Marshall
**Subject:** travel - CRA Meeting August 29

Here is Dr. Rippe's travel information:

| | |
|---|---|
| **Saturday, Aug 27**[th] | 9:10pm arrive Chicago off of AA1081/Boston<br>Hyatt Regency O'Hare<br>9300 Bryn Mawr Avenue<br>Rosemont, IL 60018 US |
| **Monday, Aug 29**[th] | 3:15pm dpt Chicago on AA 329/Orlando |

**Dr. Rippe wonders if Audrae would be available for dinner on Sunday?**

**Thanks, Carol**

---

**From:** Shannon Marshall [mailto:smarshall@corn.org]
**Sent:** Thursday, August 25, 2011 11:34 AM
**To:** Carol Moreau
**Subject:** RE: CRA Meeting August 29

Can you please send Rippe's flight itinerary (incl flight numbers)?

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                       RIPPE0001070

**From:** Carol Moreau [mailto:cmoreau@rippelifestyle.com]
**Sent:** Thursday, August 25, 2011 11:33 AM
**To:** Shannon Marshall
**Subject:** FW: CRA Meeting August 29

Hi Shannon,

Could you please confirm that the CRA meeting scheduled for Monday, August 29th is still scheduled to take place as planned.

Thanks,
Carol

**From:** Audrae Erickson [mailto:aerickson@corn.org]
**Sent:** Friday, August 12, 2011 4:44 PM
**To:** Carol Moreau; white.tech.res@gmail.com
**Cc:** David Knowles; Victoria Wodarcyk; Shannon Marshall; David Rosenthal
**Subject:** CRA Meeting August 29

Dear Dr. Rippe and Dr. White,

Here are details about the upcoming meeting on August 29 at the Hyatt Regency O'Hare. Please be advised that there are two Hyatt's near the O'Hare airport. The one you want is the Hyatt Regency O'Hare on Bryn Mawr Avenue. The address is 9300 Bryn Mawr Avenue, Chicago, IL 60018 and the phone number is 847-696-1234.

When you arrive at the hotel, please stay on the entry level and walk back to the Dallas/Fort Worth room. Please wait outside the door if the meeting is in progress as we may be covering another topic. David Knowles will come out and get you when we are ready to talk about scientific research. I will introduce the topic and then turn briefly to John White to talk about the SAP approval and then he will turn to you to talk about the proposed study. We are scheduled to discuss that topic at 10:45 a.m., but may actually start a few minutes earlier. Please plan to arrive by 10:30 or earlier. My apologies if we are running late and start our discussion after 10:45.

Once we conclude the discussion about the proposal, we will turn to another topic – business case roadshow meetings that Dr. White has been participating in. David Rosenthal will lead that discussion and take a moment to turn to Dr. White to discuss his perspective from the recent meetings. Dr. Rippe please feel free to leave at that point or stay if you wish. Following the business case roadshow discussion is a two hour discussion on the proposed 2012 plan for our educational campaign, which we do not need you to stay for. Please feel free to leave the hotel after your discussion topics.

Thank you both for agreeing to come to the meeting. A list of attendees is provided below for your reference. Please let Victoria or Shannon know if you need anything for the meeting. We will have distributed copies of the research proposal, budget, and SAP recommendations in advance to the meeting attendees.

Warm regards,

Audrae

**ATTENDEES**
**Archer Daniels Midland Company**
Dennis Riddle
Mark Bemis
Chris Cuddy

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                 RIPPE0001071

Doug Brinklow

### Cargill, Incorporated
Alan Willits
Jeff Cotter
Kate Houston

### Corn Products International, Inc./National Starch
Rick Kyle
Terry Thomas
Robin L. Brown
Mark Lindley

### Roquette America, Inc.
*Dominique Taret
Rick O'Hara
Gina Steffensmeier

### Tate & Lyle Americas, Inc.
Matt Wineinger
Pat Mohan
Chris Olsen

### CRA
Audrae Erickson
David Rosenthal
David Knowles

### Guests
Harvey Applebaum, Esq., Covington & Burling LLP

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          RIPPE0001072

| | |
|---|---|
| **From:** | Carol Moreau |
| **Sent:** | Wednesday, October 03, 2012 10:05 AM |
| **To:** | John White |
| **Subject:** | lunch @ FNCE meeting |

Hello Dr. White,

Would you be able to meet Dr. Rippe for lunch at 11:30am on October 8th?

Thank you, Carol

Carol Moreau
Executive Assistant
James M. Rippe, M.D.
Rippe Lifestyle Institute. 21 North Quinsigamond Avenue . Shrewsbury, MA
PH: 508.756.1228   -   FX: 508.754.5498
http://www.RippeHealth.com

This message and any attachments are solefy for the intended recipient and may contain confidential or privileged information.

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                RIPPE0002222

| | |
|---|---|
| From: | Carol Moreau |
| Sent: | Monday, May 04, 2009 7:45 AM |
| To: | John White |
| Subject: | IFT Symposium on June 8th |

Hello Dr. White.

Dr. Rippe will plan to arrive in Anaheim in the late afternoon of Sunday, June 7th. He has reservations at the same hotel at which you are staying (Disney Grand Californian).

I believe the HFCS presentation is scheduled from 8:30-10:00am on June 8th. Could you please confirm that Dr. Rippe could travel to the airport at 10:00am? I wanted to be certain that you didn't need him for further networking, etc. before booking his flights.

Thank you, Carol

Carol Moreau
Executive Assistant
James M. Rippe, M.D.
Rippe Lifestyle Institute
21 N. Quinsigamond Ave.
Shrewsbury, MA 01545
PH: 508.756.1228
FX: 508.754.5098
email: cmoreau@rippelifestyle.com

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           RIPPE0002692

| | |
|---|---|
| **From:** | Shannon Weiner <sweiner@corn.org> |
| **Sent:** | Wednesday, May 06, 2009 1:52 PM |
| **To:** | John White |
| **Subject:** | booth furnishings |
| **Importance:** | Low |

We will now have a large 9x 20 booth and I want to make sure you have everything you need.
With regard to counters there are a range to choose from, and in fact you can have a small round high top (like a cocktail table) with two stools, a variety of counters, and risers.  Having a better idea of the size of the large backdrop and the racks, and podium,… please advise as to what you feel will work best for the space.  I will order the same for each show unless otherwise instructed.

I am also still researching better packaging containers.

Thanks!


O. Shannnon Weiner
Assistant to Audrae Erickson, President
Corn Refiners Association

1701 Pennsylvania Avenue, NW
Suite 950
Washington, DC  20006-5806
T: (202) 331-1634 Ext 100
F: (202) 331-2054

www.corn.org
www.SweetSurprise.com

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    WHITE0000416