# EXHIBIT 13

# SQUIRE SANDERS

Squire Sanders (US) LLP
600 Hansen Way
Palo Alto, California  94304

O  +1 650 856 6500
F  +1 650 843 8777
squiresanders.com

Joseph P. Grasser
T  +1 650 843 3386
joseph.grasser@squiresanders.com

August 22, 2013

**VIA E-MAIL AND U.S. MAIL**

| | |
|---|---|
| Gail J. Standish, Esq. | Stephen V. D'Amore, Esq. |
| gstandish@winston.com | sdamore@winston.com |
| Erin R. Ranahan, Esq. | Bryna J. Dahlin, Esq. |
| eranahan@winston.com | bdahlin@winston.com |
| Winston & Strawn LLP | Winston & Strawn LLP |
| 333 S. Grand Avenue | 35 W. Wacker Drive |
| Los Angeles, CA 90071-1543 | Chicago, IL 60601-9703 |

**Re:**  *Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
**Document Production of James Rippe, John White, and White Technical Research Group in Response to Subpoena**

Dear Counsel:

We write to meet and confer regarding the designation of documents produced in response to Plaintiffs' subpoenas to James Rippe ("Rippe"), John White and the White Technical Research Group (collectively, "White"). Pursuant to Paragraph 6 of the parties' Stipulated Protective Order Governing Discovery Materials (the "Stipulated Order"), Plaintiffs challenge various designations of materials as "Highly Confidential – Attorneys' Eyes Only" because they do not contain information covered by the Stipulated Order's requirements.

Section 2.4 of the Stipulated Protective Order provides that the "Highly Confidential" designation is reserved for documents only of the most sensitive nature:

> "Highly Confidential — Attorneys' Eyes Only" Information or Items: extremely sensitive "Confidential Information or Items," the disclosure of which to another Party or non-party would create a substantial risk of serious harm to the Producing Party . . . that could not be avoided by less restrictive means.  Having such a designation in this case is necessary because certain Plaintiffs compete with certain Defendants, certain Plaintiffs compete against one another and certain Defendants compete against one another.  By way of example and not limitation, the Parties anticipate that both they and non-parties will need to protect sensitive proprietary and financial information as "Highly Confidential — Attorneys' Eyes Only" when the ***disclosure of such document would pose a serious risk of competitive harm***. [Emphasis added.]

Many documents produced by Rippe and White production are designated as "Highly Confidential – Attorneys' Eyes Only" despite clearly not falling within section 2.4's ambit.

39 Offices in 19 Countries

Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities.

Please visit squiresanders.com for more information.

Squire Sanders (US) LLP

Gail J. Standish, Esq.
Stephen V. D'Amore, Esq.
Bryna J. Dahlin, Esq.
Erin R. Ranahan, Esq.
August 22, 2013

Indeed, that designation appears to have been the default designation for these two productions. For example, about 77% of the 1,950 documents produced by Rippe are labeled "Highly Confidential." Yet our review of the two productions to date shows that many of the Rippe and White documents so designated do not contain the sort of competitively sensitive information for which the "Highly Confidential" label is reserved. Examples of these inappropriately designated documents include documents reflecting communications or planned communications with doctors, scientists, authors, or journalists regarding their public statements about HFCS; analyses regarding scientific studies performed by other non-parties; correspondence about studies performed by Rippe and White; correspondence about public statements by Rippe or White; correspondence simply relating to scheduling of meetings; and many others. The designation as "Highly Confidential" of at least one SPAM-type mass email sent from a "noreply" email address (WHITE0000944) is particularly indicative of rampant over-designations.

As competitors in the overall sweetener market, both sides had and have ample reason to negotiate and agree to the Stipulated Protective Order. At the same time, both sides also understood that the improper use of the "Highly Confidential – Attorneys' Eyes Only" designation would impact the requesting parties' ability to work with their clients and would unnecessarily increases the costs of litigation. And that indeed is the effect here.

Consequently, we ask that by August 29, 2013 you explain the justifications for the designations applied to the documents in the attached list or confirm that the "Highly Confidential" designations for the listed items will be withdrawn.

We note that we are still in the process of reviewing the Rippe and White productions and anticipate that we may have additional confidentiality designation challenges to make. In the meantime, given your July 15, 2013 letter's expectation that you will make "a small follow-up production" for Rippe and White, we ask that the "Highly Confidential" designation be employed more judiciously. (Please also advise when we can expect the small follow-up production.)

Finally, we may have additional other issues with the Rippe and White productions that we will address with you separately.

As always, we appreciate your prompt attention to this matter.

Sincerely,

Joseph P. Grasser

Enclosure

2

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
|---|---|
| **BEGDOC** | **ENDDOC** |
| RIPPE0000040 | RIPPE0000041 |
| RIPPE0000053 | RIPPE0000057 |
| RIPPE0000067 | RIPPE0000075 |
| RIPPE0000117 | RIPPE0000119 |
| RIPPE0000156 | RIPPE0000156 |
| RIPPE0000198 | RIPPE0000202 |
| RIPPE0000442 | RIPPE0000445 |
| RIPPE0000496 | RIPPE0000498 |
| RIPPE0000544 | RIPPE0000548 |
| RIPPE0000590 | RIPPE0000592 |
| RIPPE0000599 | RIPPE0000601 |
| RIPPE0000602 | RIPPE0000611 |
| RIPPE0000648 | RIPPE0000651 |
| RIPPE0000688 | RIPPE0000691 |
| RIPPE0000800 | RIPPE0000802 |
| RIPPE0000805 | RIPPE0000808 |
| RIPPE0000810 | RIPPE0000813 |
| RIPPE0000814 | RIPPE0000814 |
| RIPPE0000821 | RIPPE0000822 |
| RIPPE0000823 | RIPPE0000824 |
| RIPPE0000827 | RIPPE0000829 |
| RIPPE0000830 | RIPPE0000832 |
| RIPPE0000835 | RIPPE0000835 |
| RIPPE0000836 | RIPPE0000840 |
| RIPPE0000849 | RIPPE0000851 |
| RIPPE0000859 | RIPPE0000861 |
| RIPPE0000865 | RIPPE0000867 |
| RIPPE0000874 | RIPPE0000880 |
| RIPPE0000996 | RIPPE0000999 |
| RIPPE0001006 | RIPPE0001008 |
| RIPPE0001014 | RIPPE0001016 |
| RIPPE0001035 | RIPPE0001035 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| **Challenged "Highly Confidential" Designations** | |
|---|---|
| **BEGDOC** | **ENDDOC** |
| RIPPE0001036 | RIPPE0001038 |
| RIPPE0001039 | RIPPE0001041 |
| RIPPE0001053 | RIPPE0001057 |
| RIPPE0001058 | RIPPE0001059 |
| RIPPE0001061 | RIPPE0001061 |
| RIPPE0001064 | RIPPE0001065 |
| RIPPE0001067 | RIPPE0001068 |
| RIPPE0001069 | RIPPE0001069 |
| RIPPE0001070 | RIPPE0001072 |
| RIPPE0001083 | RIPPE0001085 |
| RIPPE0001087 | RIPPE0001089 |
| RIPPE0001096 | RIPPE0001098 |
| RIPPE0001099 | RIPPE0001100 |
| RIPPE0001103 | RIPPE0001104 |
| RIPPE0001105 | RIPPE0001106 |
| RIPPE0001114 | RIPPE0001118 |
| RIPPE0001119 | RIPPE0001120 |
| RIPPE0001124 | RIPPE0001128 |
| RIPPE0001129 | RIPPE0001134 |
| RIPPE0001141 | RIPPE0001141 |
| RIPPE0001142 | RIPPE0001144 |
| RIPPE0001146 | RIPPE0001147 |
| RIPPE0001148 | RIPPE0001149 |
| RIPPE0001160 | RIPPE0001162 |
| RIPPE0001164 | RIPPE0001165 |
| RIPPE0001166 | RIPPE0001167 |
| RIPPE0001170 | RIPPE0001171 |
| RIPPE0001174 | RIPPE0001178 |
| RIPPE0001179 | RIPPE0001182 |
| RIPPE0001183 | RIPPE0001183 |
| RIPPE0001184 | RIPPE0001186 |
| RIPPE0001187 | RIPPE0001187 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
| --- | --- |
| **BEGDOC** | **ENDDOC** |
| RIPPE0001189 | RIPPE0001190 |
| RIPPE0001191 | RIPPE0001192 |
| RIPPE0001193 | RIPPE0001194 |
| RIPPE0001196 | RIPPE0001197 |
| RIPPE0001198 | RIPPE0001200 |
| RIPPE0001224 | RIPPE0001226 |
| RIPPE0001235 | RIPPE0001243 |
| RIPPE0001246 | RIPPE0001246 |
| RIPPE0001249 | RIPPE0001255 |
| RIPPE0001270 | RIPPE0001274 |
| RIPPE0001275 | RIPPE0001276 |
| RIPPE0001286 | RIPPE0001286 |
| RIPPE0001287 | RIPPE0001288 |
| RIPPE0001296 | RIPPE0001297 |
| RIPPE0001298 | RIPPE0001299 |
| RIPPE0001300 | RIPPE0001303 |
| RIPPE0001314 | RIPPE0001316 |
| RIPPE0001317 | RIPPE0001318 |
| RIPPE0001319 | RIPPE0001320 |
| RIPPE0001321 | RIPPE0001322 |
| RIPPE0001329 | RIPPE0001330 |
| RIPPE0001331 | RIPPE0001332 |
| RIPPE0001333 | RIPPE0001334 |
| RIPPE0001335 | RIPPE0001337 |
| RIPPE0001338 | RIPPE0001339 |
| RIPPE0001340 | RIPPE0001341 |
| RIPPE0001347 | RIPPE0001347 |
| RIPPE0001349 | RIPPE0001349 |
| RIPPE0001353 | RIPPE0001354 |
| RIPPE0001355 | RIPPE0001357 |
| RIPPE0001358 | RIPPE0001360 |
| RIPPE0001363 | RIPPE0001364 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
| --- | --- |
| **BEGDOC** | **ENDDOC** |
| RIPPE0001371 | RIPPE0001374 |
| RIPPE0001381 | RIPPE0001381 |
| RIPPE0001388 | RIPPE0001389 |
| RIPPE0001390 | RIPPE0001399 |
| RIPPE0001414 | RIPPE0001414 |
| RIPPE0001415 | RIPPE0001415 |
| RIPPE0001425 | RIPPE0001425 |
| RIPPE0001427 | RIPPE0001427 |
| RIPPE0001433 | RIPPE0001433 |
| RIPPE0001435 | RIPPE0001442 |
| RIPPE0001443 | RIPPE0001443 |
| RIPPE0001448 | RIPPE0001450 |
| RIPPE0001457 | RIPPE0001458 |
| RIPPE0001466 | RIPPE0001467 |
| RIPPE0001468 | RIPPE0001469 |
| RIPPE0001471 | RIPPE0001472 |
| RIPPE0001475 | RIPPE0001476 |
| RIPPE0001486 | RIPPE0001488 |
| RIPPE0001489 | RIPPE0001491 |
| RIPPE0001493 | RIPPE0001496 |
| RIPPE0001499 | RIPPE0001501 |
| RIPPE0001532 | RIPPE0001532 |
| RIPPE0001533 | RIPPE0001534 |
| RIPPE0001535 | RIPPE0001537 |
| RIPPE0001545 | RIPPE0001548 |
| RIPPE0001549 | RIPPE0001550 |
| RIPPE0001551 | RIPPE0001553 |
| RIPPE0001554 | RIPPE0001555 |
| RIPPE0001556 | RIPPE0001558 |
| RIPPE0001559 | RIPPE0001560 |
| RIPPE0001564 | RIPPE0001566 |
| RIPPE0001567 | RIPPE0001572 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
| --- | --- |
| **BEGDOC** | **ENDDOC** |
| RIPPE0001578 | RIPPE0001578 |
| RIPPE0001580 | RIPPE0001582 |
| RIPPE0001589 | RIPPE0001590 |
| RIPPE0001592 | RIPPE0001594 |
| RIPPE0001601 | RIPPE0001602 |
| RIPPE0001604 | RIPPE0001608 |
| RIPPE0001609 | RIPPE0001609 |
| RIPPE0001610 | RIPPE0001613 |
| RIPPE0001614 | RIPPE0001616 |
| RIPPE0001617 | RIPPE0001619 |
| RIPPE0001627 | RIPPE0001628 |
| RIPPE0001631 | RIPPE0001632 |
| RIPPE0001635 | RIPPE0001637 |
| RIPPE0001641 | RIPPE0001642 |
| RIPPE0001645 | RIPPE0001648 |
| RIPPE0001659 | RIPPE0001659 |
| RIPPE0001674 | RIPPE0001674 |
| RIPPE0001683 | RIPPE0001684 |
| RIPPE0001685 | RIPPE0001691 |
| RIPPE0001692 | RIPPE0001693 |
| RIPPE0001694 | RIPPE0001696 |
| RIPPE0001702 | RIPPE0001702 |
| RIPPE0001708 | RIPPE0001710 |
| RIPPE0001722 | RIPPE0001723 |
| RIPPE0001724 | RIPPE0001725 |
| RIPPE0001726 | RIPPE0001726 |
| RIPPE0001736 | RIPPE0001736 |
| RIPPE0001737 | RIPPE0001739 |
| RIPPE0001748 | RIPPE0001750 |
| RIPPE0001762 | RIPPE0001763 |
| RIPPE0001764 | RIPPE0001767 |
| RIPPE0001789 | RIPPE0001791 |


Case 2:11-cv-03473-CBM-MAN   Document 143-15   Filed 12/30/13   Page 9 of 14   Page ID
 #:3159

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| **Challenged "Highly Confidential" Designations** ||
|---|---|
| **BEGDOC** | **ENDDOC** |
| RIPPE0001792 | RIPPE0001793 |
| RIPPE0001796 | RIPPE0001798 |
| RIPPE0001817 | RIPPE0001818 |
| RIPPE0001821 | RIPPE0001823 |
| RIPPE0001824 | RIPPE0001828 |
| RIPPE0001851 | RIPPE0001852 |
| RIPPE0001869 | RIPPE0001870 |
| RIPPE0001871 | RIPPE0001872 |
| RIPPE0001891 | RIPPE0001892 |
| RIPPE0001894 | RIPPE0001896 |
| RIPPE0001950 | RIPPE0001952 |
| RIPPE0001953 | RIPPE0001953 |
| RIPPE0001955 | RIPPE0001958 |
| RIPPE0001972 | RIPPE0001973 |
| RIPPE0001977 | RIPPE0001977 |
| RIPPE0001978 | RIPPE0001981 |
| RIPPE0001982 | RIPPE0001983 |
| RIPPE0001984 | RIPPE0001986 |
| RIPPE0001989 | RIPPE0001989 |
| RIPPE0001990 | RIPPE0001992 |
| RIPPE0001993 | RIPPE0001993 |
| RIPPE0001994 | RIPPE0001995 |
| RIPPE0001996 | RIPPE0001997 |
| RIPPE0001998 | RIPPE0002001 |
| RIPPE0002008 | RIPPE0002009 |
| RIPPE0002010 | RIPPE0002013 |
| RIPPE0002020 | RIPPE0002020 |
| RIPPE0002040 | RIPPE0002042 |
| RIPPE0002044 | RIPPE0002044 |
| RIPPE0002046 | RIPPE0002046 |
| RIPPE0002050 | RIPPE0002052 |
| RIPPE0002058 | RIPPE0002059 |

- 6 -

1367770/3/CLEVELAND

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
| --- | --- |
| **BEGDOC** | **ENDDOC** |
| RIPPE0002062 | RIPPE0002062 |
| RIPPE0002063 | RIPPE0002065 |
| RIPPE0002068 | RIPPE0002068 |
| RIPPE0002071 | RIPPE0002073 |
| RIPPE0002074 | RIPPE0002076 |
| RIPPE0002078 | RIPPE0002079 |
| RIPPE0002088 | RIPPE0002089 |
| WHITE0000006 | WHITE0000007 |
| WHITE0000011 | WHITE0000012 |
| WHITE0000016 | WHITE0000018 |
| WHITE0000020 | WHITE0000025 |
| WHITE0000027 | WHITE0000027 |
| WHITE0000028 | WHITE0000029 |
| WHITE0000030 | WHITE0000030 |
| WHITE0000038 | WHITE0000039 |
| WHITE0000049 | WHITE0000049 |
| WHITE0000056 | WHITE0000057 |
| WHITE0000058 | WHITE0000059 |
| WHITE0000062 | WHITE0000064 |
| WHITE0000065 | WHITE0000066 |
| WHITE0000067 | WHITE0000070 |
| WHITE0000071 | WHITE0000072 |
| WHITE0000073 | WHITE0000073 |
| WHITE0000074 | WHITE0000074 |
| WHITE0000075 | WHITE0000075 |
| WHITE0000076 | WHITE0000076 |
| WHITE0000077 | WHITE0000078 |
| WHITE0000079 | WHITE0000081 |
| WHITE0000082 | WHITE0000083 |
| WHITE0000084 | WHITE0000084 |
| WHITE0000089 | WHITE0000089 |
| WHITE0000096 | WHITE0000097 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
|---|---|
| **BEGDOC** | **ENDDOC** |
| WHITE0000098 | WHITE0000099 |
| WHITE0000111 | WHITE0000111 |
| WHITE0000125 | WHITE0000125 |
| WHITE0000128 | WHITE0000129 |
| WHITE0000130 | WHITE0000130 |
| WHITE0000148 | WHITE0000149 |
| WHITE0000160 | WHITE0000161 |
| WHITE0000173 | WHITE0000174 |
| WHITE0000177 | WHITE0000177 |
| WHITE0000179 | WHITE0000180 |
| WHITE0000184 | WHITE0000186 |
| WHITE0000187 | WHITE0000189 |
| WHITE0000194 | WHITE0000196 |
| WHITE0000204 | WHITE0000204 |
| WHITE0000205 | WHITE0000205 |
| WHITE0000209 | WHITE0000210 |
| WHITE0000216 | WHITE0000219 |
| WHITE0000223 | WHITE0000223 |
| WHITE0000224 | WHITE0000225 |
| WHITE0000226 | WHITE0000226 |
| WHITE0000227 | WHITE0000229 |
| WHITE0000239 | WHITE0000241 |
| WHITE0000253 | WHITE0000254 |
| WHITE0000261 | WHITE0000263 |
| WHITE0000266 | WHITE0000266 |
| WHITE0000267 | WHITE0000268 |
| WHITE0000285 | WHITE0000286 |
| WHITE0000303 | WHITE0000303 |
| WHITE0000306 | WHITE0000306 |
| WHITE0000309 | WHITE0000310 |
| WHITE0000318 | WHITE0000318 |
| WHITE0000328 | WHITE0000329 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations | |
|---|---|
| **BEGDOC** | **ENDDOC** |
| WHITE0000330 | WHITE0000331 |
| WHITE0000336 | WHITE0000336 |
| WHITE0000339 | WHITE0000340 |
| WHITE0000344 | WHITE0000344 |
| WHITE0000346 | WHITE0000347 |
| WHITE0000362 | WHITE0000363 |
| WHITE0000364 | WHITE0000365 |
| WHITE0000388 | WHITE0000388 |
| WHITE0000411 | WHITE0000412 |
| WHITE0000416 | WHITE0000416 |
| WHITE0000424 | WHITE0000427 |
| WHITE0000428 | WHITE0000428 |
| WHITE0000433 | WHITE0000436 |
| WHITE0000443 | WHITE0000444 |
| WHITE0000471 | WHITE0000471 |
| WHITE0000492 | WHITE0000492 |
| WHITE0000498 | WHITE0000499 |
| WHITE0000506 | WHITE0000508 |
| WHITE0000519 | WHITE0000519 |
| WHITE0000552 | WHITE0000555 |
| WHITE0000559 | WHITE0000563 |
| WHITE0000633 | WHITE0000638 |
| WHITE0000648 | WHITE0000649 |
| WHITE0000657 | WHITE0000658 |
| WHITE0000667 | WHITE0000669 |
| WHITE0000670 | WHITE0000671 |
| WHITE0000672 | WHITE0000675 |
| WHITE0000694 | WHITE0000697 |
| WHITE0000701 | WHITE0000705 |
| WHITE0000706 | WHITE0000707 |
| WHITE0000716 | WHITE0000716 |
| WHITE0000719 | WHITE0000720 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
| --- | --- |
| **BEGDOC** | **ENDDOC** |
| WHITE0000728 | WHITE0000728 |
| WHITE0000735 | WHITE0000735 |
| WHITE0000747 | WHITE0000747 |
| WHITE0000758 | WHITE0000758 |
| WHITE0000759 | WHITE0000760 |
| WHITE0000763 | WHITE0000764 |
| WHITE0000767 | WHITE0000768 |
| WHITE0000769 | WHITE0000771 |
| WHITE0000779 | WHITE0000780 |
| WHITE0000788 | WHITE0000790 |
| WHITE0000812 | WHITE0000812 |
| WHITE0000819 | WHITE0000820 |
| WHITE0000832 | WHITE0000833 |
| WHITE0000854 | WHITE0000855 |
| WHITE0000857 | WHITE0000857 |
| WHITE0000862 | WHITE0000863 |
| WHITE0000884 | WHITE0000884 |
| WHITE0000885 | WHITE0000886 |
| WHITE0000887 | WHITE0000887 |
| WHITE0000888 | WHITE0000889 |
| WHITE0000890 | WHITE0000894 |
| WHITE0000895 | WHITE0000896 |
| WHITE0000897 | WHITE0000897 |
| WHITE0000929 | WHITE0000930 |
| WHITE0000931 | WHITE0000933 |
| WHITE0000937 | WHITE0000938 |
| WHITE0000941 | WHITE0000943 |
| WHITE0000944 | WHITE0000949 |
| WHITE0000955 | WHITE0000956 |
| WHITE0000976 | WHITE0000976 |
| WHITE0000990 | WHITE0000990 |
| WHITE0001012 | WHITE0001013 |

*Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
United States District Court for the Central District of California
Case No. CV 11-3473 CBM (MANx)
Plaintiffs' Confidentiality Challenges for Rippe and White Document Production

| Challenged "Highly Confidential" Designations ||
|---|---|
| **BEGDOC** | **ENDDOC** |
| WHITE0001028 | WHITE0001041 |