# EXHIBIT 14



North America   Europe   Asia

35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5600
F: +1 (312) 558-5700
www.winston.com

Electronic Letterhead

BRYNA J. DAHLIN
Partner
312-558-6362
bdahlin@winston.com

August 29, 2013

**VIA ELECTRONIC MAIL**

David S. Elkins
Joseph P. Grasser
Squire, Sanders & Dempsey (US) LLP
600 Hansen Way
Palo Alto, California 94304

Re: *Western Sugar Cooperative, et al. v
Archer-Daniels-Midland et al.*: **Defendants'
Production of Documents**

Dear Counsel:

  This letter responds to your August 22, 2013 letter challenging the confidentiality designations of certain documents produced in response to Plaintiffs' subpoenas to James Rippe, John White, and the White Technical Research Group.

  We agree to withdraw the "Highly Confidential" designations for the documents listed in your August 22 letter, with the exception of the document Bates-stamped WHITE0000020-25, to which we maintain our designation. We will send you replacement images for the remaining documents with a downgraded "Confidential" stamp.

Sincerely,

Bryna J. Dahlin