# EXHIBIT 16



Squire Sanders (US) LLP
600 Hansen Way
Palo Alto, California 94304

O +1 650 856 6500
F +1 650 843 8777
squiresanders.com

David S. Elkins
T +1 650 843 3378
david.elkins@squiresanders.com

October 7, 2013

**VIA E-MAIL**

Gail J. Standish, Esq.
gstandish@winston.com
Erin R. Ranahan, Esq.
eranahan@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Stephen V. D'Amore, Esq.
sdamore@winston.com
Neil Murphy, Esq.
nmurphy@winston.com
Bryna J. Dahlin, Esq.
bdahlin@winston.com
Bryce A. Cooper, Esq.
bcooper@winston.com
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Re: ***Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.***
***Schedule for Corn Processors' Document Production and Case Schedule***

Counsel:

We write to follow up on our prior meet and confer correspondence and discussions regarding the "Confidential" and "Highly Confidential — Attorneys' Eyes Only" designation of documents produced by the CRA and documents produced in response to plaintiffs' subpoenas to James Rippe ("Rippe"), John White and the White Technical Research Group (collectively, "White").

During our meet and confer discussion about the CRA document production on September 12, 2013, we agreed to examine a subset of CRA documents to provide specific details in connection with the over-designation issue. To that end, we have analyzed 100 randomly selected documents from the CRA production. Of the 100 randomly sampled documents, 27 were designated AEO and 66 were designated Confidential. The results of that analysis, set forth in the enclosed chart, reflect the rampant over-designation of CRA's production.

Most disturbing is the over-use of the AEO designation. As we previously wrote, Section 2.4 of the parties' Stipulated Protective Order limits AEO designations to competitively sensitive information, where "disclosure of such document would pose a serious risk of competitive harm." Virtually none of the AEO documents we examined from CRA's production meets those

Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities.

Please visit squiresanders.com for more information.

Squire Sanders (US) LLP

Gail J. Standish, Esq.
Stephen V. D'Amore, Esq.
Neil Murphy, Esq.
Bryna J. Dahlin, Esq.
Erin R. Ranahan, Esq.
Bryce A. Cooper, Esq.
October 7, 2013

criteria.  In addition, most of the documents designated as Confidential are improperly designated as such.  For example, CRA0209304, designated as Confidential, reflects a public comment on the FDA Corn Sugar petition.  CRA0487213, a photo of Dr. Rippe, is designated as AEO.  CRA0541222, a blank page, is designated as Confidential.

As agreed during our meet and confer, we ask that you now perform your own analysis on a different portion of the CRA production, and that you provide us with your assessment of the confidentiality designations for those documents.  We ask that you provide it to us no later than ten days from now so that corrective processes can be applied before completion of defendants' document production:  our preliminary review of the newly produced documents from Cargill and Tate & Lyle suggest that the same over-designation infecting CRA's production and the Rippe and White productions[1] has infected the Corn Processor Defendants' productions, too.

In candor, the extent of defendants' over-designation of discovery materials strongly suggests that it is motivated by the unsavory optics of defendants' business records, not by legitimate concerns about competitive harm.  We trust that your own analysis will result in your consequent commitment to remedy defendants' abuse of the Stipulated Protective Order promptly.

Sincerely,

David S. Elkins

Attachments

PALOALTO/139490.1

---

[1] With respect to the Rippe and White productions, on August 22, 2013 we sent you a list of over 300 documents which we challenged due to their AEO designations.  Your August 29, 2013 response indicated that you were in agreement that all but one of the documents had been improperly designated, and the AEO designations will be withdrawn.  Since then, we have identified numerous additional documents in those productions that are improperly designated as AEO or Confidential.  Examples of these additionally inappropriately designated documents include RIPPE 2547 – an email string discussing dinner plans; RIPPE 2672 – correspondence concerning room bookings for a conference; WHITE 8230 – correspondence discussing John White's inability to open an attachment emailed to him by Audrae Erickson; and WHITE 10280 – correspondence discussing whether John White could book his travel plan over four years ago.  These examples demonstrate that the overuse of AEO designations is particularly egregious and must be remedied.  We have prepared and now attach a list of the additional Rippe and White documents that we are challenging.

**Result of Review of Random Sample of CRA's Documents for Over-Designations**

| BegBates | EndBates | Designation | Designation Should Be |
|---|---|---|---|
| CRA0007652 | CRA0007652 | Confidential | None |
| CRA0011839 | CRA0011841 | Confidential | None |
| CRA0015054 | CRA0015055 | Confidential | None |
| CRA0018736 | CRA0018736 | Confidential | Confidential |
| CRA0019962 | CRA0019966 | AEO | None |
| CRA0020684 | CRA0020685 | AEO | None |
| CRA0041913 | CRA0041917 | Confidential | None |
| CRA0048978 | CRA0048979 | AEO | None |
| CRA0058741 | CRA0058742 | AEO | None |
| CRA0069073 | CRA0069075 | Confidential | None |
| CRA0077632 | CRA0077634 | Confidential | None |
| CRA0080238 | CRA0080238 | AEO | None |
| CRA0098655 | CRA0098656 | Confidential | None |
| CRA0100468 | CRA0100469 | Confidential | None |
| CRA0115564 | CRA0115566 | Confidential | None |
| CRA0118182 | CRA0118182 | Confidential | None |
| CRA0119259 | CRA0119262 | Confidential | None |
| CRA0121985 | CRA0121993 | AEO | Confidential |
| CRA0122935 | CRA0122936 | Confidential | None |
| CRA0125764 | CRA0125765 | Confidential | None |
| CRA0128863 | CRA0128865 | Confidential | None |
| CRA0131447 | CRA0131447 | Confidential | None |
| CRA0132509 | CRA0132514 | Confidential | None |
| CRA0133881 | CRA0133883 | Confidential | None |
| CRA0138751 | CRA0138754 | AEO | None |
| CRA0153012 | CRA0153017 | Confidential | None |
| CRA0155143 | CRA0155145 | Confidential | None |
| CRA0159120 | CRA0159120 | AEO | None |
| CRA0159504 | CRA0159506 | AEO | None |
| CRA0173682 | CRA0173682 | AEO | None |
| CRA0176644 | CRA0176645 | Confidential | None |

**Result of Review of Random Sample of CRA's Documents for Over-Designations**

| CRA0198382 | CRA0198382 | AEO | Confidential |
|---|---|---|---|
| CRA0202811 | CRA0202811 | Confidential | None |
| CRA0205800 | CRA0205803 | Confidential | None |
| CRA0208893 | CRA0208893 | None | None |
| CRA0209304 | CRA0209304 | Confidential | None |
| CRA0220190 | CRA0220190 | AEO | Confidential |
| CRA0227814 | CRA0227816 | None | None |
| CRA0241493 | CRA0241494 | Confidential | None |
| CRA0242258 | CRA0242260 | Confidential | None |
| CRA0253990 | CRA0253990 | Confidential | None |
| CRA0261718 | CRA0261720 | Confidential | None |
| CRA0262730 | CRA0262730 | Confidential | None |
| CRA0265174 | CRA0265175 | Confidential | None |
| CRA0266133 | CRA0266133 | Confidential | None |
| CRA0278912 | CRA0278918 | Confidential | None |
| CRA0296585 | CRA0296586 | AEO | None |
| CRA0319943 | CRA0319946 | Confidential | None |
| CRA0321576 | CRA0321577 | None | None |
| CRA0325493 | CRA0325494 | None | None |
| CRA0329801 | CRA0329801 | Confidential | None |
| CRA0333496 | CRA0333498 | AEO | None |
| CRA0334684 | CRA0334687 | AEO | None |
| CRA0352628 | CRA0352629 | Confidential | None |
| CRA0378023 | CRA0378023 | Confidential | None |
| CRA0389100 | CRA0389103 | Confidential | None |
| CRA0392040 | CRA0392042 | Confidential | None |
| CRA0402295 | CRA0402295 | AEO | None |
| CRA0403635 | CRA0403635 | Confidential | None |
| CRA0409749 | CRA0409751 | Confidential | None |
| CRA0413560 | CRA0413561 | AEO | None |
| CRA0419515 | CRA0419515 | Confidential | None |
| CRA0427061 | CRA0427063 | Confidential | None |
| CRA0434444 | CRA0434444 | Confidential | None |

**Result of Review of Random Sample of CRA's Documents for Over-Designations**

| | | | |
|---|---|---|---|
| CRA0438574 | CRA0438574 | Confidential | None |
| CRA0440390 | CRA0440390 | Confidential | Confidential |
| CRA0440410 | CRA0440410 | Confidential | Confidential |
| CRA0445549 | CRA0445551 | Confidential | None |
| CRA0459334 | CRA0459336 | AEO | None |
| CRA0464930 | CRA0464930 | Confidential | None |
| CRA0467283 | CRA0467283 | Confidential | None |
| CRA0472217 | CRA0472219 | Confidential | None |
| CRA0473869 | CRA0473871 | Confidential | None |
| CRA0474096 | CRA0474096 | Confidential | None |
| CRA0480194 | CRA0480197 | Confidential | None |
| CRA0484359 | CRA0484370 | Confidential | None |
| CRA0487213 | CRA0487213 | AEO | None |
| CRA0487655 | CRA0487657 | AEO | None |
| CRA0489551 | CRA0489552 | Confidential | None |
| CRA0491257 | CRA0491258 | Confidential | None |
| CRA0503825 | CRA0503828 | Confidential | None |
| CRA0519581 | CRA0519587 | Confidential | None |
| CRA0522052 | CRA0522052 | None | None |
| CRA0528160 | CRA0528162 | AEO | None |
| CRA0530708 | CRA0530709 | Confidential | None |
| CRA0531726 | CRA0531727 | Confidential | None |
| CRA0535554 | CRA0535563 | Confidential | None |
| CRA0539741 | CRA0539741 | AEO | None |
| CRA0541222 | CRA0541222 | Confidential | None |
| CRA0541613 | CRA0541616 | AEO | Limited AEO for only login and password information |
| CRA0549990 | CRA0549992 | Confidential | None |
| CRA0556636 | CRA0556642 | Confidential | None |
| CRA0560006 | CRA0560006 | None | None |
| CRA0562332 | CRA0562332 | Confidential | None |
| CRA0562504 | CRA0562504 | None | None |

**Result of Review of Random Sample of CRA's Documents for Over-Designations**

| CRA0564783 | CRA0564784 | Confidential | None |
| CRA0567983 | CRA0567983 | AEO | None |
| CRA0573469 | CRA0573519 | AEO | Confidential |
| CRA0573639 | CRA0573639 | AEO | None |
| CRA0579696 | CRA0579696 | AEO | None |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| | BEGDOC | File_Name |
|---|---|---|
| 1 | RIPPE0000013 | RE: request for phone call with Dr. Rippe |
| 2 | RIPPE0000092 | Fwd: Invitation to write a chapter |
| 3 | RIPPE0000100 | Re: request for phone call with Dr. Rippe |
| 4 | RIPPE0000246 | Re: LOOKING FOR OBJECTIONS by Wed - Posting Fructose EBR studies to AHRQ website |
| 5 | RIPPE0000327 | RE: From Dr. James Rippe/HFCS/Sucrose delivery vehicle |
| 6 | RIPPE0000349 | Re: RE: NIH |
| 7 | RIPPE0000352 | RE: Action Request: Please Vote for Corn Sugar |
| 8 | RIPPE0000483 | RE: from Dr. Rippe/invoice for consulting services July/August 2012 |
| 9 | RIPPE0000495 | Check is on the way |
| 10 | RIPPE0000655 | FW: Check - yes, I will be here tomorrow |
| 11 | RIPPE0000692 | Invoices |
| 12 | RIPPE0000694 | RE: attached invoices |
| 13 | RIPPE0000718 | RE: Completion of re-analyses of Phase 1 research project |
| 14 | RIPPE0000776 | RE: HFCS Symposium, ASN Sustaining Membership and Clinical Conference |
| 15 | RIPPE0000954 | RE: Additional data analyses of Phase 1 data |
| 16 | RIPPE0001057 | RE: re-establish bi-weekly phone calls with Dr. Rippe? |
| 17 | RIPPE0001361 | RE: recruitment completion-non metabolic unit - Phase 2 |
| 18 | RIPPE0001477 | RE: Follow up to our phone conversation of March 4th: calendar for research invoices |
| 19 | RIPPE0001480 | RE: Follow up to our phone conversation of March 4th: calendar for research invoices |
| 20 | RIPPE0001483 | Follow up to our phone conversation of March 4th: calendar for research invoices |
| 21 | RIPPE0001899 | RE: request for information - please |
| 22 | RIPPE0002099 | RE: from Dr. Rippe/final academic papers from Phase 2 research project |
| 23 | RIPPE0002104 | RE: Milk production decision needed ASAP |
| 24 | RIPPE0002108 | from Dr. Rippe/breaking the blind for the Phase 2 study |
| 25 | RIPPE0002109 | RE: request for 30 minute phone call with Dr. Rippe |
| 26 | RIPPE0002115 | RE: FW: Corn Refiners Association Milk Study |
| 27 | RIPPE0002129 | fMRI conference call request |
| 28 | RIPPE0002130 | RE: Corn Refiners/ADA Food and Nutrition Conference |
| 29 | RIPPE0002132 | RE: Call with Dr. Rippe |

| 30 | RIPPE0002134 | RE: Dr. Rippe's availability for November 8th phone call |
| 31 | RIPPE0002137 | from Dr. Rippe/request for update on Tate & Lyle/Tetra Pak |
| 32 | RIPPE0002138 | RE: I'll be in Boston for AAP... |
| 33 | RIPPE0002139 | RE: trying to schedule conference call for milk production |
| 34 | RIPPE0002143 | RE: Rippe Study 3 |
| 35 | RIPPE0002146 | RE: Audrae Requests |
| 36 | RIPPE0002148 | from Dr. Rippe/Potential research projects involving re-analysis of currently existing data |
| 37 | RIPPE0002151 | RE: from Dr. Rippe/attached Phase 3 documents |
| 38 | RIPPE0002154 | RE: request for phone call/: Attached draft" letter/Responses" |
| 39 | RIPPE0002159 | RE: request for phone call with Dr. Rippe |
| 40 | RIPPE0002165 | RE: from Dr. Rippe/Attached AHA Scientific Statement on Triglycerides and Cardiovascular Health |
| 41 | RIPPE0002168 | RE: FW: from Dr. Rippe/frequency of blood determinations during Phase 3 proposal |
| 42 | RIPPE0002171 | RE: Latest Phase 3 Protocol |
| 43 | RIPPE0002173 | RE: request for phone call with Dr. Rippe |
| 44 | RIPPE0002178 | RE: Abstract |
| 45 | RIPPE0002180 | RE: White/Rippe outline for Board Meeting - Tuesday |
| 46 | RIPPE0002184 | ADA 2011 abstract will be submitted today |
| 47 | RIPPE0002189 | RE: request for phone call with Dr. Rippe |
| 48 | RIPPE0002196 | RE: request for 15 minute phone call with Dr. Rippe |
| 49 | RIPPE0002198 | request for 15 minute phone call with Dr. Rippe |
| 50 | RIPPE0002199 | RE: FW: Update on several issues |
| 51 | RIPPE0002204 | RE: SAP comments on Phase 3 Proposal |
| 52 | RIPPE0002213 | RE: FW: Request for your Comments from USDA |
| 53 | RIPPE0002220 | request for phone call w/Dr. Rippe: Phase 3 issues |
| 54 | RIPPE0002221 | from Dr. Rippe/Question about serum fructose levels |
| 55 | RIPPE0002222 | lunch @ FNCE meeting |
| 56 | RIPPE0002223 | from Dr. Rippe/possible early publication of our articles from Advances in Nutrition |
| 57 | RIPPE0002224 | RE: from Dr. Rippe/possible early publication of our articles from Advances in Nutrition |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 58 | RIPPE0002226 | RE: from Dr. Rippe/Timing of release of thematic group from our Experimental Biology Symposium |
|----|--------------|-------------------------------------------------------------------------------------------------|
| 59 | RIPPE0002228 | from Dr. Rippe/thanks |
| 60 | RIPPE0002231 | request for phone call w/Dr. Rippe |
| 61 | RIPPE0002232 | from Dr. Rippe/slight delay in publishing our Advances in Nutrition articles |
| 62 | RIPPE0002233 | RE: Invitation to write a chapter |
| 63 | RIPPE0002235 | Additional information concerning today's call |
| 64 | RIPPE0002236 | RE: from Dr. Rippe/Revised Phase 3B Protocol |
| 65 | RIPPE0002240 | FW: Request for phone call w/Dr. Rippe:Additional study arms |
| 66 | RIPPE0002247 | request for phone call with Dr. Rippe |
| 67 | RIPPE0002249 | RE: from Dr. Rippe/attached summary of Science Based Education Program for CRA |
| 68 | RIPPE0002253 | from Dr. Rippe/follow up to our phone conversation of March 28th |
| 69 | RIPPE0002256 | RE: FW: Bravo Paper |
| 70 | RIPPE0002258 | RE: FW: request for 30 minute phone call w/Dr. Rippe |
| 71 | RIPPE0002267 | RE: from Dr. Rippe/Attached academic article on the Weight Stable Phase 1 Project |
| 72 | RIPPE0002271 | from Dr. Rippe/update on various issues related to our studies |
| 73 | RIPPE0002273 | from Dr. Rippe/Response to Walter Glinsmann's concerns |
| 74 | RIPPE0002288 | from Dr. Rippe -f/u to June 23rd phone call |
| 75 | RIPPE0002301 | from Dr. Rippe - f/u to our phone conversation of May 28th |
| 76 | RIPPE0002302 | RE: From Dr. Rippe/Request for phone call re: Potential Phase 3 Projects |
| 77 | RIPPE0002304 | From Dr. Rippe/Request for phone call re: Potential Phase 3 Projects |
| 78 | RIPPE0002305 | RE: FW: request for phone call |
| 79 | RIPPE0002309 | FW: request for phone call |
| 80 | RIPPE0002315 | from Dr. Rippe/update on various RLI/CRA projects |
| 81 | RIPPE0002316 | RE: quantifying liver,muscle fat |
| 82 | RIPPE0002318 | request for 30 minute phone call with Dr. Rippe |
| 83 | RIPPE0002319 | RE: Phone call on Friday? |
| 84 | RIPPE0002320 | RE: from Dr. Rippe/CRA Board Meeting |
| 85 | RIPPE0002322 | from Dr. Rippe/CRA Board Meeting |
| 86 | RIPPE0002323 | RE: Phase 2 Protocol - Comments/Response |
| 87 | RIPPE0002327 | FW: FW: Good source for typical blood chemistry levels? |
| 88 | RIPPE0002329 | from Dr. Rippe - f/u to March 31st phone call |

| 89 | RIPPE0002334 | AJLM Paper Authors Teleconference |
|---|---|---|
| 90 | RIPPE0002335 | RE: AJLM Paper Authors Teleconference |
| 91 | RIPPE0002337 | RE: request for phone call with Dr. Ripe |
| 92 | RIPPE0002342 | request for phone call with Dr. Ripe |
| 93 | RIPPE0002345 | from Dr. Rippe/Nutritive versus non-nutritive sweeteners |
| 94 | RIPPE0002348 | Phase 2 Protocol - Comments/Response |
| 95 | RIPPE0002350 | from Dr. Rippe/fatty liver |
| 96 | RIPPE0002353 | Phase 2 Conference call - March 19th |
| 97 | RIPPE0002356 | RE: background for tomorrow's phone call |
| 98 | RIPPE0002360 | background for tomorrow's phone call |
| 99 | RIPPE0002366 | from Dr. Rippe/update |
| 100 | RIPPE0002380 | RE: AJLM Timeline |
| 101 | RIPPE0002382 | confirmation of conference call - TODAY |
| 102 | RIPPE0002388 | RE: from Dr. Rippe/update on Phase 2 Studies |
| 103 | RIPPE0002392 | RE: from Dr. Rippe/update on Phase 2 Studies |
| 104 | RIPPE0002398 | RE: Inquiry about study 1 |
| 105 | RIPPE0002400 | RE: arranging the conference call for the HFCS article |
| 106 | RIPPE0002402 | RE: arranging the conference call for the HFCS article |
| 107 | RIPPE0002404 | arranging the conference call for the HFCS article |
| 108 | RIPPE0002405 | from Dr. Rippe/Endocrine Society abstracts |
| 109 | RIPPE0002406 | RE: from Dr. Rippe/Attached abstracts |
| 110 | RIPPE0002412 | RE: from Dr. Rippe/Attached abstracts |
| 111 | RIPPE0002416 | RE: Information for the Health & Wellness Committee |
| 112 | RIPPE0002419 | RE: Information for the Health & Wellness Committee |
| 113 | RIPPE0002422 | from Dr. Rippe/Preliminary Analysis of Weight Stable Study |
| 114 | RIPPE0002424 | RE: from Dr. Rippe/preliminary findings of HFCS/sucrose weight stable |
| 115 | RIPPE0002429 | RE: from Dr. Rippe/preliminary findings of HFCS/sucrose weight stable |
| 116 | RIPPE0002433 | from Dr. Rippe/preliminary findings of HFCS/sucrose weight stable |
| 117 | RIPPE0002434 | Update on various issues |
| 118 | RIPPE0002436 | from Dr. Rippe/Status of current (ongoing) CRA funded studies |
| 119 | RIPPE0002438 | RE: Request for cost estimates |
| 120 | RIPPE0002442 | RE: Request for cost estimates |
| 121 | RIPPE0002444 | RE: Available for a call this afternoon or tomorrow afternoon? |
| 122 | RIPPE0002445 | RE: FW: from Dr. Rippe/power calculations for Phase 2 studies |

| 123 | RIPPE0002454 | FW: from Dr. Rippe/power calculations for Phase 2 studies |
| 124 | RIPPE0002461 | RE: from Dr. Rippe/power calculations for Phase 2 studies |
| 125 | RIPPE0002467 | from Dr. Rippe/power calculations for Phase 2 studies |
| 126 | RIPPE0002472 | RE: Power Calculations |
| 127 | RIPPE0002475 | RE: Power Calculations |
| 128 | RIPPE0002477 | from Dr. Rippe/update on Phase 2 Protocols |
| 129 | RIPPE0002479 | RE: request for phone call with Dr. Rippe |
| 130 | RIPPE0002482 | RE: Please continue revisions for Thurs as planned |
| 131 | RIPPE0002485 | RE: Please continue revisions for Thurs as planned |
| 132 | RIPPE0002486 | Request for phone call - Proposal rewrites |
| 133 | RIPPE0002487 | RE: Proposal rewrites |
| 134 | RIPPE0002488 | from Dr. Rippe-f/u to October 16th phone call |
| 135 | RIPPE0002491 | RE: request for phone call w/Dr. Rippe |
| 136 | RIPPE0002501 | RE: Proposals and abstracts |
| 137 | RIPPE0002502 | RE: from Dr. Rippe-f/u to phone conversation of August 24th |
| 138 | RIPPE0002506 | RE: Proposals and abstracts |
| 139 | RIPPE0002508 | from Dr. Rippe/preliminary data on weight loss study |
| 140 | RIPPE0002510 | RE: request for 30 minute phone call |
| 141 | RIPPE0002515 | RE: request for 30 minute phone call |
| 142 | RIPPE0002520 | request for 30 minute phone call |
| 143 | RIPPE0002524 | from Dr. Rippe/update on various issues |
| 144 | RIPPE0002526 | RE: For Dr. Rippe - SAP deliberations |
| 145 | RIPPE0002531 | RE: For Dr. Rippe - SAP deliberations |
| 146 | RIPPE0002538 | RE: For Dr. Rippe - SAP deliberations |
| 147 | RIPPE0002546 | Attached final report for the sweeteners and weight loss study (Phase 1) |
| 148 | RIPPE0002547 | from Dr. Rippe/dinner invitation |
| 149 | RIPPE0002548 | RE: from Dr. Rippe/dinner invitation |
| 150 | RIPPE0002575 | from Dr. Rippe-f/u to NAASO mtg |
| 151 | RIPPE0002576 | RE: from Dr. Rippe-f/u to NAASO mtg |
| 152 | RIPPE0002579 | RE: Assist needed to set up conference call |
| 153 | RIPPE0002582 | RE: Assist needed to set up conference call |
| 154 | RIPPE0002586 | RE: Assist needed to set up conference call |
| 155 | RIPPE0002589 | RE: request for availability for October 19th conference call |
| 156 | RIPPE0002593 | RE: Call with Dr. Rippe and Audrae Erickson |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 157 | RIPPE0002600 | RE: For Dr. Rippe |
|-----|--------------|-------------------|
| 158 | RIPPE0002601 | RE: CRA Update |
| 159 | RIPPE0002603 | RE: New Fructose Study Released in PNAS |
| 160 | RIPPE0002606 | from Dr. Rippe/Background: ASN Symposium/AJCN |
| 161 | RIPPE0002607 | RE: Speaking Invitation |
| 162 | RIPPE0002609 | RE: Speaking Invitation |
| 163 | RIPPE0002612 | RE: from Dr. Rippe/Update on various initiatives |
| 164 | RIPPE0002615 | RE: From Dr. James Rippe/HFCS/Sucrose delivery vehicle |
| 165 | RIPPE0002620 | storage option possibilities |
| 166 | RIPPE0002624 | RE: storage option possibilities |
| 167 | RIPPE0002629 | product shipment/storage |
| 168 | RIPPE0002635 | RE: ADM/CRA - Information for clinical runs in Jan. |
| 169 | RIPPE0002638 | RE: ADM/CRA - Information for clinical runs in Jan. |
| 170 | RIPPE0002642 | From Dr. James Rippe |
| 171 | RIPPE0002643 | request for conference call |
| 172 | RIPPE0002644 | Confirmation of conference call |
| 173 | RIPPE0002646 | contact information |
| 174 | RIPPE0002647 | RE: from Dr. Rippe/Rick Grabiel |
| 175 | RIPPE0002650 | request for conference call |
| 176 | RIPPE0002651 | from Dr. Rippe-f/u to Jan 28th phone call |
| 177 | RIPPE0002654 | from Dr. Rippe/letter from Tetra-Pak |
| 178 | RIPPE0002656 | RE: request for phone call with Dr. Rippe |
| 179 | RIPPE0002658 | request for phone call with Dr. Rippe |
| 180 | RIPPE0002659 | from Dr. Rippe-f/u to March 13th phone call |
| 181 | RIPPE0002663 | RE: Review Article on HFCS vs Sucrose |
| 182 | RIPPE0002667 | RE: request for 15 minute phone call with Dr. Rippe |
| 183 | RIPPE0002669 | request for 15 minute phone call with Dr. Rippe |
| 184 | RIPPE0002672 | logistical question about the IFT conference |
| 185 | RIPPE0002675 | RE: request for phone call with Dr. Rippe |
| 186 | RIPPE0002682 | RE: Startup Status |
| 187 | RIPPE0002684 | RE: request for phone call with Dr. Rippe |
| 188 | RIPPE0002686 | request for phone call with Dr. Rippe |
| 189 | RIPPE0002687 | 2009 IFT Scientific Program Moderator |
| 190 | RIPPE0002689 | RE: 2009 IFT Scientific Program Moderator |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 191 | RIPPE0002692 | IFT Symposium on June 8th |
|---|---|---|
| 192 | RIPPE0002693 | RE: Correct version for conference call today? |
| 193 | RIPPE0002694 | IFT Symposium on June 8th |
| 194 | RIPPE0002696 | RE: IFT Symposium on June 8th |
| 195 | RIPPE0002699 | RE: IFT presentation: HFCS Metabolism - Is it Really Different from Sugar 6-8-09.ppt |
| 196 | RIPPE0002701 | RE: phone call with Dr. Rippe |
| 197 | RIPPE0002721 | from Dr. Rippe-f/u to July 15th meeting |
| 198 | RIPPE0002724 | RE: from Dr. Rippe-f/u to July 15th meeting |
| 199 | RIPPE0002729 | From Dr. James Rippe |
| 200 | RIPPE0002730 | from Dr. Rippe/attached article |
| 201 | RIPPE0002732 | from Dr. Rippe/Thanks! |
| 202 | RIPPE0002737 | from Dr. Rippe/exchange with Bruce Topping |
| 203 | RIPPE0002744 | from Dr. Rippe/Attached Phase II Study "Concept Paper" |
| 204 | RIPPE0002745 | CORN REFINERS-PHASE II STUDY-REV II-8-14-09.doc |
| 205 | RIPPE0002759 | CORN REFINERS-Figure 1-Prpsd Stdy Dsgns-7-27-09.ppt |
| 206 | RIPPE0002760 | RE: from Dr. Rippe/Attached Phase II Study Concept Paper"" |
| 207 | RIPPE0002763 | from Dr. Rippe/update on various issues |
| 208 | RIPPE0002766 | request for 15 minute phone call w/Dr. Rippe |
| 209 | RIPPE0002767 | RE: request for 15 minute phone call w/Dr. Rippe |
| 210 | RIPPE0002769 | request for update - Chobani Yogurt |
| 211 | RIPPE0002770 | RE: Science Radio |
| 212 | RIPPE0002771 | RE: Science Radio |
| 213 | RIPPE0002775 | FW: request for update - Chobani Yogurt |
| 214 | RIPPE0002776 | RE: request for update - Chobani Yogurt |
| 215 | RIPPE0002778 | RE: SMT.RMT schedule (v.3).doc |
| 216 | RIPPE0002779 | Chobani |
| 217 | RIPPE0002781 | from Dr. Rippe/Could we arrange a phone conversation? |
| 218 | RIPPE0002784 | RE: Applied Physiology paper |
| 219 | RIPPE0002788 | RE: NY Roundtable |
| 220 | RIPPE0002791 | RE: Draft Advances In Nutrition Media Release |
| 221 | RIPPE0002792 | RE: NY Roundtable |
| 222 | RIPPE0002793 | RE: NY Roundtable |
| 223 | RIPPE0002795 | RE: NY Roundtable |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 224 | RIPPE0002799 | RE: Briefing Materials NY Roundtable.docx |
| 225 | RIPPE0002800 | RE: Briefing Materials NY Roundtable.docx |
| 226 | RIPPE0002801 | Accepted: Call to discuss Feb. 16 Tate & Lyle Meeting |
| 227 | RIPPE0002802 | From Dr. James Rippe; Memo to David Knowles |
| 228 | RIPPE0002803 | RE: Questions for Dr. Rippe about FNCE presentation |
| 229 | RIPPE0002805 | RE: Summary of media coverage |
| 230 | RIPPE0002807 | RE: For Review: Effects on uric acid |
| 231 | RIPPE0002810 | RE: Rippe/FNCE |
| 232 | RIPPE0002813 | RE: Exp Bio Direct Mailer |
| 233 | RIPPE0002815 | RE: Deadline approaching for Impact Session PPT |
| 234 | RIPPE0002817 | RE: Deadline approaching for Impact Session PPT |
| 235 | RIPPE0002820 | from Dr. Rippe/ blog from Deborah Kotz: Has high fructose corn syrup gotten a bad rap? |
| 236 | RIPPE0002821 | RE: request for phone call with Dr. Rippe |
| 237 | RIPPE0002827 | RE: Food Service News article |
| 238 | RIPPE0002829 | RE: Dr. Rippe's Availability on Monday 8/13 |
| 239 | RIPPE0002830 | RE: MEDIA REQUEST: Boston Globe |
| 240 | RIPPE0002837 | RE: to be posted on RLI Website |
| 241 | RIPPE0002838 | FW: For Dr. Rippe's review ASAP: News release on research publication |
| 242 | RIPPE0002842 | RE: For Dr. Rippe's review ASAP: News release on research publication |
| 243 | RIPPE0002845 | RE: Check is on the way |
| 244 | RIPPE0002846 | Dr. Rippe will call you - RE: Nutrition Journal |
| 245 | RIPPE0002847 | RE: from Dr. Rippe/invoice for consulting services July/August 2012 |
| 246 | RIPPE0002852 | RE: For Immediate Review: Dietary fructose |
| 247 | RIPPE0002859 | RE: Check is on the way |
| 248 | RIPPE0002860 | RE: Study for Review: Does fructose consumption contribute to non-alcoholic fatty liver disease? " by Luc Tappy & Kim-Anne L " |
| 249 | RIPPE0002863 | RE: from Dr. Rippe/Achievement on next milestone on Phase 3 project |
| 250 | RIPPE0002865 | request from GYRO |
| 251 | RIPPE0002869 | RE: MilkPep |
| 252 | RIPPE0002871 | RE: availability for dinner/breakfast at SNA |
| 253 | RIPPE0002877 | RE: 2012 School Nutrition Assn. Annual Conference -  Exhibitor Registration Confirmation |
| 254 | RIPPE0002880 | RE: MilkPep |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 255 | RIPPE0002883 | RE: from Dr. Rippe/invoice for consulting services July/August 2012 |
| 256 | RIPPE0002885 | RE: Background for Rippe Intv 6/29 w/Food Service Director Magazine |
| 257 | RIPPE0002890 | RE: For Review - Sievenpiper Study: Effect of Fructose on Glycemic Control in Diabetes" Diabetes Care - Jul2012" |
| 258 | RIPPE0002914 | RE: Chocolate Milk In Schools Friend or Foe Presentation |
| 259 | RIPPE0002917 | RE: Chocolate Milk in Schools Friend or Foe.ppt |
| 260 | RIPPE0002921 | RE: SNA -  ANC Speaker Confirmation and Audio Recording Release Form |
| 261 | RIPPE0002924 | FW: SNA -  ANC Speaker Confirmation and Audio Recording Release Form |
| 262 | RIPPE0002930 | RE: Study for Review: Association of Sweetened Beverage Intake with Incident Hypertension_J Gen Intern Med - April 2012 |
| 263 | RIPPE0002936 | from Dr. Rippe/FDA decision |
| 264 | RIPPE0002950 | updated payment schedule for Phase 3 Study |
| 265 | RIPPE0003434 | RE: Additional data analyses of Phase 1 data |
| 266 | RIPPE0003436 | RE: Additional data analyses of Phase 1 data |
| 267 | RIPPE0003535 | RE: Additional analyses of Phase 1 data |
| 268 | RIPPE0003807 | RE: recruitment completion-non metabolic unit - Phase 2 |
| 269 | RIPPE0003841 | RE: recruitment completion-non metabolic unit - Phase 2 |
| 270 | RIPPE0003982 | RE: Follow up to our phone conversation of March 4th:  calendar for research invoices |
| 271 | RIPPE0003985 | RE: Follow up to our phone conversation of March 4th:  calendar for research invoices |
| 272 | RIPPE0003990 | RE: Follow up to our phone conversation of March 4th:  calendar for research invoices |
| 273 | RIPPE0003993 | Follow up to our phone conversation of March 4th:  calendar for research invoices |
| 274 | RIPPE0004122 | RE: Invoices |
| 275 | RIPPE0004129 | RE: Invoices |
| 276 | RIPPE0004133 | RE: Invoices |
| 277 | RIPPE0004137 | RE: Invoices |
| 278 | RIPPE0004145 | RE: Invoices |
| 279 | RIPPE0004150 | RE: Receipt of invoices |
| 280 | RIPPE0004160 | FW: Receipt of invoices |
| 281 | RIPPE0004334 | from Dr. Rippe/invoices for Phase 3B Pilot Study |
| 282 | RIPPE0004444 | RE: Contract |

| 283 | RIPPE0004455 | RE: studies on obese subjects |
|-----|--------------|-------------------------------|
| 284 | RIPPE0004520 | RE: Invoice #2 |
| 285 | RIPPE0004535 | RE: Upcoming HFCS Studies/PR opportunities |
| 286 | RIPPE0004602 | RE: NPR |
| 287 | WHITE0000009 | RE: High Fructose Corn Syrup (HFCS) |
| 288 | WHITE0000060 | FW: elastin and collagen claim |
| 289 | WHITE0000085 | request for 15 minute phone call with Dr. Rippe |
| 290 | WHITE0000087 | RE: request for 15 minute phone call with Dr. Rippe |
| 291 | WHITE0000090 | FW: request for conference call: HFCS review article |
| 292 | WHITE0000117 | T&L sent out samples |
| 293 | WHITE0000190 | small display - exp bio |
| 294 | WHITE0000199 | FW: Confidential HFCS alternate naming survey update |
| 295 | WHITE0000282 | Anti-fructose science may be swaying public opinion - FYI |
| 296 | WHITE0000300 | FYI - Shannon Weiner is doing CDA PPT (not SM) |
| 297 | WHITE0000349 | Slate: the decline and fall of HFCS, cites JCI study on fructose |
| 298 | WHITE0000357 | RE: Tetra-Pak Milk Run: full speed ahead! |
| 299 | WHITE0000358 | RE: Slate: the decline and fall of HFCS, cites JCI study on fructose |
| 300 | WHITE0000495 | Reprint Request:  Straight talk about high-fructose corn syrup:  what it is and what it ain't.  Am J Clin Nutr 2008;88:1716S-1721S |
| 301 | WHITE0000496 | Diabetes Care paper |
| 302 | WHITE0000583 | RE: Journal of Nutrition article |
| 303 | WHITE0000660 | Re: Journal of Nutrition article |
| 304 | WHITE0000661 | RE: Ffructose |
| 305 | WHITE0000662 | Thank you for your letter to JCEM |
| 306 | WHITE0000732 | RE: Name change |
| 307 | WHITE0000733 | RE: Name change |
| 308 | WHITE0000808 | LA Times interview on sweeteners and calories |
| 309 | WHITE0000994 | RE: Thinking ahead.... |
| 310 | WHITE0000997 | from Dr. Rippe/attached article |
| 311 | WHITE0001004 | from Dr. Rippe/Thanks! |
| 312 | WHITE0001027 | from Dr. Rippe/Attached Phase II Study Concept Paper"" |
| 313 | WHITE0001028 | CORN REFINERS-PHASE II STUDY-REV II-8-14-09.doc |
| 314 | WHITE0001042 | CORN REFINERS-Figure 1-Prpsd Stdy Dsgns-7-27-09.ppt |
| 315 | WHITE0001047 | CORN REFINERS-PHASE II STUDY-REV II-8-14-09.doc |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 316 | WHITE0001061 | CORN REFINERS-Figure 1-Prpsd Stdy Dsgns-7-27-09.ppt |
| 317 | WHITE0001065 | FW: High Fructose Corn Syrup for Consumer Preference Study at the University of Wyoming |
| 318 | WHITE0001088 | CiteTrack - in progress - Add in Committee requests |
| 319 | WHITE0001106 | Re: GI Testing of HFCS |
| 320 | WHITE0001109 | RE: GI Testing of HFCS |
| 321 | WHITE0001112 | Follow up to our phone conversation of October 26th |
| 322 | WHITE0001141 | Re: FW: CRA Scientific Advisory Panel Conference Call - *CONFIDENTIAL* Protocol for Review |
| 323 | WHITE0001145 | RE: Information requested about sweetened milk product |
| 324 | WHITE0001167 | One more reason to hate high-fructose corn syrup: It may cause diabetes |
| 325 | WHITE0001170 | Rippe study |
| 326 | WHITE0001171 | Call with Rippe today |
| 327 | WHITE0001173 | FW: Msg from Luc Tappy: Research Collaboration |
| 328 | WHITE0001176 | RE: CRA GI Study |
| 329 | WHITE0001178 | Re: CRA Health & Wellness Working Group Conference Call - Thursday, Jan. 21 at Noon Central |
| 330 | WHITE0001182 | RE: CRA Health & Wellness Working Group Conference Call - Thursday, Jan. 21 at Noon Central |
| 331 | WHITE0001191 | RE: GI Labs permission request |
| 332 | WHITE0001227 | RE: Rippe Study I |
| 333 | WHITE0001229 | RE: Rippe Study I |
| 334 | WHITE0001235 | The Journal of Nutrition--Final Decision--NUTRITION/2010/122630 |
| 335 | WHITE0001238 | Reply: The Journal of Nutrition--Final Decision--NUTRITION/2010/122630 |
| 336 | WHITE0001249 | RE: Inquiry about study 1 |
| 337 | WHITE0001261 | GI Studies |
| 338 | WHITE0001264 | Re: GI Studies |
| 339 | WHITE0001298 | Fw: Fructose Study Update |
| 340 | WHITE0001306 | from Dr. Rippe/update on Phase 2 Studies |
| 341 | WHITE0001308 | RE: from Dr. Rippe/update on Phase 2 Studies |
| 342 | WHITE0001314 | Hyperuricemia Paper |
| 343 | WHITE0001324 | RE: Privileged and Confidential: Rippe Phase 2 Final Protocol |
| 344 | WHITE0001328 | Transcript of CBS News segment on HFCS |
| 345 | WHITE0001334 | RE: amounts of milks at the different concentrations |

| 346 | WHITE0001340 | RE: HFCS drums from other suppliers |
|-----|--------------|-------------------------------------|
| 347 | WHITE0001354 | Calorie Control FOCUS March 2010 |
| 348 | WHITE0001372 | FW: Experimental Biology Poster Abstract regarding HFCS - action requested |
| 349 | WHITE0001386 | Comments on Rippe's Pilot Study |
| 350 | WHITE0001390 | RE: SAP Comments re Rippe Fatty Liver/Muscle Pilot Study |
| 351 | WHITE0001401 | RE: from Dr. Rippe/Thanks for your help |
| 352 | WHITE0001411 | FW: CRA Furan Statement |
| 353 | WHITE0001413 | RE: from Dr. Rippe/consider breaking the blind/Weight Stable Study |
| 354 | WHITE0001417 | RE: from Dr. Rippe/consider breaking the blind/Weight Stable Study |
| 355 | WHITE0001422 | RE: from Dr. Rippe/consider breaking the blind/Weight Stable Study |
| 356 | WHITE0001430 | RE: WSDA - Speaker Thank You & Feedback |
| 357 | WHITE0001448 | Fw: opportunity to debate Dr. Johnson/ASH Meeting |
| 358 | WHITE0001464 | Re: Fructose abstract at ENDO |
| 359 | WHITE0001471 | RE: Rippe Corn Refiners Abstracts - 2010 |
| 360 | WHITE0001476 | FW: from Dr. Rippe/Potential misrepresentation of your study in Hepatology |
| 361 | WHITE0001482 | GI study of HFCS/Sucrose |
| 362 | WHITE0001485 | RE: Call with Michael Moss, NYTimes |
| 363 | WHITE0001489 | RE: Potential opportunities at Experimental Biology and American Society of Hypertension |
| 364 | WHITE0001495 | RE: Everything OK when you arrived at SNA? |
| 365 | WHITE0001500 | RE: From Dr. James Rippe (JDST) |
| 366 | WHITE0001511 | CRA Request - Mommy Blogger Webinars |
| 367 | WHITE0001551 | RE: New Fructose article |
| 368 | WHITE0001554 | RE: New Fructose article |
| 369 | WHITE0001566 | RE: CRA Request - Mommy Blogger Webinars |
| 370 | WHITE0001580 | RE: Heaney study on fructose and pancreatic cancer |
| 371 | WHITE0001583 | RE: CRA Request - Mommy Blogger Webinars |
| 372 | WHITE0001587 | RE: from Dr. Rippe/Attached academic article on the Weight Stable Phase 1 Project |
| 373 | WHITE0001606 | RE: CRA Request - Mommy Blogger Webinars |
| 374 | WHITE0001630 | RE: SAP Meeting Materials |
| 375 | WHITE0001639 | RE: from Dr. Rippe-f/u to phone conversation of August 24th |
| 376 | WHITE0001691 | RE: Fw: USDA Wrong on Nutritional data for HFCS |
| 377 | WHITE0001706 | Re: Guilley Guilfoyle's Manufacturing Cost of Reformulation Paper |

| 378 | WHITE0001711 | RE: InterBev Sweetener Panel Questions |
| 379 | WHITE0001737 | Re: CRA Request for Comment on blog post. |
| 380 | WHITE0001742 | RE: CRA Request for Comment on blog post. |
| 381 | WHITE0001751 | Can you contact him please |
| 382 | WHITE0001757 | RE: FW: Sugar analysis - various bevergaes |
| 383 | WHITE0001765 | RE: Can you help me with this question? |
| 384 | WHITE0001789 | RE: Study on Sugar Content in Beverages (HFCS) - ACTION REQUESTED |
| 385 | WHITE0001791 | my comments about the Rippe proposalt for the sweeteners and weight loss study (Phase 1) |
| 386 | WHITE0001807 | RE: from Dr. Rippe/Attached final report for the sweeteners and weight loss study (Phase 1) |
| 387 | WHITE0001896 | Re: from Dr. Rippe/Attached final report for the sweeteners and weight loss study (Phase 1) |
| 388 | WHITE0001902 | RE: Study on Sugar Content in Beverages - Focus on Fructose from HFCS |
| 389 | WHITE0001957 | RE: from Dr. Rippe/Attached final report for the sweeteners and weight loss study (Phase 1) |
| 390 | WHITE0001967 | RE: Study on Sugar Content in Beverages - Focus on Fructose from HFCS |
| 391 | WHITE0001968 | RE: Study on Sugar Content in Beverages - Focus on Fructose from HFCS |
| 392 | WHITE0001972 | RE: Study on Sugar Content in Beverages - Focus on Fructose from HFCS |
| 393 | WHITE0001976 | Re: Fwd: from Dr. Rippe/Attached final report for the sweeteners and weight loss study (Phase 1) |
| 394 | WHITE0001982 | Re: from Dr. Rippe/Attached final report for the sweeteners and weight loss study (Phase 1) |
| 395 | WHITE0001994 | Rippe III |
| 396 | WHITE0002002 | RE: Speaker for 2011 CT Dietetic Association |
| 397 | WHITE0002041 | Question about recent paper on Sugar Content of Sweetened beverages |
| 398 | WHITE0002050 | from Dr. Rippe/Request for update on Phase 3 Proposal |
| 399 | WHITE0002051 | request for phone call w/Dr. Rippe-update on Phase 3 Proposal |
| 400 | WHITE0002055 | RE: Question about recent paper on Sugar Content of Sweetened beverages |
| 401 | WHITE0002063 | Re: RLI abstracts and academic paper |
| 402 | WHITE0002066 | FW: Rippe feedback on HSPH study |
| 403 | WHITE0002070 | Marion Nestle - excess fructose study |
| 404 | WHITE0002078 | RE: Draft fructose content talking points |
| 405 | WHITE0002090 | RE: Flawed - Corn syrup in soda studies |

SECOND SET OF CONFIDENTIALITY DESIGNATION CHALLENGES FOR RIPPE AND WHITE PRODUCTIONS

| 406 | WHITE0002094 | Re: Fwd: May we chat about your article, Sugar content of popular sweetened beverages..."?" |
| 407 | WHITE0002100 | RE: Fwd: "May we chat about your article, Sugar content of popular sweetened beverages..."?" |
| 408 | WHITE0002102 | RE: Flawed - Corn syrup in soda studies |
| 409 | WHITE0002105 | RE: Fwd: May we chat about your article, Sugar content of popular sweetened beverages..."?" |
| 410 | WHITE0002111 | Re: RLI abstracts and academic paper |
| 411 | WHITE0002118 | RE: SAP comments on Phase 3 Proposal |
| 412 | WHITE0002124 | Shoppers & Sugars Webcast: What Consumers Buy and Why |
| 413 | WHITE0002127 | Fw: Testing update |
| 414 | WHITE0002130 | RE: Fw: Testing update |
| 415 | WHITE0002165 | Scientific Research |
| 416 | WHITE0003075 | RE: Question about Sweetness |
| 417 | WHITE0003270 | RE: Research for New CRA Website |
| 418 | WHITE0003272 | HFCS Q&A |
| 419 | WHITE0003489 | RE: New Study for review: Identification & quantification of 6 major alpha-dicarbonyl process contaminants in HFCS |
| 420 | WHITE0003931 | RE: Update on Rippe research and publications |
| 421 | WHITE0005601 | Re: New York Times story on High Fructose Corn Syrup - A Sweetener With a Bad Rap" (7/2/06)" |
| 422 | WHITE0009332 | FW: HFCS Science Institute |
| 423 | WHITE0009382 | Re: FW: McKeany-Flavell Sweet Beat: Farm Bill Update - May 15, 2008 - resend with attachment |
| 424 | WHITE0009693 | Re: PR Hot Items |
| 425 | WHITE0009696 | RE: PR Hot Items |
| 426 | WHITE0009703 | Re: Powerpoint presentation |