# EXHIBIT 17



North America   Europe   Asia

35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5600
F: +1 (312) 558-5700
www.winston.com

**Electronic Letterhead**

**BRYNA J. DAHLIN**
Partner
312-558-6362
bdahlin@winston.com

October 18, 2013

**VIA ELECTRONIC MAIL**

David S. Elkins
Squire, Sanders & Dempsey (US) LLP
600 Hansen Way
Palo Alto, California 94304

Adam R. Fox
Anne Choi Goodwin
Squire, Sanders & Dempsey (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071

John A. Burlingame
Squire, Sanders & Dempsey (US) LLP
1200 19th St., NW Ste. 300
Washington, DC 20036

Re: *Western Sugar Cooperative, et al. v Archer-Daniels-Midland et al.*

Dear Counsel:

      We write in response to your October 7, 2013 letter and regarding our review of document confidentiality designations, per your request and our prior discussions.

      Upon review of an extensive sampling of documents, we believe our confidentiality designations in the first instance were appropriate. We did identify some documents during our review that we are willing to reduce or eliminate the confidentiality designation, so that they may be shared with your clients, per your stated concern. We have enclosed a list of documents for which we are withdrawing the confidentiality designation with this letter.

      However, we remain concerned, especially given the form of your recent Answer to Defendants' Counterclaim and follow-up press release, that Plaintiffs are likely to leak confidential information to the press. If there are specific document confidentiality designations you would like to challenge per the procedures of the protective order, please identify them and we will consider them in good faith.

      To that end, we have reviewed your second set of confidentiality designation challenges for the Rippe and White Productions from your October 10 letter. Contrary to the statement in your letter, we do not agree that these documents or the ones identified in the first set of confidentiality challenges were improperly designated. However, in the spirit of cooperation, we

October 18, 2013
Page 2

agree to downgrade the confidentiality designation to "Confidential" for the documents in the list enclosed with this letter. We will agree to remove the confidentiality designations in the remaining documents you have identified in your second set of confidentiality challenges for the White and Rippe productions. We will send you replacement images for these documents, along with the promised replacements for the first set of confidentiality changes.

                                                   Sincerely,

                                                   Bryna J. Dahlin

Encls.

**Second Set of Confidentiality Designation Challenges for Rippe and White Productions - Documents Downgraded to Confidential Designation**

| BEGPROD | ENDPROD |
|---|---|
| RIPPE0002148 | RIPPE0002150 |
| RIPPE0002204 | RIPPE0002211 |
| RIPPE0002236 | RIPPE0002239 |
| RIPPE0002323 | RIPPE0002326 |
| RIPPE0002348 | RIPPE0002349 |
| RIPPE0002350 | RIPPE0002352 |
| RIPPE0002366 | RIPPE0002367 |
| RIPPE0002382 | RIPPE0002384 |
| RIPPE0002388 | RIPPE0002391 |
| RIPPE0002392 | RIPPE0002395 |
| RIPPE0002424 | RIPPE0002428 |
| RIPPE0002429 | RIPPE0002432 |
| RIPPE0002433 | RIPPE0002433 |
| RIPPE0002434 | RIPPE0002435 |
| RIPPE0002438 | RIPPE0002441 |
| RIPPE0002682 | RIPPE0002683 |
| RIPPE0002724 | RIPPE0002728 |
| RIPPE0002745 | RIPPE0002758 |
| RIPPE0002759 | RIPPE0002759 |
| RIPPE0002950 | RIPPE0002951 |
| RIPPE0003434 | RIPPE0003435 |
| RIPPE0003436 | RIPPE0003437 |
| RIPPE0003535 | RIPPE0003536 |
| RIPPE0003807 | RIPPE0003808 |
| RIPPE0003841 | RIPPE0003843 |
| RIPPE0003982 | RIPPE0003984 |
| RIPPE0003985 | RIPPE0003987 |
| RIPPE0003990 | RIPPE0003992 |
| RIPPE0003993 | RIPPE0003994 |
| RIPPE0004122 | RIPPE0004126 |
| RIPPE0004129 | RIPPE0004132 |
| RIPPE0004133 | RIPPE0004136 |
| RIPPE0004137 | RIPPE0004140 |
| RIPPE0004145 | RIPPE0004147 |
| RIPPE0004150 | RIPPE0004153 |
| RIPPE0004160 | RIPPE0004162 |
| RIPPE0004334 | RIPPE0004334 |
| RIPPE0004520 | RIPPE0004521 |
| WHITE0000199 | WHITE0000200 |
| WHITE0001028 | WHITE0001041 |
| WHITE0001042 | WHITE0001042 |
| WHITE0001047 | WHITE0001060 |

**Second Set of Confidentiality Designation Challenges for Rippe and White Productions - Documents Downgraded to Confidential Designation**

| BEGPROD | ENDPROD |
|---|---|
| WHITE0001061 | WHITE0001061 |
| WHITE0001112 | WHITE0001112 |
| WHITE0001145 | WHITE0001147 |
| WHITE0001170 | WHITE0001170 |
| WHITE0001171 | WHITE0001171 |
| WHITE0001249 | WHITE0001250 |
| WHITE0001324 | WHITE0001327 |
| WHITE0001334 | WHITE0001337 |
| WHITE0001386 | WHITE0001387 |
| WHITE0001390 | WHITE0001390 |
| WHITE0001413 | WHITE0001416 |
| WHITE0001417 | WHITE0001421 |
| WHITE0001422 | WHITE0001426 |
| WHITE0001791 | WHITE0001797 |
| WHITE0001807 | WHITE0001812 |
| WHITE0001896 | WHITE0001901 |
| WHITE0001957 | WHITE0001961 |
| WHITE0001976 | WHITE0001981 |
| WHITE0001982 | WHITE0001986 |
| WHITE0001994 | WHITE0001994 |
| WHITE0002111 | WHITE0002113 |
| WHITE0002118 | WHITE0002119 |
| WHITE0003489 | WHITE0003490 |
| WHITE0003931 | WHITE0003935 |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| CRA0011244 | CRA0011245 | Not Confidential |
| CRA0011306 | CRA0011308 | Not Confidential |
| CRA0011766 | CRA0011769 | Not Confidential |
| CRA0013413 | CRA0013413 | Not Confidential |
| CRA015054 | CRA15055 | Not Confidential |
| CRA0016554 | CRA0016568 | Not Confidential |
| CRA0020081 | CRA0020085 | Not Confidential |
| CRA0023134 | CRA0023135 | Not Confidential |
| CRA0027143 | CRA0027144 | Not Confidential |
| CRA0028782 | CRA0028783 | Not Confidential |
| CRA0029018 | CRA0029019 | Not Confidential |
| CRA0039127 | CRA0039127 | Not Confidential |
| CRA0039781 | CRA0039781 | Not Confidential |
| CRA0039879 | CRA0039879 | Not Confidential |
| CRA0040288 | CRA0040288 | Not Confidential |
| CRA0045646 | CRA0045648 | Not Confidential |
| CRA0046873 | CRA0046874 | Not Confidential |
| CRA0049414 | CRA0049415 | Not Confidential |
| CRA0049457 | CRA0049459 | Not Confidential |
| CRA0052732 | CRA0052732 | Not Confidential |
| CRA0053263 | CRA0053268 | Not Confidential |
| CRA0053848 | CRA0053849 | Not Confidential |
| CRA0059913 | CRA0059914 | Not Confidential |
| CRA0060068 | CRA0060068 | Not Confidential |
| CRA0061369 | CRA0061370 | Not Confidential |
| CRA0063460 | CRA0063462 | Not Confidential |
| CRA0064257 | CRA0064258 | Not Confidential |
| CRA0064542 | CRA0064543 | Not Confidential |
| CRA0068494 | CRA0068495 | Not Confidential |
| CRA0071081 | CRA0071083 | Not Confidential |
| CRA0074043 | CRA0074043 | Not Confidential |
| CRA0074867 | CRA0074872 | Not Confidential |
| CRA0078448 | CRA0078448 | Not Confidential |
| CRA0078945 | CRA0078946 | Not Confidential |
| CRA0080238 | CRA0080239 | Not Confidential |
| CRA0083622 | CRA0083626 | Not Confidential |
| CRA0085663 | CRA0085665 | Not Confidential |
| CRA0087686 | CRA0087686 | Not Confidential |
| CRA0089567 | CRA0089567 | Not Confidential |
| CRA0098066 | CRA0098069 | Not Confidential |
| CRA0101837 | CRA0101841 | Not Confidential |
| CRA0104613 | CRA0104622 | Not Confidential |
| CRA0108420 | CRA0108422 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
| --- | --- | --- |
| CRA0108823 | CRA0108824 | Not Confidential |
| CRA0112850 | CRA0112851 | Not Confidential |
| CRA0115551 | CRA0115553 | Not Confidential |
| CRA0116648 | CRA0116648 | Not Confidential |
| CRA0118182 | CRA0118182 | Not Confidential |
| CRA0120511 | CRA0120513 | Not Confidential |
| CRA0122935 | CRA0122935 | Not Confidential |
| CRA0123314 | CRA0123316 | Not Confidential |
| CRA0136869 | CRA0136871 | Not Confidential |
| CRA0144959 | CRA0144965 | Not Confidential |
| CRA0148029 | CRA0148030 | Not Confidential |
| CRA0149662 | CRA0149662 | Not Confidential |
| CRA0154765 | CRA0154765 | Not Confidential |
| CRA0155143 | CRA0155145 | Not Confidential |
| CRA0155715 | CRA0155716 | Not Confidential |
| CRA0157586 | CRA0157586 | Not Confidential |
| CRA0159120 | CRA0159120 | Not Confidential |
| CRA0159181 | CRA0159181 | Not Confidential |
| CRA0163653 | CRA0163653 | Not Confidential |
| CRA0164642 | CRA0164642 | Not Confidential |
| CRA0165384 | CRA0165385 | Not Confidential |
| CRA0167227 | CRA0167228 | Not Confidential |
| CRA0173682 | CRA0173682 | Not Confidential |
| CRA0175526 | CRA0175528 | Not Confidential |
| CRA0176644 | CRA0176644 | Not Confidential |
| CRA0181145 | CRA0181148 | Not Confidential |
| CRA0184923 | CRA0184924 | Not Confidential |
| CRA0208893 | CRA0208893 | Not Confidential |
| CRA0209304 | CRA0209304 | Not Confidential |
| CRA0241493 | CRA0241494 | Not Confidential |
| CRA0242258 | CRA0242260 | Not Confidential |
| CRA0265174 | CRA0265175 | Not Confidential |
| CRA0378023 | CRA0378023 | Not Confidential |
| CRA0394413 | CRA0394417 | Not Confidential |
| CRA0398442 | CRA0398443 | Not Confidential |
| CRA0399765 | CRA0399767 | Not Confidential |
| CRA0403635 | CRA0403635 | Not Confidential |
| CRA0406111 | CRA0406115 | Not Confidential |
| CRA0416578 | CRA0416580 | Not Confidential |
| CRA0421833 | CRA0421833 | Not Confidential |
| CRA0426275 | CRA0426275 | Not Confidential |
| CRA0427294 | CRA0427294 | Not Confidential |
| CRA0429664 | CRA0429666 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| CRA0430112 | CRA0430113 | Not Confidential |
| CRA0433447 | CRA0433450 | Not Confidential |
| CRA0441684 | CRA0441684 | Not Confidential |
| CRA0464930 | CRA0464930 | Not Confidential |
| CRA0478028 | CRA0478028 | Not Confidential |
| CRA0481806 | CRA0481807 | Not Confidential |
| CRA0484359 | CRA0484370 | Not Confidential |
| CRA0485967 | CRA0485967 | Not Confidential |
| CRA0487213 | CRA0487213 | Not Confidential |
| CRA0490372 | CRA0490374 | Not Confidential |
| CRA0491257 | CRA0491258 | Not Confidential |
| CRA0511985 | CRA0511997 | Not Confidential |
| CRA0517887 | CRA0517887 | Not Confidential |
| CRA0522052 | CRA0522052 | Not Confidential |
| CRA0528503 | CRA0528503 | Not Confidential |
| CRA0531420 | CRA0531421 | Not Confidential |
| CRA0531726 | CRA0531727 | Not Confidential |
| CRA0537180 | CRA0537181 | Not Confidential |
| CRA0541421 | CRA0541422 | Not Confidential |
| CRA0549543 | CRA0549543 | Not Confidential |
| CRA0550122 | CRA0550122 | Not Confidential |
| CRA0551652 | CRA0551652 | Not Confidential |
| CRA0551953 | CRA0551955 | Not Confidential |
| CRA0541222 | CRA0541222 | Not Confidential |
| CRA0555977 | CRA0555977 | Not Confidential |
| CRA0560006 | CRA0560006 | Not Confidential |
| CRA0560142 | CRA0560142 | Not Confidential |
| CRA0568004 | CRA0568004 | Not Confidential |
| CRA0568087 | CRA0568087 | Not Confidential |
| CRA0570772 | CRA0570772 | Not Confidential |
| CRGL0000107 | CRGL0000107 | Not Confidential |
| CRGL0001596 | CRGL0001596 | Not Confidential |
| CRGL0001797 | CRGL0001802 | Not Confidential |
| CRGL0002783 | CRGL0002783 | Not Confidential |
| CRGL0003283 | CRGL0003283 | Not Confidential |
| CRGL0005745 | CRGL0005745 | Not Confidential |
| CRGL0005988 | CRGL0005989 | Not Confidential |
| CRGL0006253 | CRGL0006253 | Not Confidential |
| CRGL0006317 | CRGL0006317 | Not Confidential |
| CRGL0006685 | CRGL0006685 | Not Confidential |
| CRGL0007444 | CRGL0007444 | Not Confidential |
| CRGL0011046 | CRGL0011046 | Not Confidential |
| CRGL0011194 | CRGL0011194 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| CRGL0011757 | CRGL0011757 | Not Confidential |
| CRGL0011786 | CRGL0011786 | Not Confidential |
| CRGL0012919 | CRGL0012919 | Not Confidential |
| CRGL0013406 | CRGL0013409 | Not Confidential |
| CRGL0016518 | CRGL0016518 | Not Confidential |
| CRGL0023131 | CRGL0023131 | Not Confidential |
| CRGL0023254 | CRGL0023255 | Not Confidential |
| CRGL0024366 | CRGL0024366 | Not Confidential |
| CRGL0025505 | CRGL0025505 | Not Confidential |
| CRGL0026890 | CRGL0026891 | Not Confidential |
| CRGL0031554 | CRGL0031561 | Not Confidential |
| CRGL0035434 | CRGL0035452 | Not Confidential |
| CRGL0035967 | CRGL0035969 | Not Confidential |
| CRGL0039846 | CRGL0039846 | Not Confidential |
| CRGL0040184 | CRGL0040190 | Not Confidential |
| CRGL0043222 | CRGL0043222 | Not Confidential |
| TLIA0000541 | TLIA0000558 | Not Confidential |
| TLIA0001018 | TLIA0001024 | Not Confidential |
| TLIA0001027 | TLIA0001027 | Not Confidential |
| TLIA0001492 | TLIA0001495 | Not Confidential |
| TLIA0001523 | TLIA0001523 | Not Confidential |
| TLIA0001901 | TLIA0001901 | Not Confidential |
| TLIA0001999 | TLIA0001999 | Not Confidential |
| TLIA0002108 | TLIA0002108 | Not Confidential |
| TLIA0002348 | TLIA0002348 | Not Confidential |
| TLIA0002618 | TLIA0002618 | Not Confidential |
| TLIA0002801 | TLIA0002801 | Not Confidential |
| TLIA0002818 | TLIA0002818 | Not Confidential |
| TLIA0002885 | TLIA0002887 | Not Confidential |
| TLIA0002974 | TLIA0002979 | Not Confidential |
| TLIA0003096 | TLIA0003096 | Not Confidential |
| TLIA0003285 | TLIA0003285 | Not Confidential |
| TLIA0003321 | TLIA0003322 | Not Confidential |
| TLIA0003396 | TLIA0003396 | Not Confidential |
| TLIA0003701 | TLIA0003703 | Not Confidential |
| TLIA0003709 | TLIA0003710 | Not Confidential |
| TLIA0003756 | TLIA0003757 | Not Confidential |
| TLIA0003894 | TLIA0003894 | Not Confidential |
| TLIA0004561 | TLIA0004573 | Not Confidential |
| RIPPE0000095 | RIPPE0000095 | Not Confidential |
| RIPPE0000165 | RIPPE0000166 | Not Confidential |
| RIPPE0000244 | RIPPE0000244 | Not Confidential |
| RIPPE0000303 | RIPPE0000304 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| RIPPE0000362 | RIPPE0000362 | Not Confidential |
| RIPPE0000454 | RIPPE0000454 | Not Confidential |
| RIPPE0000602 | RIPPE0000611 | Not Confidential |
| RIPPE0000704 | RIPPE0000704 | Not Confidential |
| RIPPE0000717 | RIPPE0000717 | Not Confidential |
| RIPPE0000720 | RIPPE0000720 | Not Confidential |
| RIPPE0000848 | RIPPE0000848 | Not Confidential |
| RIPPE0000862 | RIPPE0000862 | Not Confidential |
| RIPPE0001781 | RIPPE0001783 | Not Confidential |
| RIPPE0001811 | RIPPE0001812 | Not Confidential |
| RIPPE0002101 | RIPPE0002101 | Not Confidential |
| RIPPE0002199 | RIPPE0002202 | Not Confidential |
| RIPPE0002424 | RIPPE0002428 | Not Confidential |
| RIPPE0002444 | RIPPE0002444 | Not Confidential |
| RIPPE0002555 | RIPPE0002556 | Not Confidential |
| RIPPE0002586 | RIPPE0002588 | Not Confidential |
| RIPPE0002692 | RIPPE0002692 | Not Confidential |
| RIPPE0002712 | RIPPE0002713 | Not Confidential |
| RIPPE0002867 | RIPPE0002868 | Not Confidential |
| RIPPE0003495 | RIPPE0003495 | Not Confidential |
| RIPPE0003496 | RIPPE0003496 | Not Confidential |
| RIPPE0003708 | RIPPE0003709 | Not Confidential |
| RIPPE0003888 | RIPPE0003888 | Not Confidential |
| RIPPE0003896 | RIPPE0003897 | Not Confidential |
| RIPPE0004196 | RIPPE0004200 | Not Confidential |
| RIPPE0004235 | RIPPE0004235 | Not Confidential |
| RIPPE0004300 | RIPPE0004300 | Not Confidential |
| RIPPE0004326 | RIPPE0004328 | Not Confidential |
| RIPPE0004483 | RIPPE0004486 | Not Confidential |
| RIPPE0004496 | RIPPE0004496 | Not Confidential |
| RIPPE0004518 | RIPPE0004519 | Not Confidential |
| WHITE0000054 | WHITE0000055 | Not Confidential |
| WHITE0000153 | WHITE0000154 | Not Confidential |
| WHITE0000203 | WHITE0000203 | Not Confidential |
| WHITE0000313 | WHITE0000314 | Not Confidential |
| WHITE0000344 | WHITE0000344 | Not Confidential |
| WHITE0000690 | WHITE0000691 | Not Confidential |
| WHITE0000710 | WHITE0000710 | Not Confidential |
| WHITE0000751 | WHITE0000752 | Not Confidential |
| WHITE0000772 | WHITE0000772 | Not Confidential |
| WHITE0000850 | WHITE0000850 | Not Confidential |
| WHITE0000991 | WHITE0000991 | Not Confidential |
| WHITE0001064 | WHITE0001064 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| WHITE0001144 | WHITE0001144 | Not Confidential |
| WHITE0001165 | WHITE0001166 | Not Confidential |
| WHITE0001361 | WHITE0001363 | Not Confidential |
| WHITE0001636 | WHITE0001638 | Not Confidential |
| WHITE0002033 | WHITE0002034 | Not Confidential |
| WHITE0002041 | WHITE0002042 | Not Confidential |
| WHITE0002217 | WHITE0002217 | Not Confidential |
| WHITE0002350 | WHITE0002351 | Not Confidential |
| WHITE0002606 | WHITE0002606 | Not Confidential |
| WHITE0002739 | WHITE0002739 | Not Confidential |
| WHITE0002966 | WHITE0002966 | Not Confidential |
| WHITE0003040 | WHITE0003040 | Not Confidential |
| WHITE0003338 | WHITE0003338 | Not Confidential |
| WHITE0003408 | WHITE0003409 | Not Confidential |
| WHITE0003565 | WHITE0003566 | Not Confidential |
| WHITE0003655 | WHITE0003655 | Not Confidential |
| WHITE0004274 | WHITE0004276 | Not Confidential |
| WHITE0004297 | WHITE0004301 | Not Confidential |
| WHITE0004321 | WHITE0004322 | Not Confidential |
| WHITE0004449 | WHITE0004453 | Not Confidential |
| WHITE0004540 | WHITE0004549 | Not Confidential |
| WHITE0004779 | WHITE0004780 | Not Confidential |
| WHITE0004902 | WHITE0004904 | Not Confidential |
| WHITE0004948 | WHITE0004949 | Not Confidential |
| WHITE0006301 | WHITE0006306 | Not Confidential |
| WHITE0006359 | WHITE0006360 | Not Confidential |
| WHITE0006395 | WHITE0006398 | Not Confidential |
| WHITE0006769 | WHITE0006772 | Not Confidential |
| WHITE0007229 | WHITE0007792 | Not Confidential |
| WHITE0008134 | WHITE0008134 | Not Confidential |
| WHITE0008258 | WHITE0008258 | Not Confidential |
| WHITE0008311 | WHITE0008311 | Not Confidential |
| WHITE0008500 | WHITE0008501 | Not Confidential |
| WHITE0008576 | WHITE0008576 | Not Confidential |
| WHITE0008578 | WHITE0008578 | Not Confidential |
| WHITE0008670 | WHITE0008671 | Not Confidential |
| WHITE0008691 | WHITE0008692 | Not Confidential |
| WHITE0009070 | WHITE0009071 | Not Confidential |
| WHITE0009147 | WHITE0009148 | Not Confidential |
| WHITE0009194 | WHITE0009195 | Not Confidential |
| WHITE0009247 | WHITE0009248 | Not Confidential |
| WHITE0009339 | WHITE0009339 | Not Confidential |
| WHITE0009434 | WHITE0009434 | Not Confidential |

DEFENDANTS' PRODUCTION CONFIDENTIALITY DESIGNATION WITHDRAWALS

| BEGPROD | ENDPROD | NEW DESIGNATION |
|---|---|---|
| WHITE0009778 | WHITE0009778 | Not Confidential |
| WHITE0009932 | WHITE0009933 | Not Confidential |
| WHITE0011174 | WHITE0011176 | Not Confidential |
| WHITE0011217 | WHITE0011217 | Not Confidential |
| WHITE0011505 | WHITE0011506 | Not Confidential |
| WHITE0011520 | WHITE0011525 | Not Confidential |
| WHITE0011664 | WHITE0011665 | Not Confidential |
| WHITE0011801 | WHITE0011801 | Not Confidential |
| WHITE0011974 | WHITE0011974 | Not Confidential |