# Exhibit 18 Conditionally Filed Under Seal