# EXHIBIT 19



May 29, 2007

Mr. John Crowley
Web Site Managing Editor
nbc11.com (KNTV-ITV)
2450 N 1st St
San Jose, CA 95131-1002

Dear Mr. Crowley:

I am writing on behalf of the Corn Refiners Association, which represents the makers of high fructose corn syrup in the United States. There were several factual errors in Diane Kockler's May 25 article, "Why Is Corn Syrup In So Many Foods?," (http://www.nbc11.com/health/13331929/detail.html) that we request be corrected immediately. These mischaracterizations are false and damaging to the makers of high fructose corn syrup.

Specifically, these errors include:

- "Oz said that HFCS alters the body's ability to regulate appetite; it can make you feel like you're not full, and then you often consume extra calories."

No credible research has demonstrated that HFCS affects the appetite differently than sugar. In fact, a recent study by Martine Perrigue, et al at the University of Washington found that beverages sweetened with sugar, HFCS and aspartame, as well as 1% milk, all have similar effects on feelings of fullness. (Perrigue M, et al. April 2006. Hunger and satiety profiles and energy intakes following the ingestion of soft drinks sweetened with sucrose or high fructose corn syrup (HFCS). Proceedings of Experimental Biology 2006, Program Abstract #LB433.)

Further, research by Almiron-Roig and coworkers in 2003 showed that a regular soft drink, orange juice and low-fat milk were not significantly different in their effects on hunger or satiety ratings, or in calories consumed at a subsequent meal. (Almiron-Roig E, Drewnowski A, Hunger, thirst, and energy intakes following consumption of caloric beverages, *Physiol Behav*. 2003; 79:767-74.)

- "HFCS was six times sweeter than cane sugar, blended well with food and could be produced more cheaply than any high-sugar product."

HFCS is not sweeter than sugar. When HFCS was developed, it was specifically formulated to provide sweetness equivalent to sucrose (table sugar). In order for food and beverage makers to use HFCS in place of sucrose, it was important that it provide the same level of sweetness as sucrose so that consumers would not perceive a difference in product sweetness and taste. (Hanover LM, White JS. 1993. Manufacturing, composition, and applications of fructose. *Am J Clin Nutr* 58(suppl 5):724S-732S.)

1701 Pennsylvania Ave., NW, Suite 950, Washington, D.C. 20006-5805
Phone: (202) 331-1634 • Facsimile (202) 331-2054 • www.corn.org

CONFIDENTIAL                                                                                           CRA0242258

Mr. John Crowley
May 29, 2007
Page 2 of 3

- "Our consumption of high fructose corn syrup has skyrocketed from zero consumption in 1966 to approximately 63 pounds per person per year in 1997," said Janet Bond Brill, a registered dietician and author of "Cholesterol Down: 10 Simple Steps to Lower Your Cholesterol in 4 Weeks -- Without Prescription Drugs."

The "consumption" statistics cited in the article are based on deliveries of HFCS rather than consumption. The U.S. Department of Agriculture estimates 2006 per capita HFCS consumption, adjusted for loss during transport, processing and uneaten food — which presents a more accurate figure of what we eat — was 41.9 lbs per year and sugar consumption at 44.5 lbs per year. (U.S. Department of Agriculture, Economic Research Service. 2007. Table 51 -- Refined cane and beet sugar: estimated number of per capita calories consumed daily, by calendar year and Table 52 -- High fructose corn syrup: estimated number of per capita calories consumed daily, by calendar year. *Sugar and Sweeteners Yearbook 2006*.)

- "A debate erupted in the 1980s when researchers suggested that HFCS may be a causal factor in the obesity epidemic. It's a matter of chemical makeup -- HFCS was developed by changing cornstarch into glucose (blood sugar) and then into fructose (fruit sugar)."

No single food or ingredient is the sole cause of obesity, but rather too many calories and too little exercise is a primary cause. HFCS is not higher in calories than any other nutritive sweetener. Both sugar and HFCS contain 4 calories per gram. (Hanover LM, White JS. 1993. Manufacturing, composition, and applications of fructose. *Am J Clin Nutr* 58(suppl 5):724S-732S.)

The scientific information regarding pure fructose and weight gain is not correctly associated with HFCS, because HFCS contains both fructose and glucose. Dr. Walter Willett, Harvard School of Public Health Nutrition Department Chairman, told *The New York Times*, "There's no substantial evidence to support the idea that high-fructose corn syrup is somehow responsible for obesity." (Warner M. July 2, 2006. "Does This Goo Make You Groan?" [print]/"A Sweetener with a Bad Rap" [online]. *The New York Times*.)

- "Furthermore, HFCS and obesity have been linked because fructose ingestion does not increase the production of insulin and leptin"

HFCS is not pure fructose. HFCS, like table sugar and honey, is composed of fructose and glucose, which are found in many other naturally-occurring foods. As noted by the Food and Drug Administration in 1996, "the saccharide composition (glucose to fructose ratio) of HFCS is approximately the same as that of honey, invert sugar and the disaccharide sucrose (or table sugar)." (61 Fed. Reg. 43447 (August 23, 1996), 21 C.F.R. 184.1866. Direct food substances affirmed as Generally Recognized as Safe; High Fructose Corn Syrup - Final Rule.)

Current research does not support the suggestion that HFCS uniquely impacts production of insulin, leptin or ghrelin. In fact, Kathleen J Melanson, et al at Rhode Island University recently reviewed the effects of HFCS and sucrose on circulating levels of glucose, leptin, insulin and

CONFIDENTIAL
CRA0242259

Mr. John Crowley
May 29, 2007
Page 3 of 3

ghrelin in a study group of lean women. The study found "no differences in the metabolic effects" of HFCS and sucrose. (Melanson KJ, Zukley L, Lowndes J, Nguyen V, Angelopoulos TJ, Rippe JM. 2007. Effects of high-fructose corn syrup and sucrose consumption on circulating glucose, insulin, leptin, and ghrelin and on appetite in normal-weight women. *Nutrition* (2007) 23(2):103-12.)

We request that these corrections be made immediately. You may contact me at 202.331.1634 with any questions. Thank you for your attention to this urgent matter.

Sincerely,

Audrae Erickson
President
Corn Refiners Association

Enclosures

CONFIDENTIAL                                                                                                                    CRA0242260

http://www2.ljworld.com/staff/ashley-fischer/contact/

March 23, 2009

Ms. Ashley Fischer
*The Lawrence Journal-World*

Dear Ms. Fischer:

We read the March 23 article "Families face hard decisions about soft drinks," with interest. Unfortunately, the suggestion that high fructose corn syrup is an unhealthy ingredient is misleading. We would like to provide you with science-based information on this safe sweetener and be a reference for you for future articles.

Even former critics of high fructose corn syrup dispel long-held myths and distance themselves from earlier speculation about the sweetener's link to obesity as the *American Journal of Clinical Nutrition* releases its 2008 Vol. 88 supplement's comprehensive scientific review.

Scientific information, sourced from peer-reviewed journal articles that studied high fructose corn syrup specifically, as well as FDA and the USDA, can be found in the following brochure that provides fully cited answers to frequently asked questions about high fructose corn syrup http://www.SweetSurprise.com/sites/default/files/HFCSBrochure.pdf. Links for many of the studies noted in the brochure can be found at http://www.SweetSurprise.com/science-and-research/studies.

**High fructose corn syrup does not uniquely contribute to obesity**
The American Medical Association (AMA) recently concluded that "high fructose syrup does not appear to contribute to obesity more than other caloric sweeteners." (American Medical Association. June 17, 2008. Press Release: AMA finds high fructose syrup unlikely to be more harmful to health than other caloric sweeteners http://www.ama-assn.org/ama/no-index/about-ama/18641.shtml.)

The American Dietetic Association (ADA) concluded that "No persuasive evidence supports the claim that high fructose corn syrup is a unique contributor to obesity." (Hot Topics, "High Fructose Corn Syrup." December 2008. http://www.eatright.org/cps/rde/xchg/ada/hs.xsl/nutrition_19399_ENU_HTML.htm)

Many parts of the world, including Australia, Mexico and Europe, have rising rates of obesity and diabetes despite having little or no high fructose corn syrup in their foods and beverages, which supports findings by the U.S. Centers for Disease Control and the American Diabetes Association that the primary causes of diabetes are obesity, advancing age and heredity.

Around the world, high fructose corn syrup accounts for about 8 percent of caloric sweeteners consumed. (LMC International, Inc. 2008. Table 2: World Sugar & HFCS Consumption. *Sweetener Analysis* January 2008.) USDA data show that per capita consumption of high

CONFIDENTIAL                                                                                                    CRA0261718

fructose corn syrup has been declining in recent years, yet the incidence of obesity and diabetes in the United States remains on the rise.

An expert review of the research literature on the dietary role of high fructose corn syrup has found insufficient support for the notion that high fructose corn syrup could play a unique causal role in obesity. The expert panel led by Richard Forshee, Ph.D. of the University of Maryland Center for Food, Nutrition, and Agriculture Policy (CFNAP) concluded that "the currently available evidence is insufficient to implicate high fructose corn syrup per se as a causal factor in the overweight and obesity problem in the United States." (Forshee RA, Storey ML, Allison DB, Glinsmann WH, Hein GL, Lineback DR, Miller SA, Nicklas TA, Weaver GA, White JS. 2007. A Critical Examination of the Evidence Relating High Fructose Corn Syrup and Weight Gain. *Critical Reviews in Food Science and Nutrition.* 47(6):561–582.)

**Confusion between pure fructose and high fructose corn syrup**
Many confuse pure "fructose" - a sugar also found in fruits and vegetables - with "high fructose corn syrup," a sweetener that never contains fructose alone, but always in combination with a roughly equivalent amount of a second sugar (glucose). Recent studies that have examined pure fructose have been inappropriately applied to high fructose corn syrup. The resulting confusion has been compounded by careless commentators who ignore the important differences between the two products. Not only does high fructose corn syrup always contain glucose which is missing from pure fructose, but the studies that cause confusion examined artificially high levels of pure fructose not found either in high fructose corn syrup or in any normal diet.

The American Dietetic Association (ADA) concluded that, "Studies conducted with abnormally high levels of pure fructose (which are not found in the human diet) that are misinterpreted as being representative of high fructose corn syrup may have led to confusion about the relationship between high fructose corn syrup and obesity." (Hot Topics, "High Fructose Corn Syrup." December 2008.
http://www.eatright.org/cps/rde/xchg/ada/hs.xsl/nutrition_19399_ENU_HTML.htm)

The absence of glucose makes pure fructose fundamentally different from high fructose corn syrup. This is because glucose has been shown to have a tempering effect on specific metabolic effects of fructose. Once the combination of glucose and fructose found in high fructose corn syrup and sucrose are absorbed into the blood stream, the two types of sweetener appear to be metabolized similarly using well-characterized metabolic pathways.

To see the latest research and learn more about high fructose corn syrup, please visit www.SweetSurprise.com. Please feel free to contact me if you would like additional information about the products made from corn.

Thank you for your consideration,

Audrae Erickson
President
Corn Refiners Association
Washington, DC

CONFIDENTIAL

(202) 331-1634

CONFIDENTIAL

CRA0261720

mmccourt@chicoer.com

July 6, 2009

Megan McCourt
Intern
*Chico Enterprise-Record*
PO Box 9
Chico, CA 95927-0009

Dear Ms. McCourt:

We read the July 5 article "In war on obesity, Americans still losing battle of the bulge," with interest. There is a lot of confusion about high fructose corn syrup. We would like to provide you with science-based information on this safe sweetener and be a reference for you for future articles.

High fructose corn syrup is simply a kind of corn sugar. It has the same number of calories as sugar and is handled similarly by the body.

The American Medical Association concluded that "high fructose syrup does not appear to contribute to obesity more than other caloric sweeteners." (American Medical Association. June 17, 2008. Press Release: AMA finds high fructose syrup unlikely to be more harmful to health than other caloric sweeteners
http://www.sweetsurprise.com/sites/default/files/AMARelease6-17-08.pdf)

The American Dietetic Association concluded that "No persuasive evidence supports the claim that high fructose corn syrup is a unique contributor to obesity." (Hot Topics, "High Fructose Corn Syrup." December 2008.
http://www.eatright.org/cps/rde/xchg/ada/hs.xsl/nutrition_19399_ENU_HTML.htm)

Even former critics of high fructose corn syrup dispel long-held myths and distance themselves from earlier speculation about the sweetener's link to obesity as the *American Journal of Clinical Nutrition* releases its 2008 Vol. 88 supplement's comprehensive scientific review.

To read the latest research and learn more about high fructose corn syrup, please visit www.SweetSurprise.com. Please feel free to contact me if you would like additional information about the products made from corn.

Thank you for your consideration,

Audrae Erickson
President
Corn Refiners Association
Washington, DC
(202) 331-1634

CONFIDENTIAL    CRA0262730