# EXHIBIT 20

**Escape The Diet Trap**
**The Malta Independent**
**January 22, 2012**
http://www.independent.com.mt/news.asp?newsitemid=138468

Dr John Briffa, a renowned specialist in nutrition and weight loss, chose Malta as the first place in the world to reveal the groundbreaking concepts contained in his recently published book.

The book titled 'Escape the Diet Trap – lose weight for good without calorie counting, extensive exercise or hunger' shows how conventional advice – to 'eat less and exercise more' – actually causes the body to resist weight loss and dooms us to failure in the long term. Escape the Diet Trap turns traditional advice on its head, and offers a science-based and sustainable approach to weight loss that works with the body, not against it. The book reveals how to achieve lasting weight control with ease, and without any of the calorie counting, extensive exercise or hunger typical of conventional approaches.

Below is a breakdown of the chapters and the issues that Dr Briffa has picked out as the reasons we get fat and what we can do about it.

Diets don't work

We know that diets don't work, and this chapter reviews the results of studies of conventional dieting, with or without exercise, over time. Research reveals that, even in the very overweight, eating less and exercising more bring average losses of no more than a few pounds in the long term.

The obesity paradox

The body mass index (BMI) is the most commonly used measure of weight, and we're urged to conform to normal and 'healthy' BMI levels. This chapter reveals why the BMI, although popular, is a wholly inadequate tool for assessing body weight. It also presents evidence that 'bigger is better' for overall health, especially as we age.

Toxic waist

Recent research shows that the location of accumulated fat determines its likely impact on health: fat packed in and around the abdomen turns out to be the most harmful for both the body and brain. This chapter explores the risks of 'abdominal obesity', and provides guidance on how to assess and monitor this quite simply.

The burning issue

'Eating less' is a central tenet of conventional weight loss advice. This chapter shows, though, how when we consciously cut back on calories, the body puts a brake on its metabolism. This makes it progressively more difficult to lose weight, and can cause weight to return alarmingly quickly once food restriction is relaxed.

The hunger within

A major reason why traditional diets fail is the hunger they almost inevitably induce. In this chapter, we explore the sometimes devastating impact dieting and hunger have on psychological and general wellbeing.

Low-fat fallacy

"Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution. Please consult your copyright compliance guidelines and personnel with questions."

Fat contains twice as many calories as carbohydrate or protein, and low-calorie diets therefore tend to be low in fat. Yet, as this chapter reveals, dietary fat does not drive obesity, and eating less of it is ineffective for shifting body fat. These observations are explained through an understanding of how fat stores are regulated in the body. Insights here suggest that conventional low-fat diets are possibly the worst kinds of diet if lasting weight loss is our goal.

Is a calorie a calorie?

Many weight loss experts claim that 'a calorie is a calorie'. The idea here is that, where body weight is concerned, it's only the number of calories we consume, not the form they come in, that counts. Others claim, however, that some diets bring weight loss that cannot be explained by calorie content alone – the so-called 'metabolic advantage'. This chapter presents evidence for this, and reveals the sort of diet that appears to offer it.

Hunger no more

While some see hunger as a prerequisite for weight loss, the reality is that the less hungry people are, the more weight they tend to lose: keeping the appetite under control is what makes healthy eating easy and sustainable. In this chapter, we explore the type of diet that is most effective for keeping hunger at bay.

Inflammatory arguments

Fat stores in the body are ultimately determined by the action of specific hormones. In this chapter we explore how low-level inflammation can disrupt hormonal functioning, and in turn may lead to weight gain. The chapter focuses on the impact of inflammation on two key hormones – insulin and leptin – and goes on to explore the role of diet in improving hormonal function and bringing about lasting weight loss.

Chapter 10 – Diets on trial

Low-fat diets are the mainstay of conventional approaches to weight loss, though 'low-carb' diets have gained in popularity in recent years. There is considerable debate about which of these diets is best for weight loss. This chapter reviews a decade's worth of research into the relative effectiveness of 'low-fat' and 'low-carb' diets, and reveals the latter to be the clear winner.

The primal principle

Research reveals that low-carbohydrate are the best for weight loss, but what about health? This chapter argues that the healthiest diet for us, in theory at least, is a diet that reflects that of our 'hunter-gatherer' ancestors. Here, we explore the diet that sustained us for the vast majority of our time on this planet, as well as the dietary detours we have taken in relatively recent times.

A matter of fat

Primally-inspired nutrition tells us that saturated fat is something we should be well adapted to, yet we're warned that eating it gums up our arteries and hastens our demise. This chapter starts with a thorough analysis of the science on saturated fat and heart disease, and reveals the absence of incriminating evidence here. The chapter also explores the health effects of the other major dietary fats including monounsaturated fat and polyunsaturated fat, as well as industrially-produced fats found in processed foods such as margarine.

The question of cholesterol

"Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution. Please consult your copyright compliance guidelines and personnel with questions."

Cholesterol is famed for its vessel-clogging effects, and we're urged to put keep levels of it under control. This chapter reviews the relationship between cholesterol and health, and reveals that our fears here are largely unfounded.

Grain of truth

Grain-based foods such as bread, rice, pasta and breakfast cereals are recommended as staples in our diet, particularly in their 'whole' and unrefined forms. Yet, grains are relatively recent additions to the human diet, so are they really the staff of life? In this chapter we explore the potential for starchy carbohydrates to impact on the body's chemistry in a way that actually contributes to the burden of obesity and associated ills. We also revisit the idea that eschewing grains risks us falling short in essential nutrients.

Sweet and sour

This chapter explores the effects of refined sugar, including fructose and 'high fructose corn syrup', on weight and health. The chapter also investigates the supposed benefits of artificial sweeteners as an aid to weight control, and reveals research which suggests that they might actually promote weight gain over time.

Sacred cow

Dairy products are widely recommended on the basis that they are essential for building healthy bones. As this chapter shows, though, neither calcium nor dairy products have much bearing on bone health. The suitability of different dairy products regarding weight control and other aspects of health is also discussed.

Appetite for change

Following on from Chapter 8, here we explore other dietary strategies for sating the appetite, allowing us to eat less, without feeling hungry. The chapter focuses on the importance of blood sugar control here, as well as the avoidance of food ingredients that stimulate the appetite. A section on emotional eating is also included, as well as advice on overcoming it.

Prime fuel

In this chapter, all the major foods are rated according to their effects on body weight and health. Practical recommendations regarding their consumption are made.

Fluid thinking

Here, the most common beverages including water, fruit juice, soft drinks, tea, coffee and alcohol are assessed from a body weight and health perspective.

Make a meal of it

Knowing what to eat and drink is one thing, putting our knowledge into practice can be another. This chapter offers suggestions and practical advice about healthy eating, including meal plans and snack ideas.

Affirmative action

"Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution. Please consult your copyright compliance guidelines and personnel with questions."

The research shows that 'aerobic' exercise such as walking, running and cycling is not effective for weight loss, and this chapter explains why.

The chapter goes on to explore the benefits exercise does offer, and provides practical information and advice about sustainable forms of activity.

Going lower

For a few, fat loss can be slow going, or they may find themselves 'plateauing' at a weight that is higher than they would like. Should slow or stalled weight loss be an issue, this chapter provides two powerful strategies for overcoming this in the form of 'intermittent fasting' and 'high intensity intermittent exercise'.

Long gone

Sticking to new-found habits can be challenging sometimes, and obstacles can come up along the way.

This chapter explores the common pitfalls to making and sustaining healthy changes, and how to address them using simple psychological and behavioural strategies.

Escape the diet trap in a nutshell

The key insights and recommendations of the book in a handy 'dos and don'ts' form.

*"Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution. Please consult your copyright compliance guidelines and personnel with questions."*

**Toxic Sugar—More Addictive Than Cocaine**
Examiner.com
**February 29, 2012**
http://www.examiner.com/raw-food-in-dayton/toxic-sugar-more-addictive-than-cocaine

By Pam Raikos

I'll be the first to admit that I love sugar. Chocolate, especially, is irresistibly enticing, and I could regale you for hours with dietary indiscretions involving chocolate at various points in my life. For example, when I was a kid my grandmother used to buy me a box of chocolate-covered cherries every year for Christmas. I cannot remember any of those boxes lasting more than a day or two. I would eat the first piece of candy, and then once I had tasted one I simply could not stop eating them, even though they soon made me feel utterly miserable.

Sugar—for those of us who love it—can be as addictive as cocaine is to cocaine addicts. In fact, researchers at the University of Bordeaux, France found that it is more so. Noting that refined sugars have only appeared in the most recent years of human history, the French researchers reported that of rats given a choice between water sweetened with saccharin and intravenous cocaine, 94% of them preferred the saccharin. The same effect occurred with sucrose, which is a natural sugar. When the researchers tried increasing the doses of cocaine to get the rats to switch to it instead of the sugar, they were never successful. In their report, they stated, "Our findings clearly demonstrate that intense sweetness can surpass cocaine reward, even in drug-sensitized and –addicted individuals." They point out that today's highly sugary diets create "a supranormal reward signal in the brain, with the potential to override self-control mechanisms and thus lead to addiction."

You might wonder why anyone would care about being addicted to a seemingly harmless substance like sugar. The problem is that sugar is far from harmless; it's toxic. A host of major diseases are related in some way to sugar intake or at least made worse by sugar. Cancer, for example, literally feeds on sugar. So does fungus, so candida thrives on sugar. Sugar intake is a trigger for type II diabetes, and it is implicated in numerous other diseases, as well as being a cause of obesity for many. I have often wondered why the FDA considers refined sugar a legitimate and "safe" product and gives it its stamp of approval. Don't you find that odd? Sugar is anything but safe.

In addition to being addictive, sugar from sugar beets, which constitutes about half our supply of sugar in the U.S., is genetically modified (GM), which makes it an even more toxic food. GM sugar beets are contaminated with Monsanto's Roundup, which includes pesticides that remain in the sugar. When you consider the vast range of foods that contain sugar—and I'm not just talking about sweets, by any means—you begin to realize just how toxic the American diet is. Sugar is in everything from hot dogs to canned soups, canned vegetables, crackers, and many more types of products. That's why substituting raw foods for processed foods automatically cuts down your sugar intake, and you don't even have to read a label. Bear in mind that the worst way to take in refined sugar is in the form of sodas, because not only do most of them contain high-fructose corn syrup, but sugar in liquid form hits your bloodstream quickly and causes your blood sugar to spike.

If you don't do it for any other reason than to avoid toxic, addictive sugar, increasing the amount of raw, organic food in your diet will make you healthier. Obviously, the less sugar you eat the better, and when you displace it with food that is quantifiably good for you, you're ahead of the game. If you're determined to eat sugar anyway, it helps to avoid having it on an empty stomach; have your meal first, and be sure it includes some protein or is accompanied by a protein shake sweetened with stevia or another natural sweetener. Eating protein first keeps your blood sugar more stable.

Not everyone gets addicted to sweets. Some people can have birthday cake once a year and be done with it; that doesn't apply to the rest of us.  I don't eat sugar-laden chocolate very often anymore. I don't want to start the cravings cycle up again. It does help a little to take a calcium-magnesium supplement every day, like Tri-Boron Plus. A chocolate craving often signals a deficiency of magnesium, so keeping your magnesium intake at optimum levels takes some of the edge off. The best prevention, though, is avoiding sugar and replacing it in your diet with a natural, non-addictive sweetener like stevia or coconut palm sugar. Definitely avoid artificial sweeteners; they are at least as toxic as sugar and have been linked to brain cancer and a variety of other serious ailments. Chocolate without refined sugar in it is actually good for you; it contains antioxidants and mood-elevating

*Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution.  Please consult your copyright compliance guidelines and personnel with questions.*

CRA0321576

substances that enhance your well-being, so if you find ways to enjoy it that don't include sugar, you can have it often.

If you love sweets but don't want toxic sugar to rule your life, then keep trying natural ones until you find some that help you stay away from the toxic, addictive stuff. Read the labels on naturally sweetened candy and desserts and avoid those with sugar, evaporated cane juice (almost as bad), brown rice syrup, and especially any type of corn syrup. Try a naturally sweetened chocolate smoothie or some banana pudding made from yogurt to satisfy your cravings.  Once you're unaddicted (yes, I made that word up), you won't feel so driven and may even be able to have that occasional piece of real chocolate after awhile.

*Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution.  Please consult your copyright compliance guidelines and personnel with questions.*

CRA0321577

**Who Knew You Could BBQ Without The Grill: Hawaiian BBQ Walnut Burger**
Frugivore Magazine
July 3, 2012
http://frugivoremag.com/2012/07/who-knew-you-could-bbq-without-the-grill-hawaiian-bbq-walnut-burger/

By India Camiel

Who can resist a good BBQ. Even we live-foodist reminisce about the annual family picnic culinary bounty or beach-side BBQ. Yes, we too remember the smell of the grill firing. It's a task to ignore the sweet and smokey aroma, which transports one back to a time when succulent, spicy Louisiana hot links and sugar-glazed chicken reined supreme. Good thing most, if not all, cooked foods can be prepared live without compromising authentic flavor or your health. BBQ is not exempt.

Seasoning is key in making your favorite BBQ-flavored live summ recipes. Of course you'll require some necessities, such as cumin seed, tomatoes, hot peppers and an organic BBQ seasoning. It's best to get seasoning without salt. But if you cannot find it, pick up one that contains sea salt instead of iodized salt.

The origins of our modern-day barbecue can be traced back to the natives of the West Indies, who preserved meat by placing it on racks to sundry.

So it seems more than fitting this week's recipe is a BBQ nut burger. Only, instead of sun-drying racks, you'll use a dehydrator.

A sure to be favorite even amongst your peers who are not vegans or live-foodists, the Back-2-Live Hawaiian BBQ Burger is fulfilling, nutritious and actually taste like a bona fied BBQ burger.

Health-Conscious BBQ Facts & Tips:

Traditional barbecued meats produce polycyclic aromatic hydrocarbons, or PAHs. PAHs form when fats from chicken, steak and types of fish are re-deposited onto the grilled meat due to the high heat exposure. PAHs have been linked to various cancer risks, including colon, stomach and breast cancers.

You can decrease the amount of carcinogens present in your favorite BBQ delights by adding lemon or apple cider vinegar to your meats before grilling.

Many commercial BBQ sauces contain harmful preservatives, such as High Fructose Corn Syrup also known as Malt Dextrin, Sodium Benzoate, Monosodium Glutamate, better known as MSG, and Modified Food Starches. When selecting BBQ sauces, it's best to stay away from these ingredients, which have been known to cause a variety of health ailments. Go for the clean BBQ sauce or make your own.

Hawaiian BBQ Walnut Burger

Serves 2 – 4

Equipment Needed:

*Food Processor
*Dehydrator

Ingredients:

Burger Patty

    2 Cups Dried Walnuts (Make sure you've soaked them for 8-hours before drying)
    1/3 C Red Onion
    4 Cloves Whole Garlic

*Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution.  Please consult your copyright compliance guidelines and personnel with questions.*

CRA0325493

1 TBS + 1 tsp BBQ Seasoning (Trader Joes African Smoke Seasoning Recommended)
2 TBS Extra Virgin Olive Oil
5-8 Pitted, Oil-cured, Black Olives
1/3 Cup Fresh Sage Leaves
1/2 Habanero or Jamaican Scotch Bonnet Pepper, deseeded
1 tsp Whole Cumin Seed
1/3 Cup Raisins
3 Raw Nori Seaweed Sheets

Burger Fixings

Green Leaf or Butter Lettuce
Pineapple
Cucumber
Cilantro (optional)
Basil (optional)
Beef Steak Tomatoes
Red Onion

Directions:

Place all ingredients in the food processor.
Mix until all ingredients are incorporated and walnut ground slightly clumps together.
Remove mixture from food processor.
Form patties.
Place in dehydrator at 105 degrees for an hour.
For a denser texture, leave in dehydrator for up to 3 hours.
Thinly slice pineapple (Make sure to remove eyes!), onion and cucumber and set aside.

Assembly:

After removing burger patties from dehydrator, rinse and dry lettuce.
Fold lettuce edges inward toward the center of the lettuce leaf.
Hold in place.
Place patty on top lettuce.
Add additional condiments at this time.
Place sliced tomato, pineapple and cucumber on top of dressed patty.
Add Basil, onion and cilantro.
Repeat lettuce technique and place on top.

Enjoy.

*Materials included or referenced in this report may be the subject of copyright. Users must verify that they have sufficient permissions, rights, and/or licenses prior to any copying or redistribution.  Please consult your copyright compliance guidelines and personnel with questions.*

CRA0325494

**Living Well: Set realistic goals for the new year**
**Wicked Local Kingston**
**January 13, 2011**
http://www.wickedlocal.com/kingston/highlight/x1724411463/LIVING-WELL-Set-realistic-goals-for-the-new-year

By Joan F. Wright

Has your New Year's resolution already been defeated? Most of us shoot for the sky with our resolutions to lose weight, exercise more, work less, have more family time, eat healthy and drink less. But usually in short time, we've either broken or forgotten them because "life" gets in our way. The real problem with resolutions is that we're not realistic when we make them. We know what our immediate wants are but do we consider the reality of our environment, our own physical and/or emotional limitations and the true potential for success when we set these goals for ourselves?

We live in a world of "immediate returns." Technology connects us where we want when we want. But not for everything! We may want to lose weight or get in better shape but a quick text message to self isn't going to do the trick. So consider real time when making a resolution. Don't let your eagerness to get to the finish line quickly derail or discourage you and thus miss it altogether.

One tip in setting healthy resolutions is to visualize a road map that has what we want to change or improve as the goal at the end. Then, fill in all the obstacles we know might prevent us from getting to that goal. Thoughtfully consider and color in other obstacles that may pop up unexpectedly to derail us. Now look at that road map and see what we need to adjust, adapt, add or refine to make our resolution more realistic.

Perhaps a more realistic resolution than "lose 20 pounds" is "manage my health and lifestyle better." Setting realistic objectives and destination points along the journey offers a greater chance for success. For example, if swings through the fast food drive-through are part of your daily routine, try to skip that practice one day a week, then two days, then three, etc. Try whole grain breads and pastas instead of white; trade in the Trix for a whole grain cereal or ones with less sugar; switch from whole milk to skim in coffee or tea. Read food labels and reduce consumption of foods with high fructose corn syrup and trans-fats. Develop a healthy pace towards eating better.

If exercise has never been part of your lifestyle, don't think suddenly joining a gym will be successful. (Trust me on this one!) Take baby steps towards exercise by taking a 10-minute walk three times a week, then every day, then increasing to 30-minute walks. In time, that gym membership will become a more realistic reality for you. Or just walking may fulfill your need for exercise. Cashing in the golf cart to walk nine holes is even better!

Trying to develop a healthier lifestyle is not a one size fits all approach. Each of us has our limitations, likes and dislikes, and personal challenges. Fortunately, our world is re-focusing on healthier living so there are more options, better food labeling, and more fun approaches to getting fit. Speak with your doctor about your health concerns, health goals, and realistic approaches to responding to both. Make it all work for you.

CONFIDENTIAL                                                                                                CRA0378023