# EXHIBIT 21

# PUBLIC SUBMISSION

**As of:** October 20, 2011
**Received:** October 10, 2011
**Status:** Draft
**Category:** Individual Consumer
**Tracking No.** 80f50020
**Submission Type:** Web

**Docket:** FDA-2010-P-0491
Revise Generally Recognized as Safe (GRAS) Affirmation Regulation for High Fructose Corn Syrup to Recognize "Corn Sugar" as an Alternate Common or Usual Name for High Fructose Corn Syrup

**Comment On:** FDA-2010-P-0491-0001
Corn Refiners Association - Citizen Petition

**Document:** FDA-2010-P-0491-DRAFT-3569
- EComment

## Submitter Information

**Name:** tia pearson
**Address:**
    HI,
**Submitter's Representative:** none
**Organization:** individual

## General Comment

The molecular structure of fructose corn syrup(FCS and HFCS) is not the same as cane sugar regardless of how much money is spent on ads saying there isn't any difference. HFCS and FCS affects the liver and kidneys. Cane sugar doesn't. There is soooo much HFCS and FCS in foods that it is difficult to get away from it. The health issues are many because they can also weaken the pancreas which in turn can lead to diabetes. Cane sugar doesn't carry the same health risks though there are some. We, as consumers, need to know what is in our food so that we can make better choices to protect our health.

I can't spend the trillions of dollars on ad compaigns to correct the lies that the corn industry is sharing and so, I ask that you give the consumer the opportunity to choose.

CONFIDENTIAL                                                                 CRA0209304