# EXHIBIT 22



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY