# EXHIBIT 23

CONFIDENTIAL

CRA0541222