# EXHIBIT 24



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 CRA0487213