# EXHIBIT 25

| | |
|---|---|
| **From:** | Raquet, Bonnie E. - Bonnie_Raquet@cargill.com </O=CARGILL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=1282> |
| **Sent:** | Tuesday, December 9, 2008 7:38 AM |
| **To:** | Brady, Bill - Bill_Brady@cargill.com |
| **Cc:** | Cotter, Jeff - Jeff_Cotter@cargill.com |
| **Subject:** | Re: Richard Berman |

I am continuously amazed at the inability of otherwise sophisticated wdc folks to deal in paradox or take any risk. But so be it. Who will advise Berman, when?

Good to see the campaign is making some progress.

Bonnie Raquet
Sent from Blackberry

---

**From**: Brady, Bill - Bill_Brady@cargill.com
**To**: Raquet, Bonnie E. - Bonnie_Raquet@cargill.com
**Cc**: Cotter, Jeff - Jeff_Cotter@cargill.com
**Sent**: Mon Dec 08 21:13:20 2008
**Subject**: Richard Berman

Bonnie: we had a joint meeting of the CRA board and CRA communications committee today, and among the topics discussed was how to fit Richard Berman into our strategy. The upshot: the board voted to authorize spending up to $100,000 to hire Berman initially for one specific task: to identify the hidden links between the sugar industry and anti-HFCS scientific research. It is widely assumed that sugar interests are behind the HFCS-trashing scientific studies that fail to identify their funding sources. However we have no proof. We are hoping Berman's oppo research expertise can uncover some facts. We have not yet decided what to do with this information once we get it, but the first thing we need to establish is whether our suspicions are right or if we're just a bunch of conspiracy theorists.

I reailize that this is far less than Richard proposed and what you recommended, but the reality is that Richard makes some board members (and communiciation committee members) nervous, and they want to see how he handles this before committing more resources to him. At the same time, other board members feel we are constantly getting it in the shorts from the sugar industry and they want to fight back immediately, if not sooner. Today's resolution gets our toe into the water, leaving the possibility of taking a bigger plunge later on.

On a related topic, preliminary polling on the impact of the advertising thus far indicates we are moving the needle in the right direction. Many research respondants parroted back the ad's key messages to us unaided. Positive impressions of HFCS expanded, though so did negative impressions (neutrals shrank).  We were told that compared to product advertising we are ahead of the pace for changing people's perceptions and should expect more positive movement over the next 12 months as the campaign continues. We shall see.

FYI.

--Bill

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                   CRGL0007217