# EXHIBIT 26

| | |
|---|---|
| **From:** | Therese Pompa </O=CORN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TPOMPA> |
| **Sent:** | Monday, March 14, 2011 1:17 PM |
| **To:** | Audrae Erickson <aerickson@corn.org>; Cassandra Kuball <CKuball@corn.org>; David Knowles <dknowles@corn.org>; David Rosenthal <DRosenthal@corn.org>; Shannon McNamara <smcnamara@corn.org>; Victoria Wodarcyk <vwodarcyk@corn.org> |
| **Subject:** | Digital item 14 of 24 |

Karoline140: Must search for independent scientific study that says HFCS is just like sugar in the body. Key word: independent.

**Recommendation:** @Karoline140 You can see these independent view if you would like http://ht.ly/4eeSb and http://ht.ly/4eeTR
**Rationale:** (AMA release and ReachMD podcast, unless you think there is something else we have that is independent that we could send her).


Therese Pompa
Corn Refiners Association
Social Media Manager
(w) 202-331-1634
(m) 410-961-8217
tpompa@corn.org

Let's Connect


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY