# Exhibit 27 Conditionally Filed Under Seal