# EXHIBIT 28



## CRA TeamworkPM Best Practices
1/21/11

**CRA TeamworkPM Overview**

In order to better integrate the efforts of all agency partners working on the campaign "Changing the Conversation about High Fructose," we will be using CRA TeamworkPM as a master calendar of major campaign initiatives. Any items added to the calendar should be considered vital to the campaign. Please consider how other agencies will benefit from the information added to the calendar and provide appropriate documentation so others can understand the importance of the initiative. Please do not use the calendar as a project management tool, or for housing a plethora of details.

**Getting Started**
- Log in: https://gyrohsr.teamworkpm.net
- Click Dashboard in top left corner
- Choose CRA Calendar in left side bar
- Use the Milestones & Files tabs described below

**Milestones:**
- These will be used to post upcoming due/drop dates for projects and events. Do not use the Events feature to add these, as it does not correspond back to the Milestone list.
- To create a Milestone, go to the Project tab in the top left corner.
  - Milestones will be the second tab in the page
  - Click Add a Milestone in the right corner
  - Add a due date
  - Select all people who are responsible
  - If a reminder is necessary, choose to email responsible parties as needed
- It is the responsibility of the poster of each Milestone to update the status (check box to left of title to mark as completed), revise the due date or delete as appropriate to keep content current and organized.
- Examples of Milestones: Direct Mail drops, e-newsletter blasts, live webinar dates, PR pitches, conferences or events, banner ad or website update push LIVE dates, etc.

**Naming convention:**
- Each agency will have defined initials at the beginning of every added Milestone and File:
  - GyroHSR (B2B): **GH**
  - Ogilvy PR: **OPR**
  - OMD (Consumer Media): **OMD**
  - Resolution Media (SEO/SM): **RM**
  - Planit (Social Media): **PL**
  - Berman (Special Projects): **BR**
- When adding Milestone define project type in parenthesis (PR, DM, webinar, event, etc.):
  - GH: **(DM)** Direct Mail #2 Drop
  - OPR: **(PR)** Press Releases Sent

**Comment [SFM1]:** Include a short paragraph of What it is/What it isn't.

**Comment [SFM2]:** How are we going to designate each agency on the milestones? Does each agency populate the list of responsible parties? Should we include instructions for that?

**Comment [SFM3]:** What is the criteria for deleting a Milestone? Shouldn't we keep them in the system to have a snapshot of completed Milestones? Seems this sets up the idea that this can be used for project management.

**Comment [SFM4]:** Perhaps we should just call this social media SM for now? Should we add a category for CRA? Should we add a category for web development?

**Comment [SFM5]:** Discussion of Berman projects has been kept close because we do not want it to become public that CRA has engaged them.

CORPORATE HEADQUARTERS 7755 MONTGOMERY RD, STE 300, CINCINNATI, OHIO 45236   MAIN 513.671.3811   FAX 513.671.8163   GYROHSR.COM

CRA0284146



      - **OMD: (Media)** Publisher Files Due

      Etc.

### Comments

- Add comments to Milestones to indicate if an associated document has been uploaded in the Files section.
(Ex: GH: (DM) Direct Mail #2 Drop. Comment: Final documents in Direct Mail file)
- Add links as appropriate.
(Ex: links to media coverage)
- Include notes for events to indicate as appropriate
(Ex: American Society of Hypertension Meeting – Dr. White presenting as guest speaker)
- Include overview or additional information, such as webinar abstract & registration link or target audience/landing page for banner ads

**Comment [SFM6]:** Are there any character limits?

### Files:

### Uploading Documents

- Choose or create an appropriate folder (GH: Direct Mail, GH: Banner Ads, etc.)
- Only final art files or working documents should be uploaded to TPM
- Include the word "FINAL" in finished project title (Ex: GH: January eBlast FINAL.doc)
- It is the responsibility of the owner of each File to update or delete as appropriate to keep content current and organized.
- Naming convention

  Each agency will have defined initials at the beginning of every added File, as follows:

  - **GH: (Event)** Event Matrix.xls

  - **OPR: (PR)** Press Release Jan 1.doc

  - **OMD: (Media)** Media Files.xls

  - **RM: (SEO)** Updates.doc

  - **PL: (SM)** January Tweets.doc

  - **BR: (SP)** Special Project.ppt

**Comment [SFM7]:** How do you create a folder?

### Updating Files

- Save over old files by uploading new version so content is always up to date

### Comments

- Include comments on files uploaded to include necessary information.
(Ex: "Not approved. Latest version of the document." Or "Working file, to be updated.")
- Example folders have been created for each agency to edit and get started

### Additional notes:

- TeamworkPM will be used by GyroHSR & CRA's other agency partners as an activity calendar.
- Contact René Brunelle with any questions regarding TeamworkPM, including access, where to load or what to name a particular file or Milestone, etc. at (513) 346-3524 or

CORPORATE HEADQUARTERS 7755 MONTGOMERY RD, STE 300, CINCINNATI, OHIO 45236   MAIN 513.671.3811   FAX 513.671.8163   GYROHSR.COM

CRA0284147



[rene.brunelle@gyrohsr.com](mailto:rene.brunelle@gyrohsr.com)

- TeamworkPM iPhone App is available for download in the Apple App Store
- This document will be saved in the General Reference file.

**CORPORATE HEADQUARTERS** 7755 MONTGOMERY RD, STE 300, CINCINNATI, OHIO 45236   MAIN 513.671.3811   FAX 513.671.8163   GYROHSR.COM

CRA0284148