# EXHIBIT 29

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Tuesday, June 16, 2009 10:50 AM |
| **To:** | Richard Berman <berman@bermanco.com> |
| **Subject:** | Budget schedule |

Rick,

Has someone on your team had a chance to give you an idea of how the proposed media spend for TV and print ads would be scheduled?  I am waiting for that piece of information as part of my final approval process for the spend.

Thanks for sending me the amounts you would need by what dates in order to effectively execute the media buy.  Separately, we do want to approve final versions of each ad.

Many thanks!

Audrae

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CRA0116420