# EXHIBIT 30

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Tuesday, September 29, 2009 10:28 AM |
| **To:** | David Knowles <dknowles@corn.org> |
| **Subject:** | Fw: sugar |

----- Original Message -----
From: Richard Berman <berman@bermanco.com>
To: Audrae Erickson
Sent: Tue Sep 29 10:17:26 2009 Subject: FW: sugar

Audrae,

Sarah spent yesterday on the phone with health and food reporters at top news outlets (USA Today, New York Times, Wall Street Journal, etc…) the consistent response was that "there's no news here." Most had already written the story about HFCS and sugar being the same. And many of them had written stories when the much larger, more expensive "Sweet Surprise" campaign launched a year ago. The USA Today reporter said, "I really like your ad, but I don't cover ad campaigns for the sake of it. There has to be a new hook." While I think we have a great campaign for educating the public about corn sugar, and it will grab people who have yet to be convinced with another bold statement/web site , it is apparent that the media will be more interested if we are picking a fight that brings with it earned media.


We can easily adjust some of our advertising to reflect our shift in the sugar message. We currently have footage of the "corn" character on the couch talking to a therapist about feeling bad because he is being unfairly picked on. We can edit this exchange down to 30 seconds and adjust the voice over to reflect the attack from sugar, and replace some of the current buy with this new spot. We also have photos of the sugar cube character in the police line-up looking surly—this could also be used in a print ad that relayed the message that "sugar" was trying to frame the lovable corn character. We do not have to say it is exclusively a sugar conspiracy but a "co-conspirator" allusion would be fair. Key is that we would also have to have evidence on the website for our accusation. That would take a couple of days with sign off.

CONFIDENTIAL                                                                                                                    CRA0479521

Both of these ads would "flow" in a sequence very nicely from the first launch ads. They would slowly tell the story of our hero (corn) and the villain out to hurt his reputation. And there would be very little additional cost.

Thoughts?

CONFIDENTIAL
CRA0479522