# EXHIBIT 32

|          |                                                                                                                                      |
|----------|--------------------------------------------------------------------------------------------------------------------------------------|
| **From:**    | Cassandra Kuball </O=CORN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CKUBALL>                            |
| **Sent:**    | Friday, December 23, 2011 11:10 AM                                                                                               |
| **To:**      | Shannon McNamara <smcnamara@corn.org>; David Knowles <dknowles@corn.org>; Therese Pompa <TPompa@corn.org>                         |
| **Cc:**      | Andy Resnick <AResnick@corn.org>                                                                                                 |
| **Subject:** | RE: Advice on Corn Allergy Language                                                                                              |

**Would someone be able to submit this language through our clearance next week since I'm out?**

I would like to have it ASAP as we continue to work on creating a more timely and effective approach to answer CS.com & SS.com comments (emails).

Thanks!

Cassandra

**************
Cassandra A. Kuball
Corn Refiners Association

**From:** Shannon McNamara
**Sent:** Friday, December 23, 2011 9:55 AM
**To:** Cassandra Kuball; David Knowles; Therese Pompa
**Cc:** Andy Resnick
**Subject:** RE: Advice on Corn Allergy Language

I agree.
Shannon

**From:** Cassandra Kuball
**Sent:** Thursday, December 22, 2011 1:55 PM
**To:** David Knowles; Therese Pompa; Shannon McNamara
**Cc:** Andy Resnick
**Subject:** FW: Advice on Corn Allergy Language

Team –

While Dr. Rippe has valid points about 'intolerance' vs. 'allergy' I don't think we should be going into too much detail on them on our website(s).

To the point of what we are trying to get at – better language to respond to those who think our commercials aren't accurate because people may have an allergy or intolerance – I would like to move ahead and ask for clearance on the following language:

"The purpose of our efforts and our commercials is to clear up the misinformation claiming that the body metabolizes high fructose corn syrup differently than other sugars such as cane and beet sugar. We recognize that a number of cereal grains are known to cause allergic reactions, but that is separate from the metabolic concern that we are addressing in

CONFIDENTIAL                                                                                                                            CRA0017397

our commercials."

This would be used solely for email, blog or Facebook comments.

Cassandra

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cassandra A. Kuball
Corn Refiners Association

---

**From:** Carol Moreau [mailto:cmoreau@rippelifestyle.com]
**Sent:** Thursday, December 22, 2011 12:29 PM
**To:** Cassandra Kuball
**Cc:** David Knowles; Andy Resnick; Therese Pompa; Shannon McNamara
**Subject:** RE: Advice on Corn Allergy Language

Dear Cassandra,

Thank you for your email of December 16th, asking for me to make some recommendations about further resources and potential language related to issues and questions concerning potential corn allergies.

I think the language that is currently on the website about corn allergies is quite good. I also think the draft language that you have concerning the intent of the CRA commercials is good. In addition to what is already stated on the website it might be worthwhile making the distinction between "intolerance" and "allergy." It is much more common for people to be "intolerant" of specific foods than it is to have a true "allergic" reaction. Symptoms of intolerance would include indigestion, gas or bloating. Allergic reactions are much more significant and much rarer. They involve the immune system and the generation of antibodies which is very different from "intolerance." If a person believes they have a true allergy to corn or high fructose corn syrup, they should see an allergist (medical specialist) and be formally tested.

You asked for further experts that might be useful to you. I can offer you two names of people. One of the individuals is Dr. Michelle Conroy who wrote a chapter in the upcoming 2nd Edition of my *Lifestyle Medicine Textbook*. Her chapter is entitled "Food Allergy and Anaphyalxis." I think it is quite well done. I am attaching a copy of the chapter. This is a pre-publication copy of this chapter, so please do not distribute it. The way to reach Dr. Conroy is:

>  Michelle E. Conroy, M.D.
>  Assistant Professor of Medicine and Pediatrics
>  University of Massachusetts Medical School
>  Department of Medicine
>  UMass Memorial Medical Center - University Campus
>  55 Lake Avenue North
>  Worcester, MA 01655
>  Michelle.Conroy@umassmemorial.org

Feel free to use my name.

The other individual I can recommend is Dr. Steven Taylor. He has written an entry in the *Encyclopedia of Lifestyle Medicine and Health* for which I am the editor in chief. The *Encyclopedia* has just been published online and will be published in hard copy in January 2012. I am attaching a copy of Dr. Taylor's entry on "Food Allergies," along with the email. The way to reach him is as follows:

>  Steve L Taylor PhD
>  Distinguished Professor Head
>  Director, Food Processing Center
>  University of Nebraska
>  143 Food Industry Bldg

CONFIDENTIAL                                                                                                                CRA0017398

>    Lincoln NE 68583-0919
>    phone 402 472 5802
>    fax 402 472 1693
>    email staylor2@unl.edu

You can also feel free to use my name with Dr. Taylor.  You can let him know you are contacting him about the article he wrote in *Encyclopedia of Lifestyle Medicine and Health* for which I am the editor.

I hope this is helpful.  Let me know if you need any further information or comments.

With warm regards,

Sincerely,

James M. Rippe, M.D.

---

**From:** Cassandra Kuball [mailto:CKuball@corn.org]
**Sent:** Friday, December 16, 2011 4:31 PM
**To:** Carol Moreau
**Cc:** David Knowles; Andy Resnick; Therese Pompa; Shannon McNamara
**Subject:** Advice on Corn Allergy Language

Greetings Dr. Rippe,
The CRA has had a number of inquiries about corn allergies and their relation to high fructose corn syrup.  Most of these questions stem from the statement on our commercial: *"Whether it's corn sugar or cane sugar, your body can't tell the difference."*
 From that one statement we get numerous phone calls and emails that have the following sentiment:
"I have a corn allergy, and my body can indeed tell the difference… I cannot each corn starch, corn syrup, or any derivative of corn.  So when you say, a body cannot tell the difference, that is actually not a true statement."
At this moment we don't have the best language/resources to address their concern.  Please note that our current allergy language is the following:
*A number of cereal grains are known to cause allergic reactions, but corn is not considered a significant source of allergic reactions to food. The U.S. Food and Drug Administration (FDA) has concluded that allergic reactions to corn-derived sweeteners do not represent a major health concern in the United States. Neither corn nor refined corn products are among the specific allergens that are required to be labeled under the Food Allergen Labeling and Consumer Protection Act of 2004 (FALCPA).  FALCPA identified eight major foods that account for 90 percent of food allergies including milk, eggs, fish, crustacean shellfish, tree nuts, peanuts, wheat, and soybeans. (See http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm089307.htm for more information.)*
*The prevalence of corn allergy in the U.S. is extremely low.  Food allergies are caused by certain proteins in foods.  Nearly all of the corn protein is removed during the production of HFCS.  Moreover, the trace protein remaining in HFCS likely bears little immunological resemblance to allergens in the original kernel.*
\*\*\*

We hoping to address their concerns in a better manner by explaining what our commercials are trying to convey with the following language.  Please note that this is just suggested/draft language:
*The purpose of our efforts and our commercials are to clear up the misinformation that claims the body metabolizes high fructose corn syrup differently than other sugars such as cane and beet sugar. We recognize that a number of cereal grains are known to cause allergic reactions, but this is separate from the metabolic concern that we are addressing in our commercials.*

**Would you be able to advise us on any other sources, language or experts that we can use to help us better communicate with those who are concerned about corn allergies and their potential relationship with HFCS?**

CONFIDENTIAL                                                                                                                                                    CRA0017399

Thank you,
Cassandra Kuball

***************

Cassandra A. Kuball
Communications
Corn Refiners Association
Washington, DC 20006
Ph: 202.331.1634
Fx: 202.331.2054

www.SweetSurprise.com

CONFIDENTIAL

CRA0017400