# EXHIBIT 33

| **From:** | David Knowles </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DKNOWLES> |
| **Sent:** | Wednesday, September 7, 2011 2:04 PM |
| **To:** | Cassandra Kuball <CKuball@corn.org> |
| **Subject:** | RE: Fructose intolerance language |

First of all, what are you doing checking email during vacation??!!

This was prompted by Fred Graefe, who saw a need to have this at the ready in case opponents of corn sugar claim that the alt. name would cause confusion for those with HFI.  It is not intended to be used proactively.

**From:** Cassandra Kuball
**Sent:** Wednesday, September 07, 2011 2:43 PM
**To:** David Knowles
**Subject:** RE: Fructose intolerance language

DK -

I assume this was created due to a response item. I am curious as to what you used this response for? As I agree with both you and SMc this isn't something we would put on SS.com, I am also leary of using it too much.  But seeing what you had used it for would be helpful.

Thanks!

CK

**From:** David Knowles
**Sent:** Tuesday, September 06, 2011 1:05 PM
**To:** Shannon McNamara; Cassandra Kuball; Therese Pompa
**Subject:** RE: Fructose intolerance language

I agree.  Thanks.

**From:** Shannon McNamara
**Sent:** Tuesday, September 06, 2011 12:38 PM
**To:** David Knowles; Cassandra Kuball; Therese Pompa
**Subject:** RE: Fructose intolerance language

I'm going to suggest not adding this to SS.com. If we see more questions about fructose intolerance come in, we can add it. At this point, it seems like it could draw unnecessary attention.

**From:** David Knowles
**Sent:** Tuesday, September 06, 2011 10:25 AM
**To:** Cassandra Kuball; Shannon McNamara; Therese Pompa
**Cc:** Audrae Erickson
**Subject:** Fructose intolerance language

Below is cleared language for responses to fructose intolerance claims.  I have added it to the HFCS dictionary.

CONFIDENTIAL

CRA0070602

Hereditary fructose intolerance (HFI) is a rare disease caused by a lack of enzyme(s) required to metabolize fructose.  HFI sufferers must be careful to avoid consumption of fructose-containing sweeteners and monitor their intake of fructose-containing fruits, juices and vegetables.  HFI sufferers have educated themselves to avoid products labeled with certain sweeteners.  Fructose is found in roughly equal proportions in caloric sweeteners such as table sugar and all its variants (such as evaporated cane juice, invert sugar, molasses), high fructose corn syrup, honey, and maple syrup. All of these sweeteners could affect a person who has HFI.  For the very small number of consumers suffering from HFI who may currently buy products labeled as containing "corn sugar" (the approved alternate name for dextrose, which contains no fructose), outreach, education and co-labeling can be used to educate these consumers to avoid "corn sugar"-containing products if this term is approved by FDA as an alternate name for HFCS.

CONFIDENTIAL