# EXHIBIT 35

| | |
|---|---|
| **From:** | Shannon Marshall </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BHAMBY> |
| **Sent:** | Thursday, February 16, 2012 11:37 AM |
| **To:** | Gwen Twillman <GTwillman@nutrition.org> |
| **Cc:** | Andy Resnick <AResnick@corn.org> |
| **Subject:** | RE: ASN Scientific Statement |

Good afternoon Gwen:

Can you provide a status update for the Scientific Statement and the revision requested previously (see below)?

My concern is that the closer we get to Exp Bio, the less time you and I will have to devote to the project.

I have reached out to John White for his recommendations for the writers group. Please let me know if there is anything else you require.

Thank you and best regards,

O. Shannon Marshall
Assistant Director of Meetings and Conferences
Corn Refiners Association
(202) 331-1634 Ext 110

**From:** Gwen Twillman [mailto:GTwillman@nutrition.org]
**Sent:** Wednesday, February 01, 2012 12:01 PM
**To:** Shannon Marshall
**Cc:** Andy Resnick
**Subject:** RE: ASN Scientific Statement

Hi Shannon,
Just wanted to follow up with you on a few items.

I believe the revised title is fine and will share the revised description with our Reviews, Papers and Guidelines Committee. This group – along with ASN's Board of Directors – has to approve the composition of the writing group before moving forward.

Before I can assign a timeline, I need to identify/recruit a writing group leader and members. If you have suggestions, please let me know. I am querying some of our leaders for suggestions and will share these with you.

Past video broadcasts: Several sessions – including our Presidential Symposium – were recorded at last year's Scientific Sessions. You'll find a listing of recorded sessions at the following link. Please review and let me know what you think.

http://www.nutrition.org/education-and-professional-development/archived-content-from-past-meetings-and-professional-development-events/asn-annual-meetings-at-experimental-biology/

Any questions at this point, please let me know.

Thanks for continued assistance and support,
Gwen

CONFIDENTIAL
CRA0022304

**Gwen Twillman**
Managing Director, Education & Professional Development
American Society for Nutrition
9650 Rockville Pike
Bethesda, MD 20814
301-634-7282 direct
301-634-7894 fax
gtwillman@nutrition.org

*Advances in Nutrition* — ASN's Newest Publication, an International Review Journal
John W. Suttie, Ph.D., Editor

---

**From:** Shannon Marshall [mailto:smarshall@corn.org]
**Sent:** Tuesday, January 24, 2012 1:06 PM
**To:** Gwen Twillman
**Cc:** Andy Resnick
**Subject:** ASN Scientific Statement

Gwen:

After circulation and review of the CRA scientific statement sponsorship, the CRA has a few requests which are noted below.

We believe ASN should provide a nutrition-based statement. The title, as it stands, is too vague to drive the project forward - of course there are differences between HFCS and sucrose: the name, the exact composition, functionality, chemical formulas, absorption, etc. - we want them to provide a judgment as to whether they are nutritionally different.

To that end, the attached reflects the new title and description; composition, metabolism, and clinical studies are tools the writers group should use to evaluate whether there are *nutritional differences* between HFCS and sucrose.

Another important item for documentation is the timeframe for which this Statement and work toward publishing the Statement take place; basically a beginning date and an end date. Perhaps simply stating "work to be completed within/by 6 months from execution of document" would suffice.

And finally, we wish to have two signature blocks on the document
   1) David Rosenthal
       Sr. Vice President, Corn Refiners Association
   2) Representative for ASN

We look forward to receiving the document with our requested edits incorporated.

If you have any questions, please do not hesitate to contact me directly.

Please note that Andy Resnick, who recently joined the Corn Refiners Association as Campaign Director, will be cc-ed on future correspondence as needed.

Thank you and best regards,

O. Shannon Marshall

CONFIDENTIAL                                                                                                                                   CRA0022305

Assistant Director, Meetings and Conferences
Corn Refiners Association

1701 Pennsylvania Avenue, NW
Suite 950
Washington, DC  20006-5806
T: (202) 331-1634 Ext 110
F: (202) 331-2054

CONFIDENTIAL                                                                                                                                       CRA0022306