# EXHIBIT 36

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Wednesday, June 30, 2010 4:01 PM |
| **To:** | Rosenthal, David <david.rosenthal@gyrohsr.com> |
| **Cc:** | David Knowles <dknowles@corn.org>; Pat Saks <psaks@corn.org>; Brandi Smith <brandi.smith@gyrohsr.com> |
| **Subject:** | : B2B panel research questionaire |

David,

We had a food scientist review the questionnaire.  Can you make/consider the following changes and send us a further revised copy?

Thank you!

Audrae

> Q2  consider adding fruits/juices, cereals and meats
>
> Q5  add to table: fruit juice concentrates and agave nectar
>
> Q8  add product development
>
> Q12  in the table, change 2nd line to read "HFCS metabolizes the same as sugar", not at same rate - two different questions
>
> Q13  add to table: personal conversation with knowledgable scientist
>
> Q25.5  insert question:  In the next 6 months, how likely is it that your company will replace sugar or other sweetener with HFCS in any products?
>
> Q26  add fruit juice concentrates and agave nectar

CONFIDENTIAL                                                                                                                                                    CRA0433184