# Exhibit 37 Conditionally Filed Under Seal