# EXHIBIT 39

| | |
|---|---|
| From: | Waehner, Adam - Adam_Waehner@cargill.com </O=CARGILL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=740> |
| Sent: | Thursday, May 21, 2009 5:04 PM |
| To: | -corn-milling-tech-services-cargillonly <-corn-milling-tech-services-cargillonly@exch.cargill.com> |
| Subject: | Just Published HFCS Studies |
| Attach: | JNutr Suppl Rippe Fructose Triglycerides.pdf; JNutr Suppl White Misconceptions of HFCS (2).pdf |

There is a supplement to AJCN just published on the Fructose conference held about a year ago hosted by USDA and ILSI. A number of papers were presented including one by Havel but Ib├ ll spare your inbox the dozen different articles. Attached are the papers by John White, CRAb├ s hired gun as well as by Jim Rippe, now running our HFCS metabolism studies. These would be appropriate for customers who want deeper information on HFCS equivalence to sugar.

Thanks,

Adam Waehner
Director of Technical Services
Cargill
Corn Milling
630-505-7325 (phone)
630-505-7846 (fax)

*Collaborate > Create > Succeed*
*Did you know that High Fructose Corn Syrup has the same number of calories as sugar?*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                     CRGL0025003