# EXHIBIT 40

| | |
|---|---|
| **From:** | John White <white.tech.res@gmail.com> |
| **Sent:** | Wednesday, September 19, 2012 4:06 PM |
| **To:** | Audrae Erickson; David Rosenthal; David Knowles; Carol Moreau |
| **Subject:** | Provisional acceptance received from Advances in Nutrition |

I'm pleased to inform you that my follow-up article to the April EB-ASN Fructose Symposium has been given provisional acceptance by *Advances in Nutrition*.  The article is entitled, "Challenging the Fructose Hypothesis: New Perspectives on Fructose Consumption and Metabolism."  The associate editor asked for a couple of minor edits.  I plan to submit the revisions tomorrow and trust the article will subsequently receive full acceptance.

I'm excited to see this article in print, as it extends the compelling story developed in past years for HFCS into a logical and well-documented defense of fructose, and challenges NIH and journal editors to demand scientific studies that are more relevant to human use of fructose.  I will be pleased to share a copy with you at the appropriate time.

Jim Rippe was instrumental in organizing both the Fructose Symposium and publication of the proceedings in *Advances in Nutrition*.  I'm sure you feel as I do that he is an excellent - and tireless - advocate of HFCS and fructose.

Thanks to you and the Board for your continued support of my work on behalf of CRA.  It has been both challenging and rewarding, as the fruits of our labors are now beginning to show tangible results.

All best regards,
John

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    RIPPE0000156