# EXHIBIT 41

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Saturday, October 30, 2010 2:02 PM |
| **To:** | 'martosko@consumerfreedom.com'; David Knowles <dknowles@corn.org> |
| **Cc:** | 'berman@bermanco.com'; 'bowers@bermanco.com'; 'wilson@bermanco.com' |
| **Subject:** | Re: Sugar lab testing |

We are planning to test our HFCS independently through a third party. There is discussion on the soft drink side but I do not know where it stands yet. I hope to know more on Monday or Tuesday.

Audrae

**From**: David Martosko: CCF <martosko@consumerfreedom.com>
**To**: Audrae Erickson; David Knowles
**Cc**: Richard Berman <berman@bermanco.com>; James Bowers <bowers@bermanco.com>; Justin Wilson <wilson@bermanco.com>
**Sent**: Sat Oct 30 12:17:42 2010
**Subject**: Sugar lab testing

Audrae & David,

I'd like your thoughts on the idea of having CCF re-run the kind of testing the USC study used, only on a wider sample set. Maybe 100 soft drink samples from a total of four metro areas.

If the results contradict USC, we can publish them, or maybe even reach out to Marion Nestle & give her the exclusive so she can be a conduit to media.

If for any reason the results confirm USC, we can just bury the data.

I think CRA should be sponsoring some sort of counter-research to refute USC, but the regular academic channels would take a year or so to deliver. We could have data in 6 weeks or so.


Sent by my Droid

CONFIDENTIAL

CRA0446133