# EXHIBIT 43

| | |
|---|---|
| **From:** | Audrae Erickson </O=CORN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AERICKSON> |
| **Sent:** | Monday, November 29, 2010 1:07 PM |
| **To:** | Larry Hobbs <larry_hobbs@comcast.net> |
| **Cc:** | David Knowles <dknowles@corn.org> |
| **Subject:** | RE: Analytical results |
| **Attach:** | USC Fructose Content 10-27-10.docx |

Larry,

Regarding an exclusive, please share your release (when final) with Marion Nestle (call and email her) offering her an exclusive.  Please ask her to tell you what would work on her end (a day or two?).  If she does not get back to you by the deadline, would you consider giving it then to Michael Jacobsen at the Center for Science in the Public Interest as an exclusive, and if he declines, then to Karen Kaplan at the LA Times (she was the first to cover the USC study on her highly influential blog).  We hope that one of these three will take your story as an exclusive (this will ensure maximum coverage – more than you can generate by issuing your release nationwide on PR Newswire – plan D in the sequence).

Also, please reference Krueger laboratory in your release.

We also noted that you did not indicate how many HFCS samples were tested or if these were HFCS samples from all HFCS-producing plants in the United States.  You will get asked these questions and to the extent possible should note it in your release (as a footnote to the first mention of the analysis of HFCS).

Here is a citation for your use in referencing the USC study which can be inserted as a footnote:

[1]
    Ventura E, Davis J, Goran M. 2010. Sugar Content of Popular Sweetened Beverages Based on Objective Laboratory Analysis: Focus on Fructose Content. Obesity.

Also, please make sure not to use the Word version of the release that David Knowles and I sent to you as someone could detect CRA edits to the document as part of its history.  If you continued to use your Word document for the release , this should not be a problem.

Please  let us know if we can be of any additional help.  If you have a further revised version of your release, we would love to see it!

Thanks so much!

Audrae

**From:** Larry Hobbs [mailto:larry_hobbs@comcast.net]
**Sent:** Monday, November 29, 2010 1:09 PM
**To:** 'Larry Hobbs'; Audrae Erickson
**Subject:** RE: Analytical results
**Importance:** High

Will call shortly

**Larry Hobbs**
Executive Director

CRA0447234



14070 Proton Rd., Ste 100
Dallas, TX 75244
ph: 972-233-9107 X208
fax: 972-490-4219
larry_hobbs@comcast.net
bevtech.org

**From:** Larry Hobbs [mailto:larry_hobbs@comcast.net]
**Sent:** Monday, November 29, 2010 10:30 AM
**To:** 'Audrae Erickson'
**Subject:** RE: Analytical results

How about 1?

*Larry Hobbs*
Executive Director



14070 Proton Rd., Ste 100
Dallas, TX 75244
ph: 972-233-9107 X208
fax: 972-490-4219
larry_hobbs@comcast.net
bevtech.org

**From:** Audrae Erickson [mailto:aerickson@corn.org]
**Sent:** Monday, November 29, 2010 10:15 AM
**To:** Larry Hobbs
**Cc:** David Knowles
**Subject:** RE: Analytical results

Larry –

Would you have time for a quick recap today by phone? We hope that Dana will be putting his own statement on the Krueger website. That is key for traditional and social media, as is an exclusive with Marion Nestle.

Please call us when you have a moment.

Thanks!

Audrae

**From:** Larry Hobbs [mailto:larry_hobbs@comcast.net]
**Sent:** Monday, November 29, 2010 10:10 AM
**To:** Audrae Erickson
**Cc:** 'Larry Hobbs'
**Subject:** FW: Analytical results
**Importance:** High

CONFIDENTIAL

Hi Audrae

Attached are the results and the press release. I will be reviewing this today one last time with Dana.

Larry

**Larry Hobbs**
Executive Director



14070 Proton Rd., Ste 100
Dallas, TX 75244
ph: 972-233-9107 X208
fax: 972-490-4219
larry_hobbs@comcast.net
bevtech.org

...................................................................................................

**From:** Larry Hobbs [mailto:larry_hobbs@comcast.net]
**Sent:** Tuesday, November 23, 2010 1:47 PM
**To:** 'Paige L. Echols'; 'Eaton, William {PCNA}'; 'Mike Redman'; 'jwisler@Kraft.com'; 'Dworetsky, Tony'; 'mcgroartyj@wis-pak.com'; Tom Reimer (cmr100@wowway.com)
**Cc:** 'Larry Hobbs'
**Subject:** FW: Analytical results
**Importance:** High

Got the last set of data and I've updated the data and the press release draft.y

Larry

**Larry Hobbs**
Executive Director



14070 Proton Rd., Ste 100
Dallas, TX 75244
ph: 972-233-9107 X208
fax: 972-490-4219
larry_hobbs@comcast.net
bevtech.org

...................................................................................................

**From:** Larry Hobbs [mailto:larry_hobbs@comcast.net]
**Sent:** Tuesday, November 23, 2010 10:51 AM
**To:** 'Paige L. Echols'; 'Eaton, William {PCNA}'; 'Mike Redman'; 'jwisler@Kraft.com'; 'Dworetsky, Tony'; 'mcgroartyj@wis-pak.com'; Tom Reimer (cmr100@wowway.com)
**Cc:** 'Larry Hobbs'
**Subject:** Analytical results

We're still missing one set of HFCS data by the ISBT /AOAC 979.23 method however the results are pretty clear. I've updated the draft press release.

**Larry Hobbs**

CONFIDENTIAL

CRA0447236

Executive Director



14070 Proton Rd., Ste 100
Dallas, TX 75244
ph: 972-233-9107 X208
fax: 972-490-4219
larry_hobbs@comcast.net
bevtech.org

CONFIDENTIAL

CRA0447237