# EXHIBIT 46

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**
CIVIL MINUTES - GENERAL

| Case No. | CV 11-3473 CBM (MANx) | Date | January 7, 2013 |
|---|---|---|---|
| Title | Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al. | | |

Present: The Honorable CONSUELO B. MARSHALL, U.S. District Judge

| Joseph Remigio | Meloni Warren |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam Fox | Gail Standish<br>Brian Dahlin<br>Stephen D'Amore |

**Proceedings:** SCHEDULING CONFERENCE

Case called. Court and Counsel confer.

The Court sets the following dates:
Discovery Cut-Off:          December 31, 2013
Settlement Conference deadline:  January 30, 2014
Motion Hearing deadline:       March 31, 2014, 10:00 a.m.
Expert Discovery Cut-Off:     April 30, 2014
Pretrial Conference:           May 26, 2014, 2:30 p.m.
Trial:                        June 24, 2014, 10:00 a.m.

As more fully reflected on the record:

The parties shall comply with the Federal Rules of Civil procedure with respect to discovery and deposition limitations. The Court interprets limitations in discovery and deposition to pertain to "per side".

The Court is not inclined to waive Local Rule 7-3 *Conference of Counsel Prior to Filing of Motions*. Local Counsel may appear.

The motion hearing deadline set forth above includes motions to amend the pleadings to add additional parties.

The parties shall meet and confer and file a stipulation and proposed order regarding expert discovery disclosure deadlines pursuant to the Expert Discovery Cut-Off date set above.

The parties are ordered into ADR Settlement Procedure No. 3.

Initials of Deputy Clerk: JRE
cc: ADR Program                                                                : 45

CV-90 (10/08)          CIVIL MINUTES - GENERAL          Page 1 of 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> ARCHER-DANIELS-MIDLAND COMPANY, *et al.* <br><br> Defendants. <br><br> And Related Counterclaim. | Case No. CV11-3473 CBM (MANx) <br><br> **ORDER ON STIPULATION ADJUSTING CASE SCHEDULE [140]** <br><br> The Honorable Consuelo B. Marshall <br><br> (Stipulation Adjusting Case Schedule concurrently filed ) |

Pursuant to stipulation, and good cause appearing, the Court hereby adjusts the schedule for this action to the dates below or to such other dates as the Court may later order.

| Activity | Original Deadline | New Deadline |
|---|---|---|
| Discovery Cut-Off | Dec. 31, 2013 | June 30, 2014 |
| Settlement Conference | Jan. 30, 2014 | July 31, 2014 |
| Motion Hearing deadline | Mar. 31, 2014 at 10 am | Sept. 29, 2014 at 10 am |
| Expert Discovery Cut-Off | April 30, 2014 | Oct. 31, 2014 |
| Pretrial Conference | May 26, 2014 at 2:30 pm | Nov.17, 2014 at2:30 p.m. |
| Trial | June 24, 2014 at 10 am | To be set at Pretrial Conf. |

All other associated dates in this matter, including all statutory pretrial deadlines will be calculated based on the new Trial Commencement date and Pretrial Conference date.

IT IS SO ORDERED.

Dated: November 15, 2013

Consuelo B. Marshall
United States District Judge

ORDER ON STIPULATION
ADJUSTING CASE SCHEDULE