Gail J. Standish (SBN: 166334)
gstandish@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Dan K. Webb (admitted *pro hac vice*)
dwebb@winston.com
Stephen V. D'Amore (admitted *pro hac vice*)
sdamore@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700

Attorneys for Defendants
THE CORN REFINERS ASSOCIATION, INC., ARCHER-DANIELS-MIDLAND COMPANY, CARGILL, INC., INGREDION INCORPORATED, AND TATE & LYLE INGREDIENTS AMERICAS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, a Colorado cooperative, *et al.*,<br><br>            Plaintiffs,<br>      v.<br>ARCHER-DANIELS-MIDLAND COMPANY, a Delaware corporation, *et al.*,<br><br>            Defendants. | **Case No. CV11-3473 CBM (MANx)**<br><br>**[Discovery Matter]**<br><br>**DECLARATION OF BRYNA J. DAHLIN IN SUPPORT OF DEFENDANTS' POSITION ARTICULATED IN THE JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL DE-DESIGNATION OF DOCUMENTS PRODUCED AS "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"**<br><br>Hearing Date:   January 21, 2014<br>Time:                  10:00 a.m.<br>Place:                 Courtroom 580<br>                          U.S. Magistrate Judge<br>                          Margaret A. Nagle<br><br>Discovery Cutoff:      June 30, 2014<br>Pretrial Conference:  November 14, 2014<br>Trial Date:                 None Set |

## DECLARATION OF BRYNA J. DAHLIN

I, Bryna J. Dahlin, declare as follows:

1.  I am a partner in the law firm Winston & Strawn LLP, attorneys for the Corn Refiners Association, Inc. ("CRA") and its Member Companies in this matter. I am licensed to practice law in the State of Illinois and I am admitted *pro hac vice* for this matter. I submit this declaration in support of Defendants' position as set forth in the Joint Stipulation Regarding Plaintiffs' Motion to Compel De-Designation of Documents Produced as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2.  Attached as **Exhibit 1** is a true and correct copy of SAI00031690 a document Plaintiffs produced in this litigation.

3.  Attached as **Exhibit 2** is a true and correct copy of a press release, "Enough is Enough: There's Only One Sugar…And It's Not High-Fructose Corn Syrup" available at http://www.sugar.org/enough-is-enough-theres-only-one-sugarand-its-not-high-fructose-corn-syrup/.

4.  Attached as **Exhibit 3** is a true and correct copy of MSC00000268, a document Plaintiffs produced in this litigation.

5.  Attached as **Exhibit 4** is a true and correct copy of SAI00008336, a document Plaintiffs produced in this litigation.

6.  Attached as **Exhibit 5** is a true and correct copy of SAI00045706, a document Plaintiffs produced in this litigation.

7.  Attached as **Exhibit 6** is a true and correct copy of SAI00042805, a document Plaintiffs produced in this litigation.

8.  Attached as **Exhibit 7** is a true and correct copy of SAI00042942, a document Plaintiffs produced in this litigation.

9.  Attached as **Exhibit 8** is a true and correct copy of SAI00051283, a document Plaintiffs produced in this litigation.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

10. Attached as **Exhibit 8A** is a true and correct copy of SAI00037076, a document Plaintiffs produced in this litigation.

11. Attached as **Exhibit 9** is a true and correct copy of SAI00001766, a document Plaintiffs produced in this litigation.

12. Attached as **Exhibit 10** is a true and correct copy of SAI00053592, a document Plaintiffs produced in this litigation.

13. Attached as **Exhibit 11** is a true and correct copy of SAI00000641, a document Plaintiffs produced in this litigation.

14. Attached as **Exhibit 12** is a true and correct copy of a letter sent by Plaintiffs' counsel on November 13, 2013 and a true and correct copy of SAI00049722, a document Plaintiffs produced in this litigation.

15. Attached as **Exhibit 13** is a true and correct copy of a press release, "Corn Processors Pay Advocates, Claiming They Are Science Experts, According to New Legal Filing From the Sugar Association" available at http://globenewswire.com/news-release/2013/10/16/581008/10052948/en/Corn-Processors-Pay-Advocates-Claiming-They-Are-Science-Experts-According-to-New-Legal-Filing-From-The-Sugar-Association.html

16. Attached as **Exhibit 14** is a true and correct copy of a report available at http://www.consumerfreedom.com/downloads/sai.pdf

17. Attached as **Exhibit 15** is a true and correct copy of SAI00006370, a document produced by Plaintiffs in this litigation.

18. Attached as **Exhibit 16** is a true and correct copy of ten documents produced by Plaintiffs in this litigation which are designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

19. Attached as **Exhibit 17** is a true and correct copy of SAI00001609, a document produced by Plaintiffs in this litigation.

20. Attached as **Exhibit 18** is a true and correct copy of a press release, "High Fructose Corn Syrup is Deemed 'The New Trans Fat'" available at

3

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1. http://www.citizens.org/high-fructose-corn-syrup-deemed-new-trans-fat/.

21. Attached as **Exhibit 19** is a true and correct copy of a press release, "Sugar Association Concerned About Court Ruling's Impact on Free Speech" available at http://globenewswire.com/news-release/2013/09/18/574364/10049076/en/Sugar-Association-Concerned-About-Court-Ruling-s-Impact-on-Free-Speech.html

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2013, at Chicago, Illinois.

                               */s/ Bryna J. Dahlin*
                               Bryna J. Dahlin

*Additional counsel for Defendants:*

Cornelius M. Murphy (admitted *pro hac vice*)
nmurphy@winston.com
Bryna J. Dahlin (admitted *pro hac vice*)
bdahlin@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700