Ex. 3

# MANAGEMENT BY OBJECTIVES
As of September 25, 2003

| Key Objectives | Activities (Oct. 03 – Sept. 04) | Status (To be updated and provided to the Board quarterly) |
|---|---|---|
| **HFCS**<br>Objective – food and beverage industry replacement of HFCS with sucrose<br>Timeline – Oct. 03 through Sept. 04 and beyond. | Meet with the Center for Disease Control (CDC). Develop several fructose research hypotheses to present to CDC in meeting. e.g. Current thought: "free fructose" is the amount of fructose over the amount of glucose. Research Hypothesis: The fructose in high fructose corn syrup (HFCS) is not molecularly bonded to glucose as it is with sucrose. Does the body distinguish and utilize the entire portion of unbound fructose as "free fructose?" Therefore, possibly contributing to the obesity epidemic?<br><br>Assemble existing body of research for External Scientific Advisory Council (ESAC) to review and determine what additional research needs to be undertaken<br><br>Summarize existing fructose research proposals:<br>  1) blood triglyceride response<br>  2) hunger control<br><br>Continue to meet and communicate with key soft drink and other beverage companies to promote replacement of HFCS with sucrose or development of a new all natural, sugar-based product<br><br>Conduct consumer research via omnibus questions to | |

MSC00000268

| | | |
|---|---|---|
| | | determine consumer perception of HFCS. Promote results through comprehensive media outreach |
| **Dietary Guidelines**<br>Objectives – 1) that sugars intake is looked at in the context of the entire diet as it was in the 1995 guideline "Choose a diet moderate in sugars."<br>2) eliminate the emphasis on added sugars in the text of the sugar guideline.<br>Timeline – Oct. 03 – June 2004 | Attend all Dietary Guidelines Advisory Committee (DGAC) meetings | Initial meeting – September 23-24. |
| | Prepare and submit comments to the DGAC as needed | |
| | Accentuate requirement that all science cited as basis for policy must meet standards of the federal Data Quality Act (DQA) | |
| | Testify at DGAC meetings when allowed | |
| | Publicize recently published peer-reviewed Virginia Tech research on sugar and obesity | |
| | Attend all food industry Dietary Guidelines (DG) forums to develop strategic alliances with other groups with similar positions | |
| | Submit comments as requested by Oct. 27, 2003. | |
| **Food Guide Pyramid**<br>Objectives – 1) eliminate reference to added sugars.<br>2) Establish science-based sugar policy for use in the Pyramid.<br>Timeline – Oct. 03 – June 2004 | Highlight the lack of science or peer review used to establish added sugars advice presented in the Pyramid | |
| | Also promote the President's Executive Order calling for all regulatory agencies to use outside peer review…including the U.S. Department of Agriculture (USDA) for the Pyramid | |

MSC00000269

| | |
|---|---|
| **Food Labeling/Added Sugars**<br>Objective – Revise current food label term "sugars" to more accurate, consumer-friendly terminology "natural sugars" and "formulated sweeteners."<br><br>Timeline – Oct. 03 – Sept. 04 | Whenever possible, testify on scientific weakness of the Pyramid's mathematical approach to establish consumption limits for added sugars.<br><br>Consider the use of the Data Quality Act to disqualify the Pyramid as a basis for national nutrition policy. Citing the lack of preponderance of science supporting the 10% caloric intake of added sugars in light of the IOM Macronutrient Report suggestion of 25%.<br><br>Work with Food and Drug Administration (FDA) on considering other alternatives to "sugars" or "added sugars" on the food label<br><br>Conduct 6 consumer focus groups with input from FDA to help clarify that "added sugars" is not the consumer preference, but that "natural sugars" and "formulated sweeteners" would be more preferred and more accurate. These focus groups will also help to clarify whether consumers are more concerned about the source of their sweetener (natural versus formulated) versus whether it is added or not.<br><br>Promote results via media to consumers: media round table, news releases and/or press event<br><br>Consider submitting counter petition to oppose the Center for Science in the Public Interest (CSPI) "added sugars" petition presently being considered by FDA |

MSC00000270

| | |
|---|---|
| **And/Or On Soft Drink Labels**<br>Objective – Eliminate the use of "and/or" labeling on beverages, specifically soft drinks.<br>Timeline – Oct. 03 – Jan. 04 | Contact FDA staff to pursue a final resolution to the withdrawal of the "and/or" labeling petition submitted by the soft drink industry.<br><br>If necessary and appropriate, engage the Washington reps to have members of Congress write FDA to ask for accuracy in labeling |
| **Alliance Agreement with Merisant/Equal**<br>Objective – Achieve the removal or reference to "Made From Sugar, Taste Like Sugar" marketing terminology used by Splenda.<br>Timeline – Oct. 03 – Dec. 03 | Work with Merisant/Equal Public Relations (PR) firm to develop tactics acceptable to the Sugar Association<br><br>Develop non-litigation approaches to remove marketing terminology used by Splenda<br>  1) letter to Federal Trade Commission (FTC)<br>  2) letter to Splenda<br><br>Continue to approach World Health Organization (WHO) Director General for a face-to-face food industry meeting |
| **WHO**<br>Objective – Prevent the use of WHO Diet and Nutrition Report 916 in United Nations policy and in other nutrition policy considerations throughout the world, specifically the U.S.<br>Timeline - Oct. 03 – May 04 | Work with other industry groups (U.S. and international) to prepare for the January WHO Executive Board meeting and the Food and Agriculture Organization's - Committee on Agriculture (FAO - COAG) review of the WHO Report 916<br><br>Meet with U.S. WHO and FAO representatives to express our continued concerns with the lack of preponderance of scientific evidence cited in Report 916. |

| | | Implement media relations tactics when appropriate to promote Association messages and discredit WHO Report |
|---|---|---|
| **External Scientific Advisory Council/New Research**<br>Objective – To enhance science base of the Sugar Association positions to support strong public policy and PR activities.<br>Timeline – Initial mtg. in Sept. 03. Face-to-face mtg. in Oct. 03. Ongoing involvement though June 04. | Hold first organizational meeting of the ESAC.<br><br>Identify outside academic and scientific spokespersons for key sugar issues<br><br>Explore existing research on key issues and identify what research needs to be done. Also, determine what research/academic center would best achieve the identified research | |
| **School Lunch Reauthorization**<br>Objective – to prevent federal control of the School Lunch Program. To reinforce the lack of science supporting the removal of sugar containing foods.<br>Timeline – Oct. 03 – March 04 | Attend hearings on Capitol Hill when convened<br><br>Provide written testimony when allowed<br><br>Participant in industry coalition meetings to organize Congressional support | |

MSC00000272