Ex. 5



**THE SUGAR ASSOCIATION**

1101 15th Street NW, Suite 600
Washington, DC 20005
(202) 785-1122
Fax: (202) 785 5019

DATE:       April 9, 2004

TO:         Sugar Association Board

FROM:       Andy Briscoe

SUBJECT:    Achievements for Discussion During Executive Session

As we conclude my first full year as President and CEO of the Sugar Association, here are a few thoughts and achievements to review the past twelve months and set the pace for the next twelve supported by new Board leadership. In addition, it has been my pleasure to meet with all 21 of you in your offices over the last year, and learn more about you, your companies and cooperatives you represent.

I first have to ask the question – Is the Sugar Association better off today than it was when I accepted the opportunity to service you and the sugar industry? My quick mental response is a resounding YES! I would hope you would agree. Below are a few reason why I feel the way I do at this point in my efforts here at the Sugar Association:

**In general –**

1) We have a clear, understandable mission supported by very focused Management by Objectives.

2) We have a staff, more efficient and effective than before April 2003. And technology wise, we are coming into the 21st century adding to our efficiency with high speed service, intranet hardware and software providing more access, and Blackberry service for all senior staff for 24 X 7 availability.

3) We anticipate finishing the 2003/04 fiscal year with a surplus of funds ($200,000-$300,000) which will help to build back up our reserves.

4) We will have a budget for 2004/05 showing even greater focus on strategic objectives (8 key MBOs), and a contingency fund more than doubled from the previous year to provide us with more flexibility in addressing unexpected issues which develop during the fiscal year.

5) We have streamlined our administrative costs to be below 50 % of our overall budget. And we have streamlined our time on administrative issues by reducing the number of committees the staff is required to serve and support.

6) We have maintained all existing Association members and have added a new member with the addition of Wyoming Sugar Company.

**Specifically, we have -**

* Moved all our MBOs forward.
    - HFCS – we have reviewed all the science, funded two new research projects, fed the media with the science to help fuel the public concern and debate on HFCS, we have met face-to-face with Coke and Pepsi representatives promoting all natural sugar, and we have developed a website to promote sugar-based regional bottlers and other products.
    - Dietary Guidelines – we have influenced the selection of a balanced Dietary Guidelines Advisory Committee (DGAC) of 13 doctors, attended 3 DGAC meetings, submitted 4 sets of comments and personally testified, continued to submit new science as it becomes available.
    - Food Guide Pyramid – we have met with the Center for Nutrition Policy & Promotion who is charged with reviewing the FGP, submitted comments to the USDA clarifying our concerns with the existing Pyramid, we have had a Data Quality complaint filed with both the USDA.
    - Food Labeling/Added Sugars – we have met with FDA on our proposed food label changes, we have conducted 6 focus groups to determine what consumers would accept to improve sugars labeling, we have drafted a petition to expand the FDA sugar definition to the entire label or packaging.
    - And/Or on Soft Drink Labels – we have had 14 sets of comments filed by the sugar industry opposing the continuance of and/or, we have discussed engaging the Washington reps to have a letter sent from Congress to get FDA to taken action on and/or.
    - Splenda – had legal counsel review all Splenda marketing materials, explore all possible options to deal with consumer confusion thinking Splenda is natural and has sugar in it, review FTC and FDA complaints, we have researched marketshare penetration to determine the threat Splenda is to the sugar industry.
    - WHO – we have been successful in getting the Food & Agriculture Organization (FAO) to oppose the WHO Diet and Nutrition Report 916 calling for 10% consumption of sugar, we have been successful in getting the U.S. WHO representative Dr. Steiger to express major concerns with Report 916 and call for edits to the initial draft of the WHO Global Strategy recommending to limit sugar intake.
    - External Scientific Advisory Committee – we have 4 distinguished doctors serving on the ESAC now, we have had a joint meeting of the ESAC and the Scientific Advisory Committee to review the science on HFCS, review all our position statements to make sure they are science based, and determined areas of research which we need to consider funding.

    - School Lunch Reauthorization – we have participated on a coalition of food industry groups and associations to prevent the nationalizing of the School Lunch program, we have maintained the decision making process at the local and state levels.
    - Disparagement of Sugar – we have been successful at getting Atkins to pull disparaging TV ads, we have regularly communicated with media entities which use sugar in their reports and articles when they should be using HFCS, we were successful in getting CBS to change their reference to sugar when the story was focused on HFCS.

* Developed stronger relationships with other food groups
    - Joined the National Soft Drink Association to support regional bottlers that use sugar.
    - Engaged a joint effort with the Center for Science in the Public Interest (CSPI) to explore ways to address Splenda concerns.
    - Met with and developed strong relationships with the Grocery Manufacturers Association, the National Food Processors Association, the Chocolate Manufacturers Association, the Confectioners Association, the International Food Information Council, and the Snack Food Association.

* Additional Audiences and Speaking Opportunities I have addressed:
    - I continue to develop a stronger working relationship with the Washington reps to leverage their knowledge and political contacts. We meet monthly to discuss key Sugar Association activities and how they may help support us.
    - I have met with several of your Boards and members' Annual Meetings to keep inform them of our activities including American Sugar Beet Growers Association, the California Beet Growers Association.
    - I have spoken to the Committee for European Fabrication of Sugar (CEFS)
    - I have become a member of the Board of Sugarmark to support its use throughout the U.S. and the world
    - I have spoken to the
    - Future scheduled speaking opportunities including the International Sugar Organization meeting in the Dominican Republic April 28, the International Society of Beverage Technologists on May 5,

Highly Confidential — Attorneys' Eyes Only
SAI00045708