Ex. 6

| | |
|---|---|
| From: | Andy Briscoe |
| To: | Charles Baker |
| CC: | Cheryl Digges; Melanie Miller; Eric Wheeler |
| Sent: | 2/28/2008 7:01:56 PM |
| Subject: | Re: Critical Analysis |

Charlie - thanks for the responses. Let's plan to meet with staff on Monday, March 3 at 3:00 pm.
Andy
-------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Charles Baker
To: Andy Briscoe
Cc: Cheryl Digges; Melanie Miller; Eric Wheeler
Sent: Thu Feb 28 18:57:07 2008
Subject: RE: Critical Analysis

Andy,


Responses to your questions have been inserted below.


Charlie

+++++

Charles W. Baker, PhD

Executive Vice President &

Chief Science Officer


The Sugar Association, Inc.

1300 L Street, NW Suite 1001

Washington DC 20005-4263


Telephone: 202.785.1122 Extension 12

Facsimile: 202.785.5019

Mobile: 202.549.4817

E-Mail: cbaker@sugar.org <BLOCKED::mailto:cbaker@sugar.org>


Sugar: The Natural Sweetener...

15 Calories Per Teaspoon!

Confidential

SAI00042805

CONFIDENTIALITY NOTICE: This electronic message and its content, including all attached files, is confidential and privileged correspondence, and is solely the intellectual property to The Sugar Association, Inc. The entirety of this electronic correspondence is intended for use only by the individual or entity to which it is addressed. If you are not the intended recipient or the individual responsible for delivering electronic correspondence to the intended recipient, or if you believe you have received this correspondence in error, you are hereby notified that any printing, copying, dissemination, forwarding or other distribution of this correspondence including any attached documents is strictly prohibited. Any verbal and/or written communication or other use of the content of this correspondence including any attached documents is also strictly prohibited. If you have received this transmission in error, immediately notify the sender by reply transmission at the electronic address listed in the signature file, and permanently delete the erroneously received correspondence from your electronic correspondence system.

_____

From: Andy Briscoe
Sent: Wednesday, February 27, 2008 8:21 PM
To: Charles Baker
Cc: Andy Briscoe; Cheryl Digges; Melanie Miller; Eric Wheeler
Subject: RE: Critical Analysis


Charlie – a few questions:


1) Has this analysis be peer reviewed by any other qualified doctors as we discussed? The analysis has been reviewed by Drs. Richard Mattes (Purdue University) and Elizabeth Parks (UT Southwestern Medical Center).


2) Have you circulated this analysis to your Scientific Advisory Committee for their review and input? No; senior staff consensus should precede SAC review. We are more conversant about this matter than the company SAC members.


3) Also, where do we stand on the study involving soft drinks over a 3- 6 month period and trying to determine the amount of sugar that has inverted? The inversion study is progressing. Without calling the Coca-Cola's and PepsiCo's of the world, there are no contract or university pilot-scale facilities that can bottle carbonated soft drinks. Coca-Cola and PepsiCo will not be contacted. The next step is the contacting our e-business partners (Dr. Pepper and Foxon Park will be first) to inquire if either or both are willing to participate. These calls will be made on Monday (March 3rd). The samples will be stored and analyzed at the University of Maine (Department of Food Science and Human Nutrition). Results will determine the number of months the study lasts (may be longer than 6 months if sucrose is still inverting at 6 months). The purpose of the inversion study is the generation of reliable inversion data; these data have little relevance for the analysis of the November 2007 AJCN article. These data might be used to design another appetite study. Senior staff needs to discuss this study and how it might be leveraged.


4) As soon as possible, I would like to schedule a meeting with you and other staff to sit down so we clearly understand the details/complexity of this e-mail and the attached critical analysis. How does your schedule look this week (Thursday or Friday)? Based on the schedules posted on the SAI calendar, senior staff can meet on Monday (March 3rd) before 11 or after 3. The inversion project can also be discussed.


Andy

Confidential                                                                                          SAI00042806

```
From: Charles Baker
Sent: Wednesday, February 27, 2008 6:18 PM
To: Andrew Briscoe (briscoe@sugar.org); Cheryl Digges (digges@sugar.org); Melanie Miller (miller@sugar.org); Eric Wheeler (wheeler@sugar.org)
Subject: Critical Analysis
```

The attached draft has been prepared for eventual addition to the sugar.org website. In my professional opinion, maintenance of organizational – and industry – integrity demands the attached document be posted in its entirety or not posted at all. The analysis resulting in Figure 2 and its accompanying text is not so insightful or perceptive that others will not perform the same such analysis. When (not if) such an analysis is performed externally, it is totally conceivable that the Association will be charged with misleading the public by "knowingly concealing an essential element of the evidence." Omitting crucial analytical results is not the action a science-based organization would condone.

Please carefully consider Figure 2 and its associated material. Analysis of the data published in the November 2007 article indicate quite clearly that there is no difference between HFCS-55 and a 50-50 mixture of free fructose and free glucose. While an acidic beverage, like a carbonated soft drink, made with sucrose (or invert sugar) would contain unpredictable amounts of sucrose at time of consumption, arguing dogmatically that a sucrose soft drink is different nutritionally than one sweetened with HFCS-55 is not only unsound but inaccurate. The overall summary of the attached document reveals the biological complexity of this issue. This complexity, which includes both biological differences and similarities, must be acknowledged.

The Board is owed a level of integrity and honesty where only the totality of evidence is provided to protect the reputation of the sugar industry. Once this document has been vetted internally, the sensitivity of this scientific issue dictates that approval by the Board in April is required before this document is posted on the Association's website. When addressing this issue, our public pronouncements must be disciplined, measured and reflective of only the totality of the evidence.

Charlie

+++++

Charles W. Baker, PhD

Executive Vice President &

Chief Science Officer

The Sugar Association, Inc.

1300 L Street NW Suite 1001

Washington DC 20005-4263

Telephone: 1.202.785.1122 Extension 12

Facsimile: 1.202.785.5019

Mobile: 1.202.549.4817

Confidential                                                                 SAI00042807

E-Mail: cbaker@sugar.org <mailto:cbaker@sugar.org>

Sugar: The Natural Sweetener...

15 Calories Per Teaspoon!

CONFIDENTIALITY NOTICE: This electronic message and its content, including all attached files, is confidential and privileged correspondence, and is solely the intellectual property to The Sugar Association, Inc. The entirety of this electronic correspondence is intended for use only by the individual or entity to which it is addressed. If you are not the intended recipient or the individual responsible for delivering electronic correspondence to the intended recipient, or if you believe you have received this correspondence in error, you are hereby notified that any printing, copying, dissemination, forwarding or other distribution of this correspondence including any attached documents is strictly prohibited. Any verbal and/or written communication or other use of the content of this correspondence including any attached documents is also strictly prohibited. If you have received this transmission in error, immediately notify the sender by reply transmission at the electronic address listed in the signature file, and permanently delete the erroneously received correspondence from your electronic correspondence system.

Confidential