Ex. 8

| | |
|---|---|
| **From:** | Andy Briscoe |
| **To:** | Melanie Miller |
| **CC:** | Cheryl Digges; Charles Baker; Eric Wheeler; Laura Cobb |
| **Sent:** | 12/9/2008 2:17:31 PM |
| **Subject:** | RE: USA Today article on HFCS |

Got it – many thanks. I'll circulate it to the HFCS Ad Hoc Committee and see how they respond. I'll keep you apprised.
Andy

---

**From:** Melanie Miller
**Sent:** Tuesday, December 09, 2008 2:14 PM
**To:** Andy Briscoe
**Cc:** Cheryl Digges; Charles Baker; Eric Wheeler; Laura Cobb
**Subject:** RE: USA Today article on HFCS

Charlie and Cheryl are quicker than I thought!!
Draft attached. Both have looked at and approved.
Melanie


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005
202.785.1122 ext. 19
miller@sugar.org

Sugar:  All natural.....only 15 calories per teaspoon!

---

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 1:59 PM
**To:** Melanie Miller
**Subject:** RE: USA Today article on HFCS

I am back....just arrived at the house and checking e-mails.
AB

---

**From:** Melanie Miller
**Sent:** Tuesday, December 09, 2008 1:49 PM
**To:** Andy Briscoe
**Subject:** RE: USA Today article on HFCS

Are you still in FL or on the way back?
M2


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005

202.785.1122 ext. 19
miller@sugar.org

Sugar:   All natural.....only 15 calories per teaspoon!

---

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 1:44 PM
**To:** Melanie Miller
**Subject:** Re: USA Today article on HFCS


Good deal....Thanks.
AB

---

**From:** Melanie Miller
**To:** Andy Briscoe
**Sent:** Tue Dec 09 13:43:22 2008
**Subject:** RE: USA Today article on HFCS
We are working on it right now – may be able to get you something later this afternoon.
M2


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005
202.785.1122 ext. 19
miller@sugar.org

Sugar:   All natural.....only 15 calories per teaspoon!

---

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 1:37 PM
**To:** Melanie Miller
**Subject:** Re: USA Today article on HFCS


Obviously - the sooner the better....if we are going to respond.
AB

---

**From:** Melanie Miller
**To:** Andy Briscoe; Charles Baker; Cheryl Digges
**Cc:** Eric Wheeler; Laura Cobb
**Sent:** Tue Dec 09 13:23:51 2008
**Subject:** RE: USA Today article on HFCS
Andy – how about tomorrow morning.  I have an event from 3-6 this evening.
Melanie


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005

202.785.1122 ext. 19
miller@sugar.org

Sugar:   All natural.....only 15 calories per teaspoon!

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 1:08 PM
**To:** Melanie Miller; Charles Baker; Cheryl Digges
**Cc:** Eric Wheeler; Laura Cobb
**Subject:** Re: USA Today article on HFCS


Melanie - perhaps we should use this as an example of our need to be able to be more responsive to HFCS vs. sugar situations. Why don't you draft up your best response (with input from Charlie and Cheryl) by COB today. Send it to me. And I'll send it to the HFCS committee tonight to see what they would like us to do.

Andy


**From:** Melanie Miller
**To:** Andy Briscoe; Charles Baker; Cheryl Digges
**Cc:** Eric Wheeler; Laura Cobb
**Sent:** Tue Dec 09 13:03:49 2008
**Subject:** RE: USA Today article on HFCS
Andy – does this fit into the realm of what the board is looking at approving?  Has the board approved the statement – we could start with that.
Melanie


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005
202.785.1122 ext. 19
miller@sugar.org

Sugar:   All natural.....only 15 calories per teaspoon!

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 12:57 PM
**To:** Melanie Miller; Charles Baker; Cheryl Digges
**Cc:** Eric Wheeler; Laura Cobb
**Subject:** Re: USA Today article on HFCS


Melanie - So we are going to let commentary stand / be perceived as science by the media and consumers and not say peep?? And we don't have any science to differentiate HFCS and sugar?? What happened to the fact that sugar has a bond and HFCS does not?
Andy


**From:** Melanie Miller
**To:** Charles Baker; Cheryl Digges
**Cc:** Andy Briscoe; Eric Wheeler; Laura Cobb
**Sent:** Tue Dec 09 12:31:23 2008
**Subject:** RE: USA Today article on HFCS
Andy – based on Charlie's comments, since this is not new science, I hesitate to respond, because we

SAI00051285

would just be responding to comments, not new science. And we don't have any science to support what our thoughts are – yet.
M2


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005
202.785.1122 ext. 19
miller@sugar.org

Sugar: All natural.....only 15 calories per teaspoon!

---

**From:** Charles Baker
**Sent:** Tuesday, December 09, 2008 12:02 PM
**To:** Cheryl Digges; Melanie Miller
**Cc:** Andrew Briscoe (briscoe@sugar.org); Eric Wheeler (wheeler@sugar.org); Laura Cobb (cobb@sugar.org)
**Subject:** RE: USA Today article on HFCS

Cheryl and Melanie,

Your assessment is correct. However, I think that CSPI has formulated an even more sinister conspiracy with Popkin (and maybe Bray). The last sentence of the Popkin article is telling. Popkin states, "… the health effect of overall trends in added caloric sweeteners should not be overlooked."

It's my belief that the added sugars petition is not dead, and has an extraordinarily good chance of being resurrected when the new administration takes office. CSPI needs high-profile academic allies for the resurrection of its added sugars petition, and Barry Popkin fits that role perfectly. FDA appointments are critically important for our industry.

By the way, these AJCN articles were published as a journal supplement since they were the proceedings of a symposium convened during Experimental Biology 2007. Like all AJCN supplements, **no original** research is contained in any of these commentary/op-ed articles. Unlike many AJCN supplements, I hesitate to label any of these papers as literature reviews because of the obvious biased intent (Cheryl's point about political correctness). AJCN has essentially permitted propaganda to be masqueraded as science. I've left a message with Elizabeth since it looks like her attributed quote could have been a clever abridgement of a longer conversation.

Charlie
+++++
Charles W. Baker, PhD
Executive Vice President &
Chief Science Officer

The Sugar Association, Inc.
1300 L Street NW  Suite 1001
Washington DC  20005-4263

Telephone: 1.202.785.1122  Extension 120
Facsimile: 1.202.785.5019
Mobile: 1.202.549.4817
E-Mail: cbaker@sugar.org

Sugar, *Sweet by Nature*
15 Calories Per Teaspoon!

CONFIDENTIALITY NOTICE: This electronic message and its content, including all attached files, is confidential and privileged correspondence, and is solely the intellectual property to The Sugar Association, Inc. The entirety of this electronic correspondence is intended for use only by the individual or entity to which it is addressed. If you are not

the intended recipient or the individual responsible for delivering electronic correspondence to the intended recipient. If you believe you have received this correspondence in error, you are hereby notified that any printing, copying, dissemination, forwarding or other distribution of this correspondence including any attached documents is strictly prohibited. Any verbal and/or written communication or other use of the content of this correspondence including any attached documents is also strictly prohibited. If you have received this transmission in error, immediately notify the sender by reply transmission at the electronic address listed in the signature file, and permanently delete the erroneously received correspondence from your electronic correspondence system.

**From:** Cheryl Digges
**Sent:** Tuesday, December 09, 2008 9:49 AM
**To:** Melanie Miller; Charles Baker
**Subject:** RE: USA Today article on HFCS

I think that the academic community is under pressure to be overly, let's just say "politically correct," until there is something definitive. I think Bray and Popkin's bombshell and subsequent reversal is making everyone more cautious. What do you think Charlie?

---

**From:** Melanie Miller
**Sent:** Tuesday, December 09, 2008 9:41 AM
**To:** Charles Baker
**Cc:** Cheryl Digges
**Subject:** FW: USA Today article on HFCS

Charlie – I'm surprised at Elizabeth's comments. Your thoughts?
M2


Melanie Miller
Vice President, Public Relations
Sugar Association
1300 L Street, NW, Ste. 1001
Washington, DC 20005
202.785.1122 ext. 19
miller@sugar.org

Sugar: All natural.....only 15 calories per teaspoon!

---

**From:** Andy Briscoe
**Sent:** Tuesday, December 09, 2008 8:57 AM
**To:** Charles Baker; Cheryl Digges; Melanie Miller; Eric Wheeler; Laura Cobb
**Subject:** Fw: USA Today article on HFCS


Melanie - any appropriate response to this article for us?? Please visit with Charlie and Cheryl and determine if a letter to the editor is appropriate.

Andy

---

**From**: Ruthann Geib
**To**: Andy Briscoe; Cheryl Digges; Luther Markwart
**Sent**: Tue Dec 09 08:02:17 2008
**Subject**: USA Today article on HFCS




SAI00051287

*Here's an article that is posted on a news website, and reader comments. The article is followed by similar comments which I find interesting. Public perception is not favorable to HFCS. It would be interesting to find out (as one poster noted) whether any of the "experts" or professors had any special relationship with the corn industry.--RG*

## New data: High-fructose corn syrup no worse than sugar

By Elizabeth Weise, USA TODAY

In 2004, three researchers published a paper in the *American Journal of Clinical Nutrition* suggesting the rise in obesity m linked to the rise in consumption of high-fructose corn syrup. The paper led to a wave of research and a chorus of popular concern over the cheap, ubiquitous liquid sweetener.

The hypothesis was controversial and launched a backlash against the corn-based sweetener, which because of agricultur subsidies for corn in the USA was much cheaper than cane or beet sugar. It became nutritional dogma in some circles that was healthy, and high-fructose corn syrup was not.

Now, the tide of research, if not public opinion, has shifted. This week, five papers published in a supplement to *Clinical Nu* find no special link between consumption of high-fructose corn syrup and obesity. One paper was written by Barry Popkin, co-author on the original 2004 paper.

"It doesn't appear that when you consume high-fructose corn syrup, you have any different total effect on appetite than if y consume any other sugar," he says.

The kind of high-fructose syrup that sweetens almost all soft drinks in the USA is made from corn and consists of 55% fruc and 42% glucose, both of which are slightly different sugars. Table sugar, which scientists call sucrose, is made from suga or sugar beets and consists of 50% fructose and 50% glucose.

"People think high-fructose corn syrup is the devil and table sugar is natural," but that's not necessarily true, says Elizabeth Parks, a professor of clinical nutrition at the University of Texas Southwestern Medical Center in Dallas. She was not part research.

Though high-fructose corn syrup makes up about 50% of the sweeteners used in the USA, worldwide it's only about 10%, John White, an independent researcher whose paper was published in the supplement to the journal.

"But obesity isn't just a U.S. problem," he says.

At high levels of consumption, fructose, whether from high-fructose corn syrup or from table sugar, increases triglycerides the bloodstream, which could be a risk factor for cardiovascular disease, says Peter Havel, an endocrinologist at the Unive of California-Davis who co-wrote one of the papers.

Thus far, the research appears to show that sucrose and high-fructose corn syrup are not that different, Parks says. She believes there's some evidence that the way they are metabolized in the liver is different, but not in a way that makes the calories from high-fructose corn syrup more likely to be stored as fat.

**READERS: Did you cut back on your intake of high-fructose corn syrup? Will you change your eating habits now What about sugar? Share your opinions, experiences and thoughts on how to handle the obesity epidemic below**

**Find this article at:**
http://www.usatoday.com/news/health/2008-12-08-fructose-corn-syrup_N.htm

# New data: High-fructose corn

SAI00051288

# syrup no worse than sugar

USA Today, by Elizabeth Weise

Original Article

Posted By: **Photoonist**, 12/9/2008 12:36:14 AM

In 2004, three researchers published a paper in the American Journal of Clinical Nutrition suggesting the rise in obesity might be linked to the rise in consumption of high-fructose corn syrup. The paper led to a wave of research and a chorus of popular concern over the cheap, ubiquitous liquid sweetener. (Snip) This week, five papers published in a supplement to Clinical Nutrition find no special link between consumption of high-fructose corn syrup and obesity

Comments:
But it is still cheaper and doesn't taste quite the same. Furthermore a lot of products have gotten sweeter which means more calories as well. Then there's that organ malfunction some people have, if you call the mouth an organ.

---

Reply 1 - Posted by: **oceanbeach**, 12/9/2008 12:44:25 AM

Strong praise indeed!

---

Reply 2 - Posted by: **Newtsche**, 12/9/2008 12:49:16 AM

Corn and fructose -- yet more favorite targets of the left. Too useful, too important in many red states.

---

Reply 3 - Posted by: **Blizzard**, 12/9/2008 12:53:37 AM

This is complete crap...I stopped ingesting anything with high fructose corn syrup and partially hydrogenated oils...and lost 10 lbs...then started working out regularly and lost 10 more.

---

Reply 4 - Posted by: **Northcoast GOP**, 12/9/2008 12:55:32 AM

Part of the reason we have a high obesity in the world is because people don't get any excerise.
Take a walk.

---

Reply 5 - Posted by: **ASU86PE**, 12/9/2008 1:10:17 AM

FTA: *Thus far, the research appears to show that sucrose and high-fructose corn syrup are not that different, Parks says. She believes there's some evidence that the way they are metabolized in the liver is different, but **not** in a way that makes the calories from high-fructose corn syrup more likely to be stored as fat.*

It must be the butter-eggs-potatoes-flour-cheese-etc that makes me this way. Two meals a

SAI00051289

day and still over-weight.

What's a poor boy to do? Hey wait, I like "Poor Boys" too.

---

Reply 6 - Posted by: MissMann, 12/9/2008 1:51:34 AM

My son thought he had mosquito bites all the time, but it turned out they were hives! After a little detective work, we found the problem was high fructose corn syrup. If he ingests any and then exercises at all (even a walk), out come the hives.

Since figuring this out, I've heard from several others that they, too, had this reaction (only it took a lot longer to pin down the cause).

I'm not saying everyone needs to avoid it, but HFCS does this, not sucrose, so something is pretty "different" between the two!

I'm just saying...

---

Reply 7 - Posted by: MsCharlotteVale, 12/9/2008 2:14:38 AM

High-froctose syrup isn't good for you and I don't care how many commericals they pay for telling you otherwise. I read labels religiously and I never put sugar into my veggies. Anymore, we get our info from the producers/entities who have big dollars to spend. If it's "cheap," you have to wonder why.

---

Reply 8 - Posted by: chiptill, 12/9/2008 3:28:05 AM

It's poison to your body, it's overused in products and should be avoided. The problem is that it is a highly refined chemical sugar, and refined cane sugar is not much better. Our bodies weren't made to ingest such high amounts of concentrated sugars.

And people old enough know the difference in taste between sugar and HFCS. Coke in Mexico still uses real sugar, Dublin Tx Dr Pepper does too.

God gave you a body, take care of it. Clean up your diet, stay off of all refined sugars and you'll see good if not amazing results. Eat refined cane sugar (in desserts) on special occasions. Use natural sweeteners everyday; honey, cane juice and maple syrup.

---

Reply 9 - Posted by: CanuckChopper, 12/9/2008 3:55:22 AM

Who paid for the study, I wonder?? Wouldn't have been the corn syrup producers??

---

Reply 10 - Posted by: zoidberg, 12/9/2008 7:00:43 AM

The time to stock up on real Coke is in the spring, when they make it Kosher for Passover, which means real sugar, no HFCS.

SAI00051290