Ex. 9

| | |
|---|---|
| From: | Charles Baker |
| To: | Andy Briscoe |
| CC: | Cheryl Digges; Eric Wheeler; Jane Zaretskie; Mollie O'Dell (modell@northbridgecomm.com); Phillip Hayes (phayes@northbridgecomm.com) |
| Sent: | 3/22/2010 3:56:44 PM |
| Subject: | RE: Just Out - News at Princeton reports on new research titled "A sweet problem: Princeton researchers find that high-fructose corn syrup prompts more weight gain" |

Good Afternoon Andy,

The data reported in the Princeton study on the differences in weight gains observed with sugar and HFCS affirm our internal analyses of published scientific articles that greater caloric intakes are observed with HFCS than sugar. After eight weeks, male rats consuming HFCS-55 for 12 hours/day gained more weight than those consuming sugar for 12 hours/day. In fact, the male rats gained more weight despite consuming 33% fewer calories from HFCS-55 than from sucrose. Since there was no overall difference in the daily caloric intakes of the male rats in the HFCS and the male rats in the sugar groups (same number of calories consumed per day), the authors concluded "access to HFCS led to increased body weight."

The short-term 8-week results were used as criteria for designing the second long-term experiments reported in the published article. Sucrose was not included in the 6-month male rat feeding study, but was included in the 7-month female rat feeding study. The omission of sugar from the 6-month male rat study is a shortcoming that can very well be cited by those attempting to refute the overall results. While this design shortcoming is a reality, weight gain differences observed after the 7-month feeding study showed more weight was gained with HFCS-55 than with sugar. Additionally, the female rats consuming HFCS-55 daily had increased abdominal body fat.

Since this study lacks the rigor it should have, it's recommended that it be only referenced as further indirect evidence that sugar is biologically distinct from HFCS-55.

Charlie
+++++
Charles W. Baker, PhD
Executive Vice President &
  Chief Science Officer

The Sugar Association, Inc.
1300 L Street, NW  Suite 1001
Washington DC  20005-4263

Telephone: 1.202.785.1122  Extension 120
Facsimile: 1.202.785.5019
Mobile: 1.202.549.4817

Sugar, *Sweet by Nature*
15 Calories Per Teaspoon!

CONFIDENTIALITY NOTICE: This electronic message and its content, including all attached files, is confidential and privileged correspondence, and is solely the intellectual property to The Sugar Association, Inc. The entirety of this electronic correspondence is intended for use only by the individual or entity to which it is addressed. If you are not the intended recipient or the individual responsible for delivering electronic correspondence to the intended recipient, or if you believe you have received this correspondence in error, you are hereby notified that any printing, copying, dissemination, forwarding or other distribution of this correspondence including any attached documents is strictly prohibited. Any verbal and/or written communication or other use of the content of this correspondence including any attached documents is also strictly prohibited. If you have received this transmission in error, immediately notify the sender by reply transmission at the electronic address listed in the signature file, and permanently delete the erroneously received correspondence from your electronic correspondence system.

**From:** Andy Briscoe

SAI00001766

**Sent:** Monday, March 22, 2010 2:24 PM
**To:** 'dberg@crystalsugar.com'; 'dgoodlett@scgc.org'; 'Flegenheimer Mark (mark.flegenheimer@michigansugar.com)'; 'chabauer@charter.net'; 'Greg Nolan - ASCL (gn.lafourche@charter.net)'; 'Jim Simon (jsimon@amscl.org)'; 'kelvin@smbsc.com'; 'Parks Shackelford (parks@floridacrystals.com)'; 'Pepe Fanjul, Jr. (pepe_fanjul_jr@floridacrystals.com)'; 'Roche David (droche@mdfarmerscoop.com)'; 'sbearden@rgvsugar.com'; 'John.Sheptor@imperialsugar.com'; 'Smith Bill (bsmith@amalsugar.com)'; 'Williams Steve (stevew@rrv.net)'; 'beets4sugar@hotmail.com'; 'Christopher Benjamin (cbenjamin@abinc.com)'; Mark Duffin (mduffin@amalsugar.com)
**Cc:** 'David Tobin (dctobin@dstlaw.com)'; 'Jim Meers (fcmeers@aol.com)'; 'dcallister@ssd.com'; 'Henneberry, Patrick'; 'Alex Fanjul'; 'Antonio Contreras '; 'Brian O'Malley'; 'Carol Kunitzer'; 'George Wedgworth'; 'Jeff Carlson'; 'Jessie Breaux'; 'Jim Horvath '; 'John Doxie '; 'John Richmond'; 'Kevin McElvaney '; 'Luis Fernandez'; 'Marcy Tellechea'; 'Mike Kerber'; 'Ray VanDriessche'; 'Vic Jaro'; 'Cheney Carolyn (cmcheney@aol.com)'; 'Elin Peltz'; 'Jack Pettus '; 'Jack Roney'; 'Jim Johnson (beetsugar@aol.com)'; 'Kendra Lockhart '; 'Margaret Blamberg (moblamberg@aol.com)'; 'Markwart Luther'; 'Parks Shackelford'; 'Phillip Hayes '; 'Price Kevin (kprice@crystalsugar.com)'; 'Ryan Weston'; 'Tad Davis'; 'Van Boyette'; 'Vickie Myers'; 'phayes@northbridgecomm.com'; 'Armando Tabernilla'; 'Jan Bottcher (jbottcher@dominofoods.com)'; 'Coleman, Jerry'; 'Mollie O'Dell - NorthBridge Communications (Modell@northbridgecomm.com)'; Charles Baker; Cheryl Digges; Eric Wheeler; Mollie O'Dell; jonathan.bamberger@redpathsugar.com; phayes@northbridgecomm.com
**Subject:** Just Out - News at Princeton reports on new research titled "A sweet problem: Princeton researchers find that high-fructose corn syrup prompts more weight gain"

CONFIDENTIAL

Sugar Association Board:

Just out at 10 am today – research from Princeton University which helps to differentiate sugar from HFCS – as it relates to weight gain. The full article as posted by News at Princeton titled "A sweet problem: Princeton researchers find that high-fructose corn syrup prompts considerably more weight gain" than table sugar is pasted below. Charlie Baker will be obtaining a copy of the published study and provide more scientific details. Please note that this research was supported by the U.S. Public Health Service.

Andy
briscoe@sugar.org

As posted by News at Princeton  3-22-10
http://www.princeton.edu/main/news/archive/S26/91/22K07/

## A sweet problem: Princeton researchers find that high-fructose corn syrup prompts considerably more weight gain

Posted March 22, 2010; 10:00 a.m.

by Hilary Parker

A Princeton University research team has demonstrated that all sweeteners are not equal when it comes to weight gain: Rats with access to high-fructose corn syrup gained significantly more weight than those with access to table sugar, even when their overall caloric intake was the same.

In addition to causing significant weight gain in lab animals, long-term consumption of high-fructose corn syrup also led to abnormal increases in body fat, especially in the abdomen, and a rise in circulating blood fats called triglycerides. The researchers say the work sheds light on the factors contributing to obesity trends in the United States.

"Some people have claimed that high-fructose corn syrup is no different than other sweeteners when it comes to weight gain and obesity, but our results make it clear that this just isn't true, at least under the conditions of our tests," said psychology professor Bart Hoebel, who specializes in the neuroscience of appetite, weight and sugar

addiction." When rats are drinking high-fructose corn syrup at levels well below those in soda pop, they're becoming obese -- every single one, across the board. Even when rats are fed a high-fat diet, you don't see this; they don't all gain extra weight."

A Princeton University research team, including (from left) undergraduate Elyse Powell, psychology professor Bart Hoebel, visiting research associate Nicole Avena and graduate student Miriam Bocarsly, has demonstrated that rats with access to high-fructose corn syrup -- a sweetener found in many popular sodas -- gain significantly more weight than those with access to water sweetened with table sugar, even when they consume the same number of calories. The work may have important implications for understanding obesity trends in the United States. *(Photo: Denise Applewhite)* **Photos for news media**

In results published online March 18 by the journal Pharmacology, Biochemistry and Behavior, the researchers from the Department of Psychology and the Princeton Neuroscience Institute reported on two experiments investigating the link between the consumption of high-fructose corn syrup and obesity.

The first study showed that male rats given water sweetened with high-fructose corn syrup in addition to a standard diet of rat chow gained much more weight than male rats that received water sweetened with table sugar, or sucrose, in conjunction with the standard diet. The concentration of sugar in the sucrose solution was the same as is found in some commercial soft drinks, while the high-fructose corn syrup solution was half as concentrated as most sodas.

The second experiment -- the first long-term study of the effects of high-fructose corn syrup consumption on obesity in lab animals -- monitored weight gain, body fat and triglyceride levels in rats with access to high-fructose corn syrup over a period of six months. Compared to animals eating only rat chow, rats on a diet rich in high-fructose corn syrup showed characteristic signs of a dangerous condition known in humans as the metabolic syndrome, including abnormal weight gain, significant increases in circulating triglycerides and augmented fat deposition, especially visceral fat around the belly. Male rats in particular ballooned in size: Animals with access to high-fructose corn syrup gained 48 percent more weight than those eating a normal diet. In humans, this would be equivalent to a 200-pound man gaining 96 pounds.

"These rats aren't just getting fat; they're demonstrating characteristics of obesity, including substantial increases in abdominal fat and circulating triglycerides," said Princeton graduate student Miriam Bocarsly. "In humans, these same characteristics are known risk factors for high blood pressure, coronary artery disease, cancer and diabetes." In addition to Hoebel and Bocarsly, the research team included Princeton undergraduate Elyse Powell and visiting research associate Nicole Avena, who was affiliated with Rockefeller University during the study and is now on the faculty at the University of Florida. The Princeton researchers note that they do not know yet why high-fructose corn syrup fed to rats in their study generated more triglycerides, and more body fat that resulted in obesity.

[When male rats were given water sweetened with high-fructose corn syrup in addition to a standard diet of rat chow, the animals gained much more weight than male rats that received water sweetened with table sugar, or sucrose, along with the standard diet. The concentration of sugar in the sucrose solution was the same as is found in some commercial soft drinks, while the high-fructose corn syrup solution was half as concentrated as most sodas, including the orange soft drink shown here. *(Photo: Denise Applewhite)*]

High-fructose corn syrup and sucrose are both compounds that contain the simple sugars fructose and glucose, but there at least two clear differences between them. First, sucrose is composed of equal amounts of the two simple sugars -- it is 50 percent fructose and 50 percent glucose -- but the typical high-fructose corn syrup used in this study features a slightly imbalanced ratio, containing 55 percent fructose and 42 percent glucose. Larger sugar molecules called higher saccharides make up the remaining 3 percent of the sweetener. Second, as a result of the manufacturing process for high-fructose corn syrup, the fructose molecules in the sweetener are free and unbound, ready for absorption and utilization. In contrast, every fructose molecule in sucrose that comes from cane sugar or beet sugar is bound to a corresponding glucose molecule and must go through an extra metabolic step before it can be utilized.

This creates a fascinating puzzle. The rats in the Princeton study became obese by drinking high-fructose corn syrup, but not by drinking sucrose. The critical differences in appetite, metabolism and gene expression that underlie this phenomenon are yet to be discovered, but may relate to the fact that excess fructose is being metabolized to produce fat, while glucose is largely being processed for energy or stored as a carbohydrate, called glycogen, in the liver and muscles.

In the 40 years since the introduction of high-fructose corn syrup as a cost-effective sweetener in the American diet, rates of obesity in the U.S. have skyrocketed, according to the Centers for Disease Control and Prevention. In 1970, around 15 percent of the U.S. population met the definition for obesity; today, roughly one-third of the American adults are considered obese, the CDC reported. High-fructose corn syrup is found in a wide range of foods and beverages, including fruit juice, soda, cereal, bread, yogurt, ketchup and mayonnaise. On average, Americans consume 60 pounds of the sweetener per person every year.

"Our findings lend support to the theory that the excessive consumption of high-fructose corn syrup found in many beverages may be an important factor in the obesity epidemic," Avena said.

The new research complements previous work led by Hoebel and Avena demonstrating that sucrose can be addictive, having effects on the brain similar to some drugs of abuse.

In the future, the team intends to explore how the animals respond to the consumption of high-fructose corn syrup in conjunction with a high-fat diet -- the equivalent of a typical fast-food meal containing a hamburger, fries and soda -- and whether excessive high-fructose corn syrup consumption contributes to the diseases associated with obesity. Another step will be to study how fructose affects brain function in the control of appetite.

The research was supported by the U.S. Public Health Service.

-- 30 --