Ex. 11

| | |
|---|---|
| **From:** | Andy Briscoe |
| **To:** | BeetSugar@aol.com; CMCHENEY@aol.com; jack@jackpett.us; lmarkwart@americansugarbeet.org; rweston@sugarcaneleague.org; parks@floridacrystals.com; kprice@crystalsugar.com; dbieging@ofwlaw.com |
| **Sent:** | 4/8/2010 5:31:44 PM |
| **Subject:** | Two Charts on Per Capita Sugar Consumption and Per Capita Caloric Sweeteners Consumption for your review |
| **Attachments:** | Per Capita Sugar Consumption and Caloric Sweeteners Consumption Charts.pptx |

Kevin – per your request during our meeting today, attached are the two charts which I have religiously used to highlight that sugar and total caloric sweeteners (including HFCS) are not the cause of obesity.   The Per Capita Sugar Consumption chart – Jack Roney initially created and Prescott from ASA are working to help overlay an obesity graph which shows obesity on the increase compared to sugar decline….  So we are trying to get this updated…
Andy

SAI00000641