# Ex. 12



Squire Sanders (US) LLP
600 Hansen Way
Palo Alto, California  94304

O  +1 650 856 6500
F  +1 650 843 8777
squiresanders.com

David S. Elkins
T  +1 650 843 3378
david.elkins@squiresanders.com

November 13, 2013

**VIA E-MAIL**

| | |
|---|---|
| Gail J. Standish, Esq. | Stephen V. D'Amore, Esq. |
| gstandish@winston.com | sdamore@winston.com |
| Erin R. Ranahan, Esq. | Neil Murphy, Esq. |
| eranahan@winston.com | nmurphy@winston.com |
| Winston & Strawn LLP | Bryna J. Dahlin, Esq. |
| 333 S. Grand Avenue | bdahlin@winston.com |
| Los Angeles, CA 90071-1543 | Bryce A. Cooper, Esq. |
| | bcooper@winston.com |
| | Winston & Strawn LLP |
| | 35 W. Wacker Drive |
| | Chicago, IL 60601-9703 |

Re:   *Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.*
      **Challenge to Plaintiffs' Confidentiality Designations**

Counsel:

This letter responds to Bryna's October 18, 2013 letter, challenging Plaintiffs' confidentiality designations of certain documents.  Having re-reviewed the challenged documents, Plaintiffs agree that, except for the documents addressed below, the confidentiality designations for those documents you identified will be withdrawn.  We are preparing replacement copies of the documents we have agreed to de-designate and will send them to you promptly.

Three of the documents that Defendants have challenged require individual treatment or explanation:

| Production No(s). | Designation | Justification |
|---|---|---|
| ASR00009744-45 | Highly Confidential | This document contains Domino Foods, Inc.'s non-public, sensitive financial data, access to which by Domino's competitors – which include Defendants – would expose Domino to serious competitive harm. The Highly Confidential designation is appropriate. |

39 Offices in 19 Countries

Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities.

Please visit squiresanders.com for more information.

Squire Sanders (US) LLP

Gail J. Standish, Esq.
Stephen V. D'Amore, Esq.
Neil Murphy, Esq.
Bryna J. Dahlin, Esq.
Erin R. Ranahan, Esq.
Bryce A. Cooper, Esq.
November 13, 2013

| Production No(s). | Designation | Justification |
|---|---|---|
| MSC00002300 | Highly Confidential | *This document contains privileged attorney-client communications and was inadvertently produced.* Please make no further use of this document and destroy any copies that Defendants may possess. |
| SA100050273-76 | Highly Confidential | *Page SA100050273 contains privileged attorney-client communications and was inadvertently produced.* Plaintiffs agree to de-designate pages SA100050274-75. Please make no further use of this document and destroy any copies that Defendants may possess. We will send a replacement promptly. |

Please call or write with any questions or to discuss further.

Sincerely,

David S. Elkins

140030/1/PALOALTO

Case 2:11-cv-03473-CBM-MAN Document 143-62 Filed 12/30/13 Page 4 of 5 Page ID #:3373

| | |
|---|---|
| From: | Andy Briscoe |
| To: | mark.flegenheimer@michigansugar.com |
| Sent: | 12/20/2010 1:01:12 PM |
| Subject: | Corn Sugar Budget Funding |

Mark - I should have some funding numbers for the $1.8 M proposed budget for you to look at later this evening.
Andy

Highly Confidential — Attorneys' Eyes Only                                    SAI00049722