Ex. 15

Case 2:11-cv-03473-CBM-MAN Document 143-65 Filed 12/30/13 Page 1 of 4 Page ID #:3405

**From:** Andy Briscoe
**To:** Charles Baker; phayes@northbridgecomm.com; Cheryl Digges
**CC:** Modell@northbridgecomm.com; Eric Wheeler; Jane Zaretskie
**Sent:** 10/27/2010 8:28:13 PM
**Subject:** Re: HFCS Study

Many thanks Charlie...
AB

---

**From:** Charles Baker
**To:** Andy Briscoe; phayes@northbridgecomm.com <phayes@northbridgecomm.com>; Cheryl Digges
**Cc:** Modell@northbridgecomm.com <Modell@northbridgecomm.com>; Eric Wheeler; Jane Zaretskie
**Sent:** Wed Oct 27 17:26:44 2010
**Subject:** RE: HFCS Study

Good Evening,

The data in the "HFCS study" are so illogical and incoherent, it's recommended that we neither cite nor issue any public comment. For example, the authors report the presence of sucrose in domestic soft drinks formulated exclusively with HFCS-55. This is only possible if the samples were compromised or, and more likely, the testing laboratory is not qualified to analyze for monosaccharides and disaccharides. Sugars are among the most difficult carbohydrates to measure. In fact, none of the fundamental details of the analytical protocols were reported.

The sole purpose for this "study" is revealed when the authors call for more precise information regarding what soda and other sweetened beverages contain, including the a "listing of the fructose content."

Additional details will be provided tomorrow morning. Not more time will be spent on this politically motivated propaganda as we have more important issues to address.

Charlie
+++++
Charles W. Baker, PhD
Executive Vice President &
    Chief Science Officer
The Sugar Association, Inc.
1300 L Street, NW  Suite 1001
Washington DC  20005-4263

Telephone: 1.202.785.1122  Extension 120
Facsimile: 1.202.785.5019
Mobile: 1.202.549.4817

Sugar, *Sweet by Nature*
15 Calories Per Teaspoon

---

**From:** Andy Briscoe
**Sent:** Wednesday, October 27, 2010 7:56 AM
**To:** phayes@northbridgecomm.com; Charles Baker; Cheryl Digges
**Cc:** Modell@northbridgecomm.com
**Subject:** Re: HFCS Study

Phillip - interesting study. I had not heard of it....but I know Charlie attended the Obesity Conference recently....so he may know

more. But a few thoughts:
1) This reinforces what we have been saying, that each batch of HFCS 55 or 42 or 90 can vary.... And based on this new study, it can vary substantially.
2) If in fact soft drink users are using 65% fructose, it could mean they were intentionally trying to make their product sweeter so consumers would want to drink more.
3). I think we need to use caution on how we utilize this study....I look forward to what Charlie reports after reading the published study.
4). I am also curious on who funded the study.

Andy

---

**From**: Phillip Hayes <phayes@northbridgecomm.com>
**To**: Andy Briscoe; Charles Baker; Cheryl Digges
**Cc**: Mollie O'Dell <modell@northbridgecomm.com>
**Sent**: Wed Oct 27 04:44:26 2010
**Subject**: HFCS Study

All,

I just came across this blog posting from the Des Moines Register.  Seems to be pretty big news, that if true, could erode much of CRA's support from nutritionists.  Have we reviewed and determined if this is a credible study...if it is credible, I think it could figure into our Board discussion next Friday.
--
Phillip Hayes
North Bridge Communications
202-507-8303
202-271-5734 (cell)


### Study raises questions about corn sweetener

Soft drinks sweetened with corn may have a bigger impact on weight gain and other health issues than previously thought, if a study of fructose levels in sodas stands up.

The study being published  being published this week in the journal Obesity found that the sugar found in soft drinks may contain as much as 65 percent fructose. The corn sweetener level used in sodas is supposed to contained a nearly equal mixture of fructose and glucose, a similar ratio to that found in table sugar.  Fructose tastes sweeter than glucose and fructose may be be a larger contributor to weight gain because of the way the body metabolizes it, said the researchers at the University of Southern California. Fructose consumption also may be linked to high blood pressure and other health problems. The highest levels of fructose were found in Coca-Cola, Sprite and Pepsi products, both those sold in bottles and as fountain drinks.

Representatives of the American Beverage Association and the Corn Refiners Association disputed the results. Maureen Storey, a senior vice president of the ABA, said it is implausible that the soft drinks would contain more than 55 percent fructose, the level found in the high fructose corn syrup used to sweeten them.

Sweetener makers test the syrup to certify that the fructose level is accurate, said industry consultant John White.

"Why would we ship more fructose than we would need to, given the fact that we now have a good scientific consensus that HFCS-55 is equivalent to sugar in terms of its nutrition? To do that just doesn't make reasonble sense. It is more reasonable that somebody who has never before measured HFCS in anything is using a procedure that is getting erroneous results."

One of the researchers,  Michael Goran, defended the accuracy of the testing methodology.

The study is raising concerns among some people outside the industry who have defended it from claims that corn sweetener was more harmful than sugar. Marion Nestle, a professor at New York University and authority on the food

SAI00006371

industry, has argued the corn sweetener couldn't be worse than table sugar because both sweeteners were roughly equal parts fructose and glucose. Today she writes on her blog: "A percentage of 55 is not much different biologically than 50, which is why the assumption has been that there is no biologically meaningful difference between HFCS and table sugar.   This study, if confirmed, means that this supposition may need some rethinking."

Fructose also is found in fruit but at lower levels, and fruit contains nutrients that soda does not. A medium orange contains six grams of fructose, compared to the 20 grams in a can of soda, the researchers said.

Get the study here: Obesity 2010-sugary beverages <http://blogs.desmoinesregister.com/dmr/wp-content/uploads/2010/10/Ventura-Obesity-2010-sugary-beverages1.pdf>

SAI00006372