Ex. 18

 (http://www.citizens.org)

# BLOG

 (http://www.citizens.org/wp-content/uploads/2013/12/coke_regular_ingredients-e1386109254824.jpg)

## High Fructose Corn Syrup is Deemed "The New Trans Fat"

Posted on 3 Dec 2013 | By Citizens For Health (http://www.citizens.org/author/citizens-for-health/)

In FDA (http://www.citizens.org/category/fda/), Food Labeling (http://www.citizens.org/category/food-labeling-2/), High Fructose Corn Syrup (http://www.citizens.org/category/hfcs/)

No comment (http://www.citizens.org/high-fructose-corn-syrup-deemed-new-trans-fat/#comments)

One month ago, the Food and Drug Administration issued a preliminary determination that partially hydrogenated oils — a major source of trans fat in processed foods — are not longer "generally recognized as safe. Today Citizens for Health issued a press release urging the FDA to grant the same status to high fructose corn syrup.

The topic was covered by BevNet — the beverage industry's leading source for information. Read their report here (http://www.bevnet.com/news/2013/consumer-health-group-hfcs-is-the-new-trans-fat)

### Help up change the status of HFCS

Sign Our Petition to the FDA to label HFCS Accurately

**SIGN THE PETITION (HTTP://WWW.CITIZENS.ORG/HFCS/)**

Here is our official statement following the FDA's decision related to trans fat:

### High Fructose Corn Syrup is Deemed "The New Trans Fat"

#### Researchers Link Questionable Sugar Substitute to Serious Health Risks

WASHINGTON, Dec. 3, 2013 /PRNewswire/ – Following the Food & Drug Administration's recent decision that it no longer considers the man-made additive "partially hydrogenated oils," (commonly referred to as "trans fat") safe, consumer groups and independent doctors are now targeting the highly controversial sugar substitute High Fructose Corn Syrup (HFCS) as the most dangerous ingredient in the nation's food supply.

Jim Turner, who chairs Citizens for Health, a leading consumer awareness group, believes the demise of HFCS will soon follow the fate of trans fat:

- Both are highly-processed industrial ingredients shrouded in secrecy.
- Both cause excessive damage to the liver.
- Both spent millions on lobbyists, TV ads and highly paid advocates to try and convince consumers that their products are safe.
- As health concerns escalated, food companies, supermarkets and restaurants voluntarily removed these ingredients.
- Communities began banning or restricting these ingredients to stem the burgeoning medical costs associated with them.
- Lawsuits piled up, claiming these ingredients cause serious health damages.

As clinical evidence against HFCS mounts, independent researchers are going on record to alert consumers about its health risks:

- Obesity expert Dr. Robert H. Lustig stated, "Type 2 diabetes was unheard of in children prior to 1980–when High Fructose Corn Syrup began to be incorporated into processed foods."
- Dr. Mark Hyman, Chairman of the Institute for Functional Medicine, said HFCS "is driving most of the epidemic of heart disease, cancers, and diabetes."
- Dr. Michael Goran, Director of the Childhood Obesity Research Center, reported that the HFCS found in many soft drinks are at excessive concentrations not Generally Recognized as Safe by the FDA.

Citizens for Health has filed a petitio (/hfcs/)n asking the FDA to take action against food and beverage manufacturers that use HFCS concentrations above approved limits, and to require accurate HFCS labeling information.  Concerned consumers are encouraged to visit the Citizens for Health website to submit their comments and sign the petition.

## Help up change the status of HFCS

Sign Our Petition to the FDA to label HFCS Accurately

**SIGN THE PETITION (HTTP://WWW.CITIZENS.ORG/HFCS/)**

## You might also like

- Contents of Iconic Soup Cans Not So Healthy Once You Peek at Ingredient List (http://www.citizens.org/contents-iconic-soup-cans-healthy-peek-ingredient-list/)
- FDA Planning to Phase Out Antibiotics in Meat (http://www.citizens.org/fda-planning-phase-antibiotics-meat/)
- Their Money, Our Health: Andrew Weil Leads The Health Revolution (http://www.citizens.org/their-money-our-health-andrew-weil-leads-the-health-revolution/)
- Three Avocados Coffee (http://www.citizens.org/Products/three-avocados-coffee/)

Recommended by

---



---



**Written by Citizens For Health (http://www.citizens.org/author/citizens-for-health/)**

The author didnt add any Information to his profile yet

**Leave a Comment**

Name

Email

Comment

POST COMMENT

← (http://www.citizens.org/journal-ensser-smell-rat-research-rats-fed-gmo-corn-discredited/)

→ (http://www.citizens.org/contents-iconic-soup-cans-healthy-peek-ingredient-list/)

## Citizens' Archives

Select Month

## View by Topic

Select Category

## Recent Posts

> FDA Planning to Phase Out Antibiotics in Meat (http://www.citizens.org/fda-planning-phase-antibiotics-meat/)

> Is 'Less' HFCS in Products Always a Good Thing? Not Necessarily (http://www.citizens.org/less-hfcs-products-always-good-thing-necessarily/)

> Three Ways You Can Start Reclaiming Your Kitchen From The Processed Food Industry (http://www.citizens.org/three-ways-can-start-reclaiming-kitchen-processed-food-industry/)

> Contents of Iconic Soup Cans Not So Healthy Once You Peek at Ingredient List (http://www.citizens.org/contents-iconic-soup-cans-healthy-peek-ingredient-list/)

> High Fructose Corn Syrup is Deemed "The New Trans Fat" (http://www.citizens.org/high-fructose-corn-syrup-deemed-new-trans-fat/)

## Recent Comments

> Rosa Davis on Who's Afraid of Supplements? "Do You Believe in Paul Offit?" (http://www.citizens.org/save-our-supplements-do-you-

believe-its-paid-off/#comment-3929)

› shirley birt on Petition to Stop Nation's #2 Producer of Dental Mercury (http://www.citizens.org/petition-to-stop-nations-2-producer-of-dental-mercury-2/#comment-728)

› Chloe on Preserve Access to BHRT and Stop FDA Expansion of Power (http://www.citizens.org/preserve-access-to-bhrt-and-stop-fda-expansion-of-power/#comment-731)

› Frank Herd on Organic Consumers Association Supports Crackdown on Radioactive Food (http://www.citizens.org/organic-consumers-association-supports-petition-to-crack-down-on-radioactive-food/#comment-765)

› Frank Herd on Organic Consumers Association Supports Crackdown on Radioactive Food (http://www.citizens.org/organic-consumers-association-supports-petition-to-crack-down-on-radioactive-food/#comment-764)

Type and hit enter

## Current Actions

HFCS Labeling (http://www.citizens.org/hfcs/)

Important Action on GMO's (http://www.citizens.org/take-action/preserve-your-right-to-know-which-foods-contain-gmos/)

Don't Hide Bugs In The Yogurt (http://www.citizens.org/current-citizens-for-health-actions/dont-hide-bugs-yogurt/)

Privacy Policy (http://www.citizens.org/privacy-policy/)

## Socialize with us!

(http://facebook.com/citizens4health) (http://twitter.com/citizens4health) (http://www.youtube.com/user/citizens4health)

## Popular on Citizens.org

**FDA Planning to Phase Out Antibiotics in Meat (http://www.citizens.org/fda-planning-phase-antibiotics-meat/)**
Posted 11 Dec 2013
By Citizens For Health

**Is 'Less' HFCS in Products Always a Good Thing? Not Necessarily (http://www.citizens.org/less-hfcs-products-always-good-thing-necessarily/)**
Posted 11 Dec 2013
By Linda Bonvie

## Hot Topics

**Is 'Less' HFCS in Products Always A Good Thing? Not Necessarily (http://www.citizens.org/less-hfcs-products-always-good-thing-necessarily/)**

Posted 11 Dec 2013

By Linda Bonvie

**Three Ways You Can Start Reclaiming Your Kitchen From The Processed Food Industry (http://www.citizens.org/three-ways-can-start-reclaiming-kitchen-processed-food-industry/)**

Posted 6 Dec 2013

By Linda Bonvie

Copyright © 2013 Citizens For Health