# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-3473-CBM (MANx) | Date | November 7, 2014 |
|---|---|---|---|
| Title | *Western Sugar Cooperative, et al. v. Archer-Daniels-Midland Company, et al.* | | |

==========================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| E. Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| David S. Elkins | Gail J. Standish |
| | Bryna J. Dahlin |

**Proceedings:**   Follow-up Telephone Conference Re Status of Discovery

David S. Elkins, of Squire Patton Boggs US LLP, appears telephonically on behalf of plaintiffs. Gail J. Standish and Bryna J. Dahlin, of Winston & Strawn LLP, appear telephonically on behalf of defendants.

The Court confers with counsel, off the record, regarding the status of discovery.

cc: All parties of record

|  | : | 35 |
|---|---|---|
| Initials of Preparer | | efc |