1 Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
2 Winston & Strawn LLP
333 S. Grand Avenue
3 Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
4 Facsimile: (213) 615-1750

5 Dan K. Webb (admitted *pro hac vice*)
dwebb@winston.com
6 Stephen V. D'Amore (admitted *pro hac vice*)
sdamore@winston.com
7 Cornelius M. Murphy (admitted *pro hac vice*)
nmurphy@winston.com
8 WINSTON & STRAWN LLP
35 W. Wacker Drive
9 Chicago, IL 60601-9703
Telephone:  (312) 558-5600
10 Facsimile:  (312) 558-5700

11 Michael J. Proctor (SBN: 148235)
proctor@caldwell-leslie.com
12 CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
13 Los Angeles, California 90017-5524
Telephone: (213) 629-9040
14 Facsimile: (213) 629-9022

15 Attorneys for Defendants
ARCHER-DANIELS-MIDLAND COMPANY; CARGILL, INCORPORATED;
16 INGREDION INCORPORATED; THE CORN REFINERS ASSOCIATION, INC.;
AND TATE & LYLE INGREDIENTS AMERICAS LLC

17

18 **UNITED STATES DISTRICT COURT**

19 **CENTRAL DISTRICT OF CALIFORNIA**

20 | | |
|---|---|
| WESTERN SUGAR COOPERATIVE, *et al.*, | Case No. 2:11-cv-03473 CBM (MANx) |
| Plaintiffs, | **DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' REVISED PROPOSED WITNESS LIST** |
| vs. | |
| ARCHER-DANIELS-MIDLAND COMPANY, *et al.*, | Trial:        November 3, 2015 |
| Defendants. | Place:       Courtroom 2 |
| | Judge:       The Honorable Consuelo B. Marshall |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Defendant The Corn Refiners Association, Inc. ("CRA") and defendants and counterclaimants Archer-Daniels-Midland Company, Cargill Incorporated, Ingredion Incorporated, and Tate & Lyle Ingredients Americas LLC (together with CRA, "Defendants"), pursuant to Local Rule 16-2.4 and directions provided by the Court at the October 13, 2015 pretrial conference, hereby submit their revised proposed list of witnesses expected to be called live at trial:

| Name | Affiliation | Fact/Expert |
|---|---|---|
| 1.   John Baynes*[1] | | Expert |
| 2.   Christopher Cuddy | Archer-Daniels-Midland Company | Fact |
| 3.   Harvey Davenport | | Expert |
| 4.   Benjamin England* | | Expert |
| 5.   Audrae Erickson* | Former Corn Refiners Association | Fact |
| 6.   Morey Haymond | | Expert |
| 7.   Kimberly Neuendorf | | Expert |
| 8.   James Rippe | Rippe Lifestyle Institute | Fact/Expert |
| 9.   Peter Rossi | | Expert |
| 10.   John Sievenpiper | | Expert |
| 11.   Daniel Sumner | | Expert |
| 12.   David Weintraub* | Archer-Daniels-Midland Company | Fact |
| 13.   John White* | White Technical Research | Fact/Expert |
| 14.   Alan Willits | Cargill Incorporated | Fact |
| 15.   Jerry Wind | | Expert |
| 16.   Any other witnesses or corporate representatives of Plaintiffs appearing at trial or providing deposition testimony in this case* | | |

---

[1] Pursuant to L.R. 16-5, Defendants have designated with an asterisk (*) those individuals that may be called if the need arises, including subject to the Court's evidentiary rulings.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Defendants reserve the right to introduce designated deposition testimony from the following witnesses if Plaintiffs do not call them live at trial:

| | | |
|---|---|---|
| 17. Charles Baker | Former The Sugar Association, Inc. | Fact |
| 18. David Berg | American Crystal Sugar Company | Fact |
| 19. Richard Berman | Berman & Company | Fact |
| 20. Andrew Briscoe | The Sugar Association, Inc. | Fact |
| 21. Pepe Fanjul, Jr. | ASR Group | Fact |
| 22. Mark Flegenheimer | Michigan Sugar Company | Fact |
| 23. Courtney Gaine | The Sugar Association, Inc. | Fact |
| 24. Michael Gorrell | Imperial Sugar Company | Fact |
| 25. James Hollenbeck | The Hollenbeck Group | Fact |
| 26. Brian O'Malley | ASR Group | Fact |
| 27. James Turner | Citizens for Health | Fact |
| 28. J. Kent Wimmer | Western Sugar Cooperative | Fact |

Dated:  October 28, 2015                    Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/ *Erin R. Ranahan*
        Erin R. Ranahan

        Attorneys for Defendants
        ARCHER-DANIELS-MIDLAND COMPANY;
        CARGILL INCORPORATED; INGREDION
        INCORPORATED; THE CORN REFINERS
        ASSOCIATION, INC.; AND TATE & LYLE
        INGREDIENTS AMERICAS LLC

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543