W. Mark Lanier (*pro hac vice*)
WML@lanierlawfirm.com
Eugene R. Egdorf (*pro hac vice*)
Gene.Egdorf@lanierlawfirm.com
6810 F.M. 1960 West
Houston, TX 77069
Telephone:   +1.713.659.5200
Facsimile:    +1.713.659.2204

Lee A. Cirsch (State Bar No. 227668)
Lee.Cirsch@lanierlawfirm.com
The Lanier Law Firm, P.C.
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: +310.277.5100
Facsimile:   +310.277.5103

Attorneys for Plaintiffs WESTERN SUGAR COOPERATIVE, MICHIGAN SUGAR CO., C & H SUGAR CO., INC., UNITED STATES SUGAR CORPORATION, AMERICAN SUGAR REFINING, INC., THE AMALGAMATED SUGAR COMPANY LLC, IMPERIAL SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, THE AMERICAN SUGAR CANE LEAGUE U.S.A., INC., and Plaintiff and Counterclaim Defendant THE SUGAR ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, a Colorado cooperative, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, *et al.*<br><br>Defendants. | Case No. CV11-3473 CBM (MANx)<br><br>**PLAINTIFFS' AND COUNTERCLAIM DEFENDANT'S REVISED PROPOSED WITNESS LIST**<br><br>Date:  November 3, 2015<br>Place:  Courtroom 2<br>The Honorable Consuelo B. Marshall |

Plaintiff and Counterclaim Defendant The Sugar Association Inc. ("Sugar Association"), and Plaintiffs Western Sugar Cooperative, Michigan Sugar Co., C & H Sugar Co., Inc., United States Sugar Corporation, American Sugar Refining, Inc., The Amalgamated Sugar Company LLC, Imperial Sugar Company, Minn-Dak Farmers Cooperative, and The American Sugar Cane League U.S.A., Inc. (collectively, "Plaintiffs"), pursuant to Local Rule 16-2.4 and the directions provided by the Court at the October 13, 2015 pretrial conference, hereby submit their revised proposed list of witnesses expected to be called live at trial:

| NAME | AFFILIATION | FACT/EXPERT |
|---|---|---|
| 1. David Berg*[1] | President and CEO, American Crystal Sugar Company | Fact |
| 2. Dr. Mark P. Berkman | | Expert (Rebuttal) |
| 3. John Bode | President, Corn Refiners Association, Inc. | Fact |
| 4. Christopher Cuddy | President of the Sweetener & Starch Division, Archer-Daniels-Midland Co. | Fact |
| 5. Courtney Gaine | VP of Scientific Affairs, The Sugar Association, Inc. | Fact |
| 6. Dr. Jane Groft | | Expert |
| 7. Dr. David L. Katz | | Expert |
| 8. Dr. P. Lynn Kennedy | | Expert |
| 9. Dr. David A. Kessler | | Expert |
| 10. Dr. Itamar Simonson | | Expert |
| 11. Any other witness who | | Fact |

---

[1] Pursuant to L.R. 16-5, Plaintiffs have designated with an asterisk (*) those individuals that may be called if the need arises.

THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069

| # | | | |
|---|---|---|---|
| 1-2 | provided deposition testimony in this case* | | |
| 3-5 | 12. Any corporate representative of the Sugar Association* | | Fact |
| 6-9 | 13. Any corporate representative of the Corn Refiners Association, Inc. appearing at trial* | | Fact |
| 10-13 | 14. Any corporate representative of Tate & Lyle Ingredients Americas, Inc. appearing at trial* | | Fact |
| 14-17 | 15. Any corporate representative of Archer-Daniels-Midland Co. appearing at trial* | | Fact |
| 18-20 | 16. Any corporate representative of Ingredion Corp. appearing at trial* | | Fact |
| 21-23 | 17. Any corporate representative of Cargill, Inc. appearing at trial* | | Fact |

THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069

PLAINTIFFS' REVISED
PROPOSED WITNESS LIST

Plaintiffs reserve the right to introduce designated deposition testimony from the following witnesses if Defendants do not call them live at trial or they are otherwise unavailable or unable to attend live at trial:

| | | |
|---|---|---|
| 1. Richard Berman | President, Berman & Company | Fact |
| 2. Audrae Erickson | Former President, Corn Refiners Association, Inc. | Fact |
| 3. Donald Hoffman | Executive Vice President / Global Business Director, DDB | Fact |
| 4. Richard N. Kyle | Vice President of Strategic Business Planning, Ingredion Corp. | Fact |
| 5. Tony Navarro | Former Director Global Sweeteners for the Cross Enterprise Procurement Group, The Coca-Cola Company | Fact |
| 6. Dr. James M. Rippe | Founder and Director, Rippe Lifestyle Institute | Expert |
| 7. David Weintraub | Director of External Communications, Archer-Daniels-Midland Co. | Fact |
| 8. Dr. John S. White | Chairman of the Scientific Advisory Panel, Corn Refiners Association, Inc. | Expert |

Plaintiffs reserve the right to call any other witnesses whose testimony may be necessary for rebuttal and/or impeachment.

| | | |
|---|---|---|
| 1 | Dated: October 28, 2015. | Respectfully Submitted, |
| 2 | | |
| 3 | | THE LANIER LAW FIRM, P.C. |
| 4 | | By: */s/ W. Mark Lanier* |
| 5 | | W. Mark Lanier (*pro hac vice*)<br>WML@lanierlawfirm.com |
| 6 | | Eugene R. Egdorf (*pro hac vice*) |
| 7 | | Gene.Egdorf@lanierlawfirm.com<br>6810 F.M. 1960West |
| 8 | | Houston, TX 77069 |
| 9 | | Telephone: +1.713.659.5200<br>Facsimile: +1.713.659.2204 |
| 10 | | |
| 11 | | Lee A. Cirsch (State Bar No. 227668)<br>Lee.Cirsch@lanierlawfirm.com |
| 12 | | The Lanier Law Firm, P.C. |
| 13 | | 10866 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90024 |
| 14 | | Telephone: +310.277.5100 |
| 15 | | Facsimile: +310.277.5103 |
| 16 | | **ATTORNEYS FOR PLAINTIFFS** WESTERN |
| 17 | | SUGAR COOPERATIVE, MICHIGAN SUGAR<br>CO., C & H SUGAR CO., INC., UNITED |
| 18 | | STATES SUGAR CORPORATION, AMERICAN |
| 19 | | SUGAR REFINING, INC., THE<br>AMALGAMATED SUGAR COMPANY LLC, |
| 20 | | IMPERIAL SUGAR CANE LEAGUE U.S.A., |
| 21 | | INC., and PLAINTIFF AND COUNTER-<br>DEFENDANT THE SUGAR ASSOCIATION, |
| 22 | | INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069

# CERTIFICATE OF SERVICE

(United States District Court)

I, W. Mark Lanier, declare:

I am Attorney for Plaintiffs *pro hac vice*, over the age of eighteen years, and not a party to the above-captioned lawsuit. My business address is 6801 FM 1960 West, Houston, Texas 77069. On October 28, 2015, the following document:

**PLAINTIFFS' AND COUNTERCLAIM DEFENDANT'S REVISED PROPOSED WITNESS LIST**

was served on:

| | |
|---|---|
| Erin R. Ranahan<br>eranahan@winston.com<br>Gail Jeanne Standish<br>gstandish@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-1543<br>Telephone: +1.213.615.1700<br>Facsimile: +1.213.615.1750<br><br>Attorneys for Defendants CORN REFINERS ASSOCIATION, INC. and DEFENDANTS and COUNTERCLAIMANTS ARCHER-DANIELS-MIDLAND COMPANY, CARGILL, INC., INGREDION INC., and TATE & LYLE INGREDIENTS AMERICAS, INC. | Dan K. Webb (admitted *pro hac vice*)<br>dwebb@winston.com<br>Stephen D'Amore (admitted *pro hac vice*)<br>sdamore@winston.com<br>Bryna J. Dahlin (admitted *pro hac vice*)<br>bdahlin@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: +1.312.558.5600<br>Facsimile: +1.312.558.5700 |

Service was accomplished as follows:

THE LANIER LAW FIRM, P.C.<br>6810 FM 1960 West<br>Houston, TX 77069

**By Electronic Means**. On the above date, I filed the above-mentioned document by electronic means with the U.S. District Court for the Central District of California, over the internet, through its Case Management/Electronic Case Filing (CM/ECJ) system. As such, the Court electronically mailed said document to the parties noted above, whose electronic mail address is set forth above.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

Executed on October 28, 2015, at Houston, Texas.

*/s/ W. Mark Lanier*
W. Mark Lanier

PLAINTIFFS' REVISED
PROPOSED WITNESS LIST