# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | **CV 11-3473-CBM(PJWx)** | Date | NOVEMBER 6, 2015 |
|---|---|---|---|
| Title: | ***WESTERN SUGAR COOPERATIVE, ET AL., v. ARCHER-DANIELS-MIDLAND CO., ET AL.,*** | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Katie Thibodeaux/ Shayna Montgomery |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert E. Leone<br>Mark Lanier | Stephen V. D'Amore<br>Dan Webb |

_____ Day Court Trial    4th (held and continued)    Day Jury Trial

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X   Witnesses called, sworn and testified.    X   Exhibits identified.    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s) is read and filed    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to    NOVEMBER 9, 2015 AT 7:30 A.M.    for further trial/further jury deliberation.

X   Other:    Defendant's motion to quash [659] is withdrawn. Defendant's request for issuance of curative instruction to jury [661] is submitted.  Plaintiff's motion to compel trial testimony of defense witness Cuddy [664] is withdrawn.

**5** : **30**

Initials of Deputy Clerk    YS

cc:  all parties of record