UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 11-3473-CBM(PJWx)** | Date | NOVEMBER 20, 2015 |
|---|---|---|---|

| Title | WESTERN SUGAR COOPERATIVE, ET AL., v. ARCHER-DANIELS-MIDLAND CO., ET AL |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

Counsel are notified, and the Court agrees, to continue the jury trial currently scheduled for November 20, 2015 to **November 23, 2015 at 8:00 a.m.**

IT IS SO ORDERED.

cc: all parties