Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Dan K. Webb (admitted *pro hac vice*)
dwebb@winston.com
Stephen V. D'Amore (admitted *pro hac vice*)
sdamore@winston.com
Cornelius M. Murphy (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Michael J. Proctor (SBN: 148235)
proctor@caldwell-leslie.com
CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants
CORN REFINERS ASSOCIATION, INC., ARCHER-DANIELS-MIDLAND COMPANY, CARGILL, INCORPORATED, INGREDION INCORPORATED, AND TATE & LYLE INGREDIENTS AMERICAS LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHER-DANIELS-MIDLAND COMPANY, *et al.*,<br><br>Defendants. | **Case No. 2:11-cv-03473 CBM (PJWx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and counterclaim defendant The Sugar Association, Inc. ("The Sugar Association") and plaintiffs Western Sugar Cooperative, Michigan Sugar Company, C & H Sugar Company, Inc., United States Sugar Corporation, American Sugar Refining, Inc., The Amalgamated Sugar Company LLC, Imperial Sugar Company, Minn-Dak Farmers Cooperative, and The American Sugar Cane League of the U.S.A., Inc. (together with The Sugar Association, "Plaintiffs"), on the one hand, and defendant Corn Refiners Association, Inc. ("CRA") and defendants and counterclaimants Archer-Daniels-Midland Company, Cargill, Incorporated, Ingredion Incorporated, and Tate & Lyle Ingredients Americas LLC (together with CRA, "Defendants"), on the other hand, (collectively, the "Parties") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), the above-captioned action is dismissed with prejudice, with all parties to bear their own costs and fees.

IT IS SO STIPULATED.

Respectfully submitted,

*Signature Blocks on Following Page*

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| Dated: November 20, 2015 | Dated: November 20, 2015 |
| By: /s/ *W. Mark Lanier* | By: /s/ *Erin R. Ranahan* |
| W. Mark Lanier (admitted *pro hac vice*) | Erin R. Ranahan (SBN: 235286) |
| wml@lanierlawfirm.com | eranahan@winston.com |
| Eugene R. Egdorf (admitted *pro hac vice*) | WINSTON & STRAWN LLP |
| Gene.Egdorf@lanierlawfirm.com | 333 S. Grand Avenue |
| THE LANIER LAW FIRM, P.C. | Los Angeles, CA 90071-1543 |
| 6810 FM 1960 West | Telephone: (213) 615-1700 |
| Houston, Texas 77069 | Facsimile: (213) 615-1750 |
| Telephone: +1.713.659.5200 | |
| Facsimile: +1.713.659.2204 | Dan K. Webb (admitted *pro hac vice*) |
| | dwebb@winston.com |
| Lee A. Cirsch (SBN: 227668) | Stephen V. D'Amore |
| Lee.Cirsch@lanierlawfirm.com | (admitted *pro hac vice*) |
| THE LANIER LAW FIRM, P.C. | sdamore@winston.com |
| 10866 Wilshire Blvd., Suite 400 | Cornelius M. Murphy |
| Los Angeles, CA 90024 | (admitted *pro hac vice*) |
| Telephone: +310.277.5100 | WINSTON & STRAWN LLP |
| Facsimile: +310.277.5103 | 35 W. Wacker Drive |
| | Chicago, IL 60601-9703 |
| ATTORNEYS FOR PLAINTIFFS | Telephone: (312) 558-5600 |
| WESTERN SUGAR COOPERATIVE, | Facsimile: (312) 558-5700 |
| MICHIGAN SUGAR CO., C & H SUGAR CO., INC., UNITED STATES SUGAR | Michael J. Proctor (SBN: 148235) |
| CORPORATION, AMERICAN SUGAR | proctor@caldwell-leslie.com |
| REFINING, INC., THE AMALGAMATED | CALDWELL LESLIE & PROCTOR, PC |
| SUGAR COMPANY LLC, IMPERIAL SUGAR | 725 South Figueroa Street, 31st Floor |
| COMPANY, AMERICAN SUGAR CANE | Los Angeles, California 90017-5524 |
| LEAGUE OF THE U.S.A., INC., AND | Telephone: (213) 629-9040 |
| PLAINTIFF AND COUNTER-DEFENDANT | Facsimile: (213) 629-9022 |
| THE SUGAR ASSOCIATION, INC. | |
| | ATTORNEYS FOR DEFENDANT |
| | CORN REFINERS ASSOCIATION, INC. AND |
| | DEFENDANTS AND COUNTERCLAIMANTS |
| | ARCHER-DANIELS-MIDLAND COMPANY, |
| | CARGILL, INCORPORATED, INGREDION |
| | INCORPORATED, AND TATE & LYLE |
| | INGREDIENTS AMERICAS LLC |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

## **ATTESTATION**

I, Erin R. Ranahan, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's contents and have authorized filing.

/s/ *Erin R. Ranahan*
Erin R. Ranahan