Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Dan K. Webb (admitted *pro hac vice*)
dwebb@winston.com
Stephen V. D'Amore (admitted *pro hac vice*)
sdamore@winston.com
Cornelius M. Murphy (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700

Michael J. Proctor (SBN: 148235)
proctor@caldwell-leslie.com
CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants
CORN REFINERS ASSOCIATION, INC., ARCHER-DANIELS-MIDLAND COMPANY, CARGILL, INCORPORATED, INGREDION INCORPORATED, AND TATE & LYLE INGREDIENTS AMERICAS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SUGAR COOPERATIVE, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ARCHER-DANIELS-MIDLAND COMPANY, *et al.*,<br><br>        Defendants. | **Case No. 2:11-cv-03473 CBM (PJWx)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |

ORDER DISMISSING ACTION WITH PREJUDICE

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice, which stipulation was submitted on November 20, 2015, and good cause having been shown, the Court ORDERS as follows:

1. The action is dismissed in its entirety, with prejudice;

2. Each party is to bear its own costs and attorneys' fees incurred in this matter.

It is so **ORDERED**.

Dated: November 20, 2015



_____

THE HONORABLE CONSUELO B. MARSHALL

United States District Judge

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

ORDER DISMISSING ACTION WITH PREJUDICE